04-26

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**JOHN O. PASTORE FEDERAL BUILDING**
**ONE EXCHANGE TERRACE**
**PROVIDENCE, RHODE ISLAND 02903-1779**

**RONALD R. LAGUEUX**
**SENIOR JUDGE**

March 30, 2004

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Dear Mr. Beck:

Pursuant to 28 U.S.C.A. § 1369(e), I hereby give notice to the Panel that I have taken jurisdiction in the Station Nightclub fire cases.

Enclosed is a copy of my decision for the edification and benefit of the Multidistrict Panel.

Very truly yours,

Ronald R. Lagueux

Ronald R. Lagueux
Senior Judge

RRL:jlc

Enclosure (1)

3