UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 07 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, as Administratrix of the Estate of Donald Roderiques; Individually; and as Mother and next friend to Madi Roderiques, minor
Plaintiff,

v. C.A. No. 04-026L

AMERICAN FOAM CORPORATION, et al.,
Defendants.

## STIPULATION FOR ENLARGEMENT OF TIME

The Plaintiffs and the undersigned Defendants, by and through their respective counsel, hereby stipulate and agree that the following seven (7) Defendants shall have an enlargement of time up to and including May 10, 2004 to answer or otherwise respond to the Plaintiffs' Complaint in this action: Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

LINDA RODERIQUES, et al.

By their Attorneys,

Brian R. Cunha (# ______)
Karen A. Alegria (# 6562)
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914
(401) 434-5300
(401) 434-1958 (Fax)

Dated: April 2, 2004

JACK RUSSELL; ERIC POWERS; MARK KENDALL;, DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: April 6, 2004

Enter: Ronald R. Lagueux
SR USDJ 4/7/04

5