UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, Minor

vs. C.A. NO.: 04-~~56~~ 26-L

AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS, INC.; ANHEUSER-BUSH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC.; LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC. d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK; DENNIS LAROCQUE; STATE OF RHODE ISLAND and IRVING J. OWENS

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF FOAMEX INTERNATIONAL, INC.**

Defendant Foamex International, Inc. hereby moves for an Order of this Court extending the time within which it must file its response to the complaint in the above matter up to and including May 3, 2004. In support of this motion, this defendant states that up until the entry of this Court's Decision and Order of March 29, 2004, the filing of responsive pleadings in all cases relating to the Station fire before the Court had been stayed. The Court has now taken jurisdiction over this matter and this defendant respectfully requests that it be allowed up to and including May 3, 2004, within which to file its answer or other responsive pleading.

(6)

Defendant
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**CERTIFICATION**

I hereby certify that on the 9th day of April, 2004, a true copy of the within was mailed to all known counsel.

______________________

## CERTIFICATION

I hereby certify that I forward a copy of the within document on this 9th day of April, 2004, to:

Brain R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Ronald Langlois, Esq.
Smith & Brink, P.C.
2 Charles Street
3rd Floor
Providence, RI 02904

Mark T. Reynolds, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street
Suite 200
Providence, RI 02903

Edward T. Hinchey
Sloane and Walsh LLP
Three Center Plaza-8th Floor
Boston, MA 02108

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philidelphia, PA 19103-3508

Marc DeSisto, Esq.
DiSisto Law Offices
211 Angell Street, P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall Souza, Esq.

Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Scott J. Tucker, Esq.
Tucket, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik, Lasalle & Saltzman LLP
40 Westminster Avenue
Providence, RI 02903

John Brook, Esq.
122 East Gilbert
Munice, IN 47305

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Daniel Horgan, Esq.
5 Shaw's Cove

New London, CT 06320

John Nazzaro, Esq.
164 Hempstead Street
New London, CT 06320

Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Mark B. Decof, Esq.
Decof & Decof
One Smith Hill
Providence, RI 02903

Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038-0306

Stefanie Larivee-DeMaio, Esq.
215 Broadway
Providence, RI 02903

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
Mandell, Scwartz & Boisclair Ltd.
One Park Row
Providence, RI 02903

Donald A. Migliori, Esq.
Ness, Motley, Loadholt, Richardson & Poole
321 South Main Street-Suite 402
Providence, RI 02903

Oleg Nikolyszyn, Esq.
155 South Main Street-Suite 303
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahony & Miller LLP

One Providence Washington Plaza
Providence, RI 02903

John A. Farone, Esq.
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

James Howe, Esq.
215 Broadway
Providence, RI 02903

Patrick T. Jones, Esq.
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Patrick C. Lynch, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907
Attorney General

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Ann Sheeley, Esq.
Law Office of Donald E. Green
2235 Washington Street
Roxbury, MA 02119

Mark D. Tourgee, Esq.
Inman & Tourgee
1193 Tiouge Avenue
Coventry, RI 02816

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

J. Renn Olenn, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, PC
946 Centerville Road
Warwick, RI 02886

Jean Audino