UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, Minor | : | |
| vs. | : | C.A. NO.: 04-26-L |
| AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS, INC.; ANHEUSER-BUSH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC.; LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC. d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK; DENNIS LAROCQUE; STATE OF RHODE ISLAND and IRVING J. OWENS | : | |

**DEFENDANT FOAMEX INTERNATIONAL, INC.'S MOTION TO EXCEED PAGE LIMITS FOR THE FILING OF A MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") hereby moves for an Order of this Court pursuant to Amended General Order No. 2002-01 to exceed the twenty (20) page limit for memoranda and the five (5) page limit for appendices and/or exhibits in connection with the filing of a motion to dismiss pursuant to Fed.R.Civ.P. 12(B)(6). For the reasons set forth in the Memorandum filed herewith, Foamex requests that it be allowed to file a memorandum of law in support of a motion to dismiss not to exceed forty (40) pages and appendices and/or exhibits not to exceed ten (10) pages.

8

Defendant
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**RODERIQUES CERTIFICATION**

I hereby certify that I forward a copy of the within document on this 15th day of April, 2004, to:

Brain R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Ronald Langlois, Esq.
Lauren DiDimone Wilkins, Esq.
Smith & Brink, P.C.
2 Charles Street
3rd Floor
Providence, RI 02904

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philidelphia, PA 19103-3508

Edward T. Hinchey
Sloane and Walsh LLP
Three Center Plaza-8th Floor
Boston, MA 02108

Marc DeSisto, Esq.
DiSisto Law Offices
211 Angell Street, P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall Souza, Esq.

Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Scott J. Tucker, Esq.
Tucket, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik, Lasalle & Saltzman LLP
40 Westminster Avenue
Providence, RI 02903

James H. Reilly, Esq.
Donald Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Jessica R. Blindebacher

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, Minor | |
| vs. | C.A. NO.: 04-26-L |
| AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS, INC.; ANHEUSER-BUSH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC.; LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC. d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK; DENNIS LAROCQUE; STATE OF RHODE ISLAND and IRVING J. OWENS | |

**MEMORANDUM IN SUPPORT OF DEFENDANT FOAMEX INTERNATIONAL, INC.'S MOTION TO EXCEED PAGE LIMITS FOR THE FILING OF A MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") has filed a motion herewith requesting an order allowing it to exceed the twenty (20) page limit for memoranda and the five (5) page limit for appendices and/or exhibits in connection with the filing of a motion to dismiss pursuant to Fed.R.Civ.P. 12(B)(6). Foamex respectfully requests that it be allowed to file a memorandum of law in support of a motion to dismiss of up to forty (40) pages in length. This defendant also requests that it be allowed to file appendices and/or exhibits up to ten (10) pages. Foamex asserts that there is good cause for the granting of this motion.

Foamex and/or General Foam Corporation ("General Foam") are presently named in four lawsuits now pending before the Court.[1] A single memorandum of law will be filed covering all four cases. Accordingly, the actual number of pages filed, on a per case basis, will be considerably less than that allowed pursuant to Amended General Order 2002-01. Further, the proposed motion to dismiss deals with significant legal issues which are of great importance to Foamex and General Foam.

For these reasons, Foamex respectfully requests that this Court allow it to file a memorandum of law in support of a motion to dismiss not to exceed forty (40) pages and appendices and/or exhibits not to exceed ten (10) pages.

---

[1] *Guindon, et al v. American Foam Corporation, et al; Tammy Passa, et al v. Jeffrey Derderian, et al; Linda Roderiques, et al v. American Foam Corporation, et al; and Charles Sweet, et al v. American Foam Corporation.*

Defendant
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**RODERIQUES CERTIFICATION**

I hereby certify that I forward a copy of the within document on this 15th day of April, 2004, to:

Brain R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Ronald Langlois, Esq.
Lauren DiDimone Wilkins, Esq.
Smith & Brink, P.C.
2 Charles Street
3rd Floor
Providence, RI 02904

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philidelphia, PA 19103-3508

Edward T. Hinchey
Sloane and Walsh LLP
Three Center Plaza-8th Floor
Boston, MA 02108

Marc DeSisto, Esq.
DiSisto Law Offices
211 Angell Street, P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall Souza, Esq.

Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Scott J. Tucker, Esq.
Tucket, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik, Lasalle & Saltzman LLP
40 Westminster Avenue
Providence, RI 02903

James H. Reilly, Esq.
Donald Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Jessica R. Blindbacher