UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, as Administratrix of the ESTATE OF DONALD RODERIQUES, individually, and as Mother and Next Friend to MANDI RODERIQUES, minor,

*Plaintiffs,*

vs.

C.A. No. 04-026L

AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCHCOMPANIES, INC.; MCLAUGHLIN & MORAN, INC.; LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS,

*Defendants.*

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS, TOWN OF WEST WARWICK AND DENIS LAROCQUE**

I, Marc DeSisto, hereby enter my appearance in the above-captioned matter on behalf of defendants, Town of West Warwick and Denis Larocque.



9

Defendants,
Town of West Warwick & Denis Larocque,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a copy of the within Entry of Appearance has been mailed, postage prepaid, on this 16th of April 2004 to:

Brian R. Cunha, Esq.
Karen Allegria, Esq.
LAW OFFICES OF BRIAN R. CUNHA
311 Pine Street
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 fax
*for Plaintiffs*

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster St – Ste 200
Providence, RI 02903
(401) 861-5522
(401) 331-4861 fax
*for Jeffrey Derderian, Michael Derderian, DERCO, d/b/a The Station*

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
1 State St - Ste 400
Providence, RI 02908
(401) 351-9970
(401) 274-6218 fax
*for Barry H. Warner*

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
NIXON PEABODY, LLP
One Citizens Plaza – Ste 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax
*for Jack Russell*

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 fax
*for Anheuser-Busch Companies, Inc.*

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Pl
Providence, RI 02903
(401) 421-3060
(401) 272-6803 fax
*for McLaughlin and Moran, Inc.*

Curtis R. Diedrich, Esq.
SLOANE & WALSH, LLP
127 Dorrance St – 4th Flr
Providence, RI 02903-2828
(401) 454-7700
(617) 227-0927 fax
*for Luna Tech, Inc.and Luna Tech Pyrotechnik, GmbH*

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE, PC
1 Turks Head Pl – Ste 1050
Providence, RI 02903
(401) 272-0200
(401) 274-7538 fax
*for American Foam Corporation*

William P. Robinson, III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 fax
*for Clear Channel Communications, Inc. d/b/a WHJY-FM*

James R. Lee, Esq.
Chief, Civil Division
Department of Attorney General
STATE OF RHODE ISLAND
150 South Main St
Providence, RI 02903
(401) 274-4440
(401) 222-2995 fax
*for State of Rhode Island and Irving J. Owens*

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN, LLP
146 Westminster St
Providence, RI 02903
(401) 421-2154
(401) 521-7040 fax
*for Triton Realty Limited Partnership*

C.A. No. 04-026L

Faith A. LaSalle, Esq.
Zizik, LaSalle & Powers, PC
40 Westminster St – Ste 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 fax
(401) 454-2042 direct dial
*for Shell Oil Company and Motiva Enterprises, LLC*

Representation yet unknown for:

*Manic Music Management, Inc.*
*Mark Kendall*
*David Filice*
*Eric Powers*
*Daniel Bichele*
*Paul Woolnough*
*Knight Records, Inc.*
*Foamex International*