**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LINDA RODERIQUES, ET AL**
**Plaintiffs,**

**v.** **C.A.NO: 04-26-L**

**AMERICAN FOAM CORPORATION,**
**ET AL.**
**Defendants**

**ENTRY OF APPEARANCE**

Now comes Ronald Langlois, Esquire and Lauren Wilkins, Esquire, and hereby enter their appearance on behalf of Defendant, Barry Warner, in the above entitled matter.

Defendant,
Barry Warner
by his attorneys,

SMITH & BRINK, P.C.

Ronald Langlois, Esq. #2891
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Lauren D. Wilkins, Esq. #3239
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

10

*CERTIFICATION*

I hereby certify that I mailed a true copy of the within to the attorney(s) listed below on the 16 day of April, 2004.

Dana Palangi

| | | |
|---|---|---|
| Brian Cunha, Esq.<br>Karen Alegria, Esq.<br>Brian Cunha & Associates, PC<br>311 Pine Street<br>Fall River, MA 02720<br>*Plaintiff's* | Kristin Rodgers, Esq.<br>Blish & Cavanagh, LP<br>30 Exchange Terrace<br>Providence, RI 02903<br>*Anheuser Busch Companies* | Kevin Brill, Esq.<br>45 Border Street<br>West Newton, MA 02465<br>*Town of West Warwick*<br>*Denis Larocque* |
| Thomas Angelone, Esq.<br>Hodosh Spinella & Angelone<br>1 Turks Head Plaza, Suite 1050<br>Providence, RI 02903<br>*American Foam* | Randall Souza, Esq.<br>Fred Kelly, Esq.<br>Nixon Peabody, LLP<br>One Citizens Plaza, Suite 700<br>Providence, RI 02903<br>*Jack Russell* | Howard Merten, Esq.<br>Vetter & White<br>20 Washington Plaza<br>Providence, RI 02903<br>*McLaughlin & Moran* |
| James Murphy, Esq.<br>Kelly Michels, Esq.<br>Hanson Curran<br>146 Westminster Street<br>Providence, RI 02903<br>*Triton Realty Ltd. Part.* | Curtis Diedrich, Esq.<br>Sloane & Walsh, LLP<br>127 Dorrance St, 4th Floor<br>Providence, RI 02903<br>*Luna Tech, Inc.* | Anthony DeMarco, Esq.<br>Reynolds, DeMarco & Boland<br>170 Westminster Street<br>Suite 200<br>Providence, RI 02903<br>*Derderians and Derco* |
| William Robinson, III, Esq.<br>Stephen Prignano, Esq.<br>Edwards & Angell, LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>*Clear Channel Comm d/b/a WHJY-FM* | Faith LaSalle, Esq.<br>Zizik, LaSalle & Powers<br>40 Westminster St, Suite 201<br>Providence, RI 02903<br>*Shell Oil Co. and Motiva Enterprises* | Marc DeSisto, Esq.<br>DeSisto Law<br>211 Angell Street<br>P.O. Box 2563<br>Providence, RI 02906-2563<br>*Town of West Warwick and Denis Larocque* |
| James Lee, Esq.<br>Chief, Civil Division<br>Dept of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>*State of Rhode Island and Irving Owens* | | |
| | | |