RECEIVED
APR 22 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, as ADMINSTRATRIX of the Estate of Donald Roderiques; Individually and as Mother and next friend to Madi Roderiques, minor,
Plaintiffs

v. C.A. No. 04-26/L

AMERICAN FOAM CORPORATION; ET AL.,
Defendants

**ENLARGEMENT STIPULATION**

It is hereby stipulated that defendant McLaughlin & Moran, Inc.'s time to answer, move, object, or otherwise respond to plaintiffs' complaint is enlarged up to and including September 1, 2004.

Enter:
Ronald R. Lagueux
Sr. USDJ 4/22/04

Brian R. Cunha, (BBO 108560)
Karen A. Alegria (BBO 563993)
BRIAN CUNHA & ASSOC.
Attorneys for Plaintiffs
311 Pine Street
Fall River, MA 02720
508-675-9500
508-679-6360 FAX

Howard A. Merten, #3171
Eric Sommers, #6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: April 21, 2004

13