UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, As Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, A minor | : | |
| VS. | : | C.A. No.: 04-26-L |
| JEFFREY DERDERIAN; MICHAEL DERDERIAN and DERCO, LLC, et als | : | |

**STIPULATION ENTENDING TIME TO RESPOND TO COMPLAINT**

The parties hereby stipulate that the defendants, Michael Derderian, Jeffrey Derderian and Derco, LLC, shall have up to and including September 1, 2004 to respond to the plaintiffs' complaint.

Plaintiffs,
By their attorney,

Karen Alegria, Esquire (#6562)
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
(401) 434-5300
Fax: (401) 434-1958

Michael Derderian, Jeffrey Derderian
and Derco, LLC,
By their attorney,

Anthony F. DeMarco, Esquire (#0799)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

ENTER: Ronald R. Lagueux
Sr. USDJ 4/27/04

RECEIVED
APR 27 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

14