UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIGUES, et al<br>*Plaintiffs* | : | |
| VS. | : | C.A. No. 04-26L |
| AMERICAN FOAM CORPORATION, et al<br>*Defendants* | : | |

**ENTRY OF APPEARANCE**

Donna M. Lamontagne hereby enters her appearance on behalf of Defendants, Shell Oil Company and Motiva Enterprises LLC.

Shell Oil Company
Motiva Enterprises LLC
By their Attorneys,

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax

**CERTIFICATION**

I hereby certify that on the 27th day of April, 2004, I caused a true copy of the foregoing to be mailed to the following counsel of record:

| | |
|---|---|
| Ronald J. Resmini, Esq.<br>Ronald J. Resmini, Ltd. Law Offices<br>155 South Main Street<br>Providence, RI 02903 | James Lee, Esq.<br>Dept. of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |

15

| | |
|---|---|
| Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903 | James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster St.<br>Providence, RI 02903 |
| Anthony DeMarco, Esq.<br>Boyer, Reynolds & DeMarco<br>170 Westminster St., #200<br>Providence, RI 02903 | William P. Robinson, III Esq.<br>Stephen M. Prignano, Esq.<br>Stephen MacGillivray, Esq.<br>Edwards and Angell<br>One Financial Plaza, Ste. 2700<br>Providence, RI 02903 |
| Joseph Cavanagh, Jr., Esq.<br>Kristen E. Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903 | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02909 |
| Howard Merten, Esq.<br>Eric M. Sommers, Esq.<br>Vetter & White<br>20 Washington Pl.<br>Providence, RI 02903 | Daniel P. McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |
| Mark T. Nugent, Esq.<br>Paul V. Sullivan, Esq.<br>Morrison, Mahoney & Miller<br>One Providence Washington Plaza<br>Providence, RI 02903 | Ann S. Sheeley, Esq.<br>Stephen Born, Esq.<br>Law Offices of Donald E. Green, P.C.<br>2235 Washington Street<br>Roxbury, MA 02119 |
| Stefanie DiMaio Larivee, Esq.<br>215 Broadway<br>Providence, RI 02903 | Edward M. Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606 |
| Fred A. Kelly, Jr., Esq.<br>Randall L. Souza, Esq.<br>Ian C. Ridlon, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 700<br>Providence, RI 02903 | W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq.<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |

| | |
|---|---|
| Scott Tucker, Esq.<br>Tucker Heifetz & Saltzman LLP<br>Three School Street<br>Boston, MA 02108 | Andrew Trevelise, Esq.<br>Reed Smith LLp<br>2500 One Liberty Place<br>Philadelphia, PA 19103-7301 |
| Stephen E. Breggia, Esq.<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908 | Brian R. Cunha, Esq.<br>Law Offices of Brian Cunha & Associates<br>904 Broadway<br>East Providence, RI 02914 |
| Curtis R. Diedrich, Esq.<br>Edward T. Hinchey, Esq.<br>Sloane & Walsh<br>3 Center Plaza<br>Boston, MA 02108 | Joyce A. Faraone, Esq.<br>400 ReservoJir Avenue<br>Suite 3G<br>Providence, RI 02907 |
| William A. Filippo, Esq.<br>Steven A. Minicucci, Esq.<br>373 Elmwood Avenue<br>Providence, RI 02907 | James Howe, Esq.<br>215 Broadway<br>Providence, RI 02903 |
| Scott Hubbell, Esq.<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038-0306 | Eva Mancuso, Esq.<br>387 Atwells Avenue<br>Providence, RI 02909 |
| Mark S. Mandell, Esq.<br>One Park Row<br>Providence, RI 02903 | Donald A. Migliori, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>321 South Main Street, Suite 402<br>Providence, RI 02903 |
| Ralph J. Monaco, Esq.<br>Conway & Londregan<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320 | Oleg Nikolyszyn, Esq.<br>155 South Main Street<br>Suite 303<br>Providence, RI 02903 |
| Charles N. Redihan, Jr., ESq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Christopher L. Russo, Esq.<br>888 Reservoir Avenue<br>Cranston, RI 02910 |
| Michael A. St. Pierre, Esq.<br>Revens, Revens & St. Pierre, P.C.<br>946 Centerville Road<br>Warwick, RI 02886 | Stephen Born, Esq.<br>Law Office of Donald E. Green<br>2235 Washington Street<br>Roxbury, MA 02119 |

| | |
|---|---|
| Mark D. Tourgee, Esq.<br>Timothy A. Williamson, Esq.<br>Inman & Tourgee<br>1193 Tiogue Avenue<br>Coventry, RI 02816 | Scott J. Tucker, Esq.<br>Tucker, Heifetz & Saltzman, LLP<br>Three School Street<br>Boston, MA 02108 |
| Max Wistow, Esq.<br>Wistow & Barylick<br>61 Weybosset Street<br>Providence, RI 02903 | Ronald J. Creamer, Esq.<br>Law Office of Ronald J. Resmini<br>155 South Main Street, Suite 400<br>Providence, RI 02903 |
| Matthew E. Medeiros, Esq.<br>Little, Bulman, Medeiros & Whitney<br>72 Pine Street, 5thFloor<br>Providence, RI 02903 | |

Deborah M. Cahill

ZIZIK, POWERS, O'CONNELL,
SPAULDING & LAMONTAGNE