UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 29 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, ET AL. :
Plaintiffs :
:
vs. : C.A. No. 04-26-L
:
AMERICAN FOAM CORPORATION, ET AL., :
Defendants :

## STIPULATION

The parties, by and through their counsel, hereby agree that defendant Anheuser-Busch, Inc. shall have up to and including September 1, 2004 to answer or otherwise respond to plaintiffs' complaint.

LINDA RODERIQUES, ET AL.

By their Attorneys,

Brian Cunha #
Karen A. Alegra #6562
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Telephone: (401) 434-5300
Facsimile: (401) 434-1958

ANHEUSER-BUSCH, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr.

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Dated:

Enter: Ronald R. Lagueux
Sr. USDJ 4/30/04

17