RECEIVED

APR 29 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, et al.,
Plaintiffs,

Vs.

AMERICAN FOAM CORPORATION, et al.,
Defendants.

C.A. No.: 04-026 L

**STIPULATION**

Now comes the Plaintiff in this matter and together with Defendant, Triton Realty Limited Partnership, hereby agree and Stipulate that said Defendant shall have up to September 1, 2004 to Answer or otherwise respond to Plaintiffs' Complaint.

Brian R. Cunha, Esq.
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
*Attorney for Plaintiffs*

Dated: 4/28/04

Kelly N. Michels, Esq. (#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
*Attorney for Defendant, Triton Realty Limited Partnership*

Dated: 4/29/04

Enter: Ronald R. Lagueux
Sr. USDJ 4/30/04

18