**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, Minor,** | |
| **Plaintiffs,** | |
| | **C.A. NO. 04-26-L** |
| **VS.** | |
| **AMERICAN FOAM CORPORATION et al.,** | |
| **Defendants.** | |

**AFFIDAVIT OF MARGARET HEBNER**
**IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS**
**OF FOAMEX INTERNATIONAL INC.**

Margaret Hebner, being first duly sworn, states as follows:

1. I am the Vice President of Business Support in the Technical Products business unit of Foamex, L.P. With the exception of a period between 1974 and 1978, I have been employed by Foamex L.P. or its predecessors since 1971. Foamex International Inc. is a Delaware holding company that owns 100% of Foamex, L.P.

2. Foamex, L.P. ("Foamex") is in the business of developing, manufacturing and selling polyurethane products. Foamex's business records indicate that Foamex did not sell any foam to American Foam Corporation (AFC) in Johnston, Rhode Island prior to July, 2001.

3. Polyurethane foam is produced by an exothermic reaction of two liquid chemicals: a polyol and an isocyanate. Those two chemicals, along with water, catalysts and surfactants, are mixed and poured onto a moving conveyor where a chemical reaction similar in appearance to bread rising creates polyurethane foam. By varying the chemical formulation used in the production process, foams of varying physical characteristics, such as density, tensile strength, elongation and firmness, can be produced. When requested by the customer/distributor or required by an end use communicated by the customer/distributor, a flame retardant chemical can be added to the formulation.

4. Polyurethane foam is a remarkably versatile commodity due to its unique combination of form and function. In addition to its superior cushioning qualities, it is light in weight, resists mildew, is lint free, does not aggravate common allergies, and can be cut or molded into many shapes.

24

5. The versatility of polyurethane is reflected in its ubiquitous presence throughout our daily environment. Furniture cushions, bedding, carpet pads, car seats, dashboards, briefcase linings, sponges, air filters, helmet liners, cosmetic applicators, packaging material, blood filters and decubitus ulcer pads are only a few of the vast number of practical and efficient uses of polyurethane foam.

6. Foamex produces flexible polyether and polyester polyurethane foams at its plants in Eddystone, PA, Fort Wayne, IN, East Rutherford, NJ, and San Leandro, CA. Foamex produces bulk polyurethane foam for sale in large buns or blocks. Foamex sells foam in bulk to various distributors and fabricators, who in turn cut and/or further process the foam for particular applications.

7. Beginning in July, 2001, AFC was one of Foamex's fabricator customers for a short period of time. It is my understanding that AFC ordered foam from various foam manufacturers. After July, 2001, AFC ordered bulk foam from Foamex expressly specifying the type of foam, usually P120-34 non-flame retardant polyether packing foam. AFC is a well-respected manufacturer and producer of packaging products for many uses including, specifically, the costume jewelry trade. All of the foam which Foamex sold to AFC was shipped in truckloads of large foam buns or blocks having dimensions of approximately 74" by 84" by 36" to 40".

8. As a packaging fabricator, AFC must remanufacture the bulk polyurethane foam it orders, buys and receives from Foamex. This requires AFC to produce convoluted packing foam, a foam sheet of varying thickness with dimples on one side, to cushion the packaged product within the box or container. A "convoluter" is a large, expensive machine that processes the large polyurethane foam buns, slicing and cutting them into appropriate size sheets of dimpled packing foam. These are often 1" – 4" thick packing sheets about 7'x 8' in size. The packing foam is then cut again to conform to the package, box or container for its end use application.

9. Foamex never sold polyurethane foam to AFC which had been cut into sheets or otherwise fabricated into any product, shape or dimension other than large bulk buns.

10. Foamex never sold polyurethane foam to AFC which was convoluted or "dimpled" in contour.

11. Foamex never sold polyurethane foam to AFC which contained any fire retardant additives.

12. Foamex had no knowledge of any use or application of polyurethane foam employed by AFC other than specialty packaging applications for items such as jewelry, medical equipment, china and other products for which the aesthetics and presentation of the packaged products were emphasized. Foamex had no communications with AFC regarding any intended use of polyurethane foam by AFC or its customers for sound reduction purposes.

13. Foamex provided AFC with a material safety data sheet for polyurethane foam which contained information about the flammability and combustion products of the foam. In pertinent part, Foamex's material safety data sheet stated:

**IV. FIRE AND EXPLOSION HAZARD DATA**

Unusual Fire & Explosion Hazards: If ignited, foam can produce rapid flame spread, intense heat, dense black smoke and toxic gases. Material can melt into a burning liquid that can drip and flow.

Accumulated polyurethane dust can be readily ignited and presents a fire risk. High concentrations of dust in the air can explode if exposed to a flame, spark or other ignition sources. …

**VII. PRECAUTIONS FOR SAFE HANDLING AND USE**

Safe Handling and Storage: Warehousing of bun stock, sheets, rolls and fabricated items should be stored under a fusible sprinkler system with a minimum of six feet clearance between stacks of foam and the sprinkler heads.

Do not store foam near any ignition sources such as exposed electrical or gas heating elements, open flames and exposed lights. Do not smoke in foam storage areas.

Do not allow foam scrap and cuttings to accumulate and maintain clear aisles with adequate access to all storage areas and exits. …

**IX. SPECIAL INFORMATION**

Flexible polyurethane foam, like all organic materials, will burn if exposed to a sufficient heat source. The ignition temperature of polyurethane foam will vary depending on the product chemical formulation, but all polyurethane foams are combustible and can create a fire risk. Flexible polyurethane foams, once ignited, may degrade and melt to a combustible liquid, which may add to the fire involvement. …

14. **Foamex's** sales documentation, which accompanied its products when shipped to its customers, including AFC, contained a warning about the flammability of polyurethane foam, stating:

**WARNING – IMPORTANT NOTICE**

> ALL POLYURETHANE FOAMS, INCLUDING COMBUSTION MODIFIED FOAMS, WILL BURN. DO NOT EXPOSE TO ANY FLAME SOURCE. ONCE IGNITED, THEY CAN PRODUCE RAPID FLAME SPREAD, INTENSE HEAT, DENSE SMOKE AND TOXIC GASES CAUSING DEATH. WARNINGS SHOULD BE GIVEN TO YOUR EMPLOYEES AND CUSTOMERS. TEST DATA DOES NOT NECESSARILY REFLECT A FOAM'S PERFORMANCE UNDER ACTUAL FIRE CONDITIONS.

15. Foamex did not participate in, or make recommendations concerning, AFC's applications and uses of foam or any end products produced or sold by AFC.

16. Although polyurethane foams can be produced with fire retardant ("FR") additives to inhibit the spread of flame applied to the foam, all polyurethane foams, including FR foams, will burn and generate smoke and gases. There are many methods and specifications for testing the flammability of foam, such as Underwriters Laboratories' horizontal burn test (UL 94) and smoke generation test (UL 900). Customers in various industries, or in need of special applications, will require polyurethane foams to meet certain flammability test criteria by requesting FR additives when they order the polyurethane foam.

17. Flexible polyurethane foam is not appropriate for use in permanent structural acoustical applications, e.g. on the walls and ceilings of buildings. While some polyurethane foams can be used appropriately in acoustical applications such as machinery and equipment where sound reduction is needed, it does not meet requisite building and fire codes for use in buildings. Sound reduction products which generally meet the necessary building code requirements include fiberglass and melamine foam, which is a non-polyurethane foam. BASF in Germany is the primary (and perhaps only) manufacturer of melamine foam. This melamine foam is more expensive than polyurethane foam. Melamine foam is distributed in the United States by Illbruck, Soundcoat and Polymer Technologies (Delaware) and perhaps others.

18. Foamex is not the only manufacturer of bulk foam of the type purchased by AFC. Bulk foam producers other than Foamex sold the same type of bulk foam for packaging uses to AFC.

MARGARET HEBNER

STATE OF PENNSYLVANIA )
) SS:
COUNTY OF Delaware )

**SUBSCRIBED AND SWORN** to before me by Margaret Hebner on this 29 day of April, 2004.

Notary Public
State of Pennsylvania

My Commission Expires: 11-9-06

Notarial Seal
Rosemarie Henderson, Notary Public
Eddystone Boro, Delaware County
My Commission Expires Nov. 9, 2006
Member, Pennsylvania Association Of Notaries

LOULibrary/354715.1

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, Minor

vs. C.A. NO.: 04-26-L

AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS, INC.; ANHEUSER-BUSH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC.; LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC. d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK; DENNIS LAROCQUE; STATE OF RHODE ISLAND and IRVING J. OWENS

**EXHIBITS TO AFFIDAVIT OF MARGARET HEBNER FILED IN SUPPORT OF RULE 12(B)(6) MOTION TO DISMISS OF FOAMEX INTERNATIONAL, INC.**

**EXHIBIT 1:**

American Foam Corporation product literature.

See Affidavit at paragraph 7.

**EXHIBIT 2:**

General Foam Corporation invoice to American Foam Corporation.

See Affidavit at paragraph 14.

Defendants
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**RODERIQUES CERTIFICATION**

I hereby certify that I forward a copy of the within document on this 13th day of May, 2004, to:

Brain R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Ronald Langlois, Esq.
Lauren DiSimone Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 401
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall Sousa, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philidelphia, PA 19103-3508

Edward T. Hinchey, Esq.
Sloane and Walsh LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

Marc DeSisto, Esq.
DiSisto Law Offices
211 Angell Street, P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
Zizik, Powers, O'Connell, Spaulding, Lamontagne
40 Westminster Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

James H. Reilly, Esq.
Donald Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Faith A. LaSalle, Esq.
One Turks Head Building
76 Westminster Street, Suite 1010
Providence, RI 02903

## ▶ SIM-U-VEL FOAM PACKAGING WILL MAKE YOUR PRODUCT A STAR IN THE SHOWCASE!

It's okay to be a show-off if you've got something to show. At American Foam Corporation we do—your product. With our foam fabrication and flocking capabilities, we can display your product to show up your competition. We believe impressions are very important. American Foam Corporation (AFC) is the only foam fabricating company that manufactures and inventories flocked foam—a unique, distinctive velour covering that creates a great impression for your product.

Protective packaging has become a whole new art form at AFC. In addition to our highly-specialized flocking capabilities, we have state-of-the-art technology for die-cutting, profiling, contouring, slitting and laminating. We work with a complete [illegible] of foam materials showcasing a diverse range [illegible]ucts from elegant silver crystal to sensitive [illegible] components.

We take [illegible] what we do. And it shows. For over 25 years we've been developing creative solutions to meet the protective packaging needs of clients from coast to coast.



## COSMETICS

▲

ıov. ..se your fine erfumes and cosmetics ı protective elegance. locked foam, from .merican Foam Corpora-on, provides a unique nd perfect setting for our delicate bottles and ontainers with its plush, elvet-like finish. Let AFC elp you custom design our holiday or promo-onal display packaging om our large variety of ch, stock colors in IM-U-VEL flocked foam. Λake your salesman's lisplay case become a *howcase*.

## CASE PACKS

▲

Flocked foam is the perfect showcasing material. We custom design our foams to fit your products into all types of sales and carrying cases. Its velvet-like finish provides an elegant background for all your promotional items in a variety of rich colors—*we'll even imprint your logo*.















Whether you are shipping sensitive electronic components or fragile glassware – protect it – with Convoluted. Designed to grab and control movement, cushion and resist impact, support and protect against breakage – Convoluted works.



At American Foam we produce Convoluted in large and small pyramid, straight line, and standard egg crate to meet your specific needs.

American Foam Corporation
61 John Street
Johnston, Rhode Island 02919-9990
Tel: 401-944-4990 • 800-235-0010
Fax: 401-944-0142



# Package it with Convoluted

Valmont Industrial Park
25 Jaycee Drive, West Hazleton, PA 18201-1193

NO. 02813

DATE 10-6-99

SHIP TO: American Foam Corp

BILL TO:

VIA Courier 888

OUR ORDER NO. 0273678

PART SH. ☐ PREPAID ☐

B/L #

YOUR ORDER NO. 21716

COMPL. SH. ☐ COLLECT ☐

| | RUN # ROLL # | WIDTH | GAUGE HEIGHT | LENGTH | SQ. FT. YDAGE. | TYPE COLOR | | RUN # ROLL # | WIDTH | GAUGE HEIGHT | LENGTH | SQ. FT YDAGE | TYPE COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 54 | 24 | 84 | | 36060322 | 26 | 5972 19 | 54 | 22 | 114 | | 36060322 |
| 2 | 14 | | 21 | | | | 27 | 3 | | 22 | | | |
| 3 | 16 | | 21 | | | | 28 | 11 | | 22 | | | |
| 4 | 12 | | 22 | | | | 29 | 10 | | 22 | | | |
| 5 | 10 | | 24 | | | | 30 | 12 | | 22 | | | |
| 6 | 9 | | 24 | | | | 31 | 14 | | 22 | | | |
| 7 | 13 | | 21.5 | | | | 32 | 18 | | 22 | | | |
| 8 | 7 | | 23 | | | | 33 | 4 | | 22 | | | |
| 9 | | | | | | | 34 | 23 | | 22 | | | |
| 10 | | | | | | | 35 | 21 | | 22 | | | |
| 11 | | | | | | | 36 | 22 | | 22 | | | |
| 12 | | | | | | | 37 | 1 | | 22 | | | |
| 13 | | | | | | | 38 | 2 | | 22 | | | |
| 14 | | | | | | | 39 | 17 | | 22 | | | |
| 15 | | | | | | | 40 | [redacted] | | [redacted] | | | |
| 16 | | | | | | | 41 | | | | | | |
| 17 | | | | | | | 42 | | | | | | |
| 18 | | | | | | | 43 | | | | | | |
| 19 | | | | | | | 44 | | | | | | |
| 20 | | | | | | | 45 | | | | | | |
| 21 | | | | | | | 46 | | | | | | |
| 22 | | | | | | | 47 | | | | | | |
| 23 | | | | | | | 48 | | | | | | |
| 24 | | | | | | | 49 | | | | | | |
| 25 | | | | | | | 50 | | | | | | |

| | YARDAGE SQ. FT. | # PCS. | DESCRIPTION THICKNESS & WIDTH | COLOR—TYPE |
|---|---|---|---|---|
| 1 | | 8 | 54X84 | 36060322 |
| 2 | | 14 | 54X114 | 36060322 |
| | | | | |
| | | | | |
| 6 | | | | |

LOADER Lorenzo

CUSTOMER SIGNATURE

26-1841 2/99

"SEE IMPORTANT INFORMATION ON THE BACK OF THIS DOCUMENT"

## WARNING! POLYURETHANE FOAM IS FLAMMABLE

IMPROPER HANDLING OF FLEXIBLE POLYURETHANE FOAM DURING STORAGE OR USE MAY PRESENT A RISK OF FIRE. DO NOT EXPOSE POLYURETHANE FOAM TO POTENTIAL SOURCES OF IGNITION SUCH AS WELDING, BURNING CIGARETTES, CONTACT WITH NAKED LIGHTS, OPEN FLAMES, SPACE HEATERS, OR UNCONTROLLED BURNING OPERATIONS. IN THE EVENT OF IGNITION, POLYURETHANE FOAM MAY BURN RAPIDLY.

**PRECAUTIONS FOR STORAGE AND HANDLING:**

**USERS SHOULD TAKE APPROPRIATE PRECAUTIONS IN THE STORAGE AND HANDLING OF THIS MATERIAL AND FOLLOW APPLICABLE LOCAL BUILDING CODES, FIRE ORDINANCES, AND INSURANCE REGULATIONS. MINIMUM PRECAUTIONS SHOULD INCLUDE PROVISION OF ADEQUATE AISLEWAYS, SPRINKLER HEAD CLEARANCE AND AVAILABILITY OF APPROVED ABC DRY CHEMICAL EXTINGUISHERS. IN THE EVENT OF IGNITION, DOUSE FOAM WITH LARGE VOLUMES OF WATER AND REMOVE FOAM FROM BUILDING.**

**FOR ADDITIONAL INFORMATION REGARDING STORAGE AND HANDLING CONTACT:**

**GENERAL FOAM**
**WEST 100 CENTURY ROAD**
**PARAMUS, NEW JERSEY 07652 - 1494**

**(201) 262-7500**