**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LINDA RODERIQUES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FOAM CORPORATION, et al.<br><br>Defendants. | NO.: 04-026-L |

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for the defendant, Luna Tech, Inc.

DEFENDANT, LUNA TECH, INC.

BY: ______________________

Curtis R. Diedrich (RI #4171)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828

Dated:May 14, 2004

29