UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN - 4 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, Minor

vs. C.A. NO.: 04-26-L

AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS, INC.; ANHEUSER-BUSH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC.; LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC. d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK; DENNIS LAROCQUE; STATE OF RHODE ISLAND and IRVING J. OWENS

**STIPULATION**

By agreement of the parties, the above listed Plaintiffs shall have up to and including June 18, 2004 to answer Defendant Foamex International, Inc.'s Motion to Dismiss.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

[signature]

Brian R. Cunha #4074
Karen A. Alegria #6562
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

Defendant
By Its Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

James A. Ruggieri

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Enter: Ronald R. Lagueux
Sr. USDJ 6/3/04

(34)