UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA RODERIGUES, et al
Plaintiffs

04-26

v. C.A. No.: 03-335L

AMERICAN FOAM CORPORATION, et al
Defendants

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Defendants, SHELL OIL COMPANY and MOTIVA ENTERPRISES, LLC, hereby move that MARK K. OSTROWSKI be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______________________.
- Pro hac vice counsel's long-standing representation of the client: SHELL OIL COMPANY and MOTIVA ENTERPRISES, LLC.
- The local trial bar lacks experience in the field of: ______________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: Mr. Ostrowski was counsel of record for Shell Oil Company and Motiva Enterprises, LLC in the action captioned Estate of Jude B. Henault et. al. v. American Foam Corporation et. al., United States District Court, District of Connecticut, Civil Action No: 03-CV-999 (DJS), which case had been transferred to this district.

Defendants
By: *[signature]*
Faith A. LaSalle, Esq. (#2212)
Law Offices of Faith A. LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Defendants
By: *[signature]*
Donna M. Lamontagne, Esq. (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
Dated: June __ , 2004

(38)

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1.) I certify that I am a member in good standing of the bar of the State of Connecticut and the bar of the United States District Court for the District of Connecticut, without any restriction on my ability to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2.) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: I am currently applying for admission in the following cases arising out of the Station Night Club Fire which are captioned: Tammy Passa, et al. v. Jeffrey Derderian, et al (C.A. No. 03-148-L); Linda Roderiques et al. v. American Foam Corporation et al. C.A. No. 04-26L; George Guindon, et al. v. American Foam Corporation, et al. (C.A. No. 03-335L); Charles Sweet et al. v. American Foam Corporation et al., C.A. No. 04-56L; and Estate of Jude B. Henault, et al. v. American Foam Corporation, et al. (C.A. No. 03-483L.

I have also applied for admission in the case of Motiva Enterprises, LLC v. Providence & Worcester Railroad Company, C.A. No. 04-220S.

Previously, I was admitted in the case of Neal R. Haber v. Reassure America Life Insurance Company, et al., CA 02-087-T. That case was dismissed by stipulation on or about November 2003.

(3.) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4.) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

**Name**: Mark K. Ostrowski, Esquire

Shipman & Goodwin, LLP
**Firm Name**

One Constitution Plaza
Hartford, CT 06103-1919
Business Address

(860) 251-5000 (860) 251-5219
**Tel #** **Fax #**

**Local Associate Counsel**
Faith A. LaSalle, Esq.
R. I. Bar ID # 2212

Law Offices of Faith A. LaSalle
**Firm Name**

One Turks Head Place, Suite 1010
76 Westminister Street
Providence, RI 02903
Business Address

(401) 421-8080 (401) 421-0677
**Tel #** **Fax #**

/s/ Donna M. Lamontagne
**Local Associate Counsel**
Donna M. Lamontagne, Esquire
R.I. Bar ID # 5138

Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C
**Firm Name**

40 Westminster Street, Suite 201
Providence, RI 02903
Business Address

(401) 421-7110 (401) 421-7111
**Tel #** **Fax #**

---

**ORDER**: This motion is hereby: ______________

______________________________
United States District Court Judge

Date: ______________________

Certification of Service

I hereby certify that on this 25 day of June, 2004, that a true and correct copy of Motion for Entry of Appearance Pro Hac Vice has been duly furnished via First Class Mail to the following counsel of record:

Ronald J. Resmini, Esq.
Ronald J. Resmini, Ltd. Law Offices
155 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster St., #200
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Pl.
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

William P. Robinson, III Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
One Financial Plaza, Ste.2700
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02909

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlong, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
435 Sixth Avenue
Pittsburgh, PA 15219

Ronald J. Creamer, Esq.
Law Offices of Ronald J. Resmini
155 South Main Street, Suite 400
Providence, RI 02903

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Brian P. Cunha, Esq.
Law Offices of Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

Joyce A. Faraone, Esq.
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

William A. Filippo, Esq.
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

James Howe, Esq.
215 Broadway
Providence, RI 02903

Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038-0306

Eva Mancuso, Esq.
387 Atwells Avenue
Providence, RI 02909

Mark S. Mandell, Esq.
One Park Row
Providence, RI 02903

Donald A. Migliori, Esq.
Ness, Motley, Loadholt, Richardson & Poole
321 South Main Street, Suite 402
Providence, RI 02903

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esq.
55 South Main Street
Suite 303
Providence, RI 02903

Charles N. Redihan, Jr., Esq.

Christopher L. Russo, Esq.

Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

888 Reservoir Avenue
Cranston, RI 02910

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Stephen Born, Esq.
Law Offices of Donald E. Green
2235 Washington Street
Roxbury, MA 02119

Mark D. Tourgee
Timothy A. Williamson, Esq.
Inman & Tourgee
1193 Togue Avenue
Coventry, RI 02816

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Edward T. Hinchey, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

________________________________
Offices of Faith A. LaSalle