UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUN 24 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, Minor | |
| vs. | C.A. NO.: 04-26-L |
| AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS, INC.; ANHEUSER-BUSH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC.; LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC. d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK; DENNIS LAROCQUE; STATE OF RHODE ISLAND and IRVING J. OWENS | |

**MOTION OF DEFENDANT FOAMEX INTERNATIONAL, INC. FOR LEAVE TO FILE REPLY MEMORANDUM AND FOR ENLARGEMENT OF PAGE LIMITS**

Defendant Foamex International, Inc. ("Foamex") filed a Motion to Dismiss in the above matter on April 30, 2003. Plaintiffs filed their opposition to the Motion to Dismiss on June 18, 2004. Michelle Spence ("Spence"), a plaintiff in the related matter of *George Guindon, et al vs. American Foam Corporation, et al*, C.A. No.: 03-335-L, was granted, on June 15, 2004, a ten (10) day extension of time by this Court to respond to Foamex's Motion to Dismiss in that case. Foamex has subsequently agreed

40

to a further extension of time to July 8, 2004 for Spence to respond to the Motion to Dismiss. In order that Foamex may have sufficient time to reply to the opposition memoranda filed by plaintiffs in all Station fire cases in which it has moved to dismiss, Foamex respectfully requests that it be allowed up to and including July 30, 2004, within which to file a Reply Memorandum. This defendant further requests that it be allowed to file a Reply Memorandum not to exceed ten (10) pages.

A memorandum in support of this motion is not required pursuant to the Local Rules of this Court.

Defendant
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Granted:
Ronald R. Lagueux
Sr. USDC 7/12/04