UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Linda Roderiques, et al. :

vs. : C.A. No. 04-026 L

American Foam, et al. :

FILED AUG 16 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND
AND IRVING J. OWENS' MOTION TO EXCEED
PAGE LIMIT FOR THE FILING OF A MOTION TO DISMISS

Defendants State of Rhode Island and Irving J. Owens hereby Move this Honorable Court for an Order allowing them to exceed the twenty (20) page limit for memoranda with the filing of a Motion pursuant to F.R.C.P. 12(b)(6). For the reasons set forth in the Memorandum filed herewith, these defendants request that they be allowed to file a memoranda in support of their Motion not to exceed 35 pages.

Respectfully submitted,

DEFENDANTS

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☑ for determination
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge
Date: 8-17-04

GRANTED.

David L. Martin
United States Magistrate Judge
August 17, 2004

46