**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES as Mother and Next Friend to MANDI RODERIQUES, Minor,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **C.A. NO. 04-26-L** |
| **VS.** | ) | |
| **AMERICAN FOAM CORPORATION et al.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT FOAMEX INTERNATIONAL, INC.'S OPPOSITION TO PLAINTIFFS' REQUEST TO FILE A SUR-REPLY BRIEF ON THE RULE 12(b)(6) MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") opposes Plaintiffs' Motion Requesting Permission to File a Sur-Reply Brief to Foamex's Reply Memorandum on its Rule 12(b)(6) Motion to Dismiss. Foamex submits its memorandum in support of this motion.

Respectfully submitted,

Gerald C. DeMaria #0637
James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780

53

Of Counsel Carl A. Henlein
Susan S. Wettle
John R. Crockett III
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

*Counsel for Foamex International, Inc.*

**RODERIQUES CERTIFICATION**

I hereby certify that I forwarded a copy of the within document on this 26th day of August, 2004, to:

Brain R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Ronald Langlois, Esq.
Lauren DiSimone Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 401
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall Sousa, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philidelphia, PA 19103-3508

Edward T. Hinchey, Esq.
Sloane and Walsh LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

Marc DeSisto, Esq.
DiSisto Law Offices
211 Angell Street, P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
Zizik, Powers, O'Connell, Spaulding, Lamontagne
40 Westminster Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

James H. Reilly, Esq.
Donald Marone, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Faith A. LaSalle, Esq.
One Turks Head Building
76 Westminster Street, Suite 1010
Providence, RI 02903

Curtis R. Diedrich, Esq.
Sloane and Walsh, LLP
127 Dorrance Street
Providence, RI 02903

______________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES as Mother and Next Friend to MANDI RODERIQUES, Minor,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **C.A. NO. 04-26-L** |
| **VS.** | ) | |
| **AMERICAN FOAM CORPORATION et al.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT FOAMEX INTERNATIONAL, INC.'S MEMORANDUM IN SUPPORT OF OPPOSITION TO PLAINTIFFS' REQUEST TO FILE A SUR-REPLY BRIEF ON THE RULE 12(b)(6) MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") opposes Plaintiffs' Motion Requesting Permission to File a Sur-Reply Brief to Foamex's Reply Memorandum on its Rule 12(b)(6) Motion to Dismiss.

Neither the rules nor orders of this Court permit the filing of a sur-reply. Moreover, Plaintiffs incorrectly assert that Foamex "raised additional issues in their reply brief." To the contrary, Foamex's reply memorandum was limited to responding to the arguments made by Plaintiffs' in their opposition brief and Foamex did not raise additional issues. As evidenced by Plaintiffs' failure to identify even one such "additional issue" in support of its request of this Court, there is no basis for permitting Plaintiffs another opportunity to rehash arguments they made earlier or to raise issues that could and should have been presented in their original opposition to Foamex's motion. *See, e.g., General Elec. Co. v. Latin American Imports, S.A.*,

187 F. Supp. 2d 749 (W.D. Ky. 2001) (motion for leave to file sur-reply not to be used for recently discovered caselaw or arguments which the parties did not think to make in their pleadings).

For these reasons, Foamex requests that Plaintiff's Motion Requesting Permission to File a Sur-Reply Brief be denied.

Respectfully submitted,

Gerald C. DeMaria #0637
James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903
Telephone: (401) 272-3500
Facsimile:(401) 273-8780

Of Counsel Carl A. Henlein
Susan S. Wettle
John R. Crockett III
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

*Counsel for Foamex International, Inc.*

**RODERIQUES CERTIFICATION**

I hereby certify that I forwarded a copy of the within document on this 26th day of August, 2004, to:

Brain R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Ronald Langlois, Esq.
Lauren DiSimone Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 401
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall Sousa, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philidelphia, PA 19103-3508

Edward T. Hinchey, Esq.
Sloane and Walsh LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

Marc DeSisto, Esq.
DiSisto Law Offices
211 Angell Street, P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
Zizik, Powers, O'Connell, Spaulding, Lamontagne
40 Westminster Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

James H. Reilly, Esq.
Donald Marone, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Faith A. LaSalle, Esq.
One Turks Head Building
76 Westminster Street, Suite 1010
Providence, RI 02903

Curtis R. Diedrich, Esq.
Sloane and Walsh, LLP
127 Dorrance Street
Providence, RI 02903

Jan Audino