UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 26 2004
DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, as Administratrix of the Estate of Donald Roderiques; et al.
Plaintiff,

v. : C.A. No. 04-026L

AMERICAN FOAM CORPORATION; et al.,
Defendants.

**STIPULATION FOR ENLARGEMENT OF TIME**

The Plaintiffs and the undersigned Defendants, by and through their respective counsel, hereby stipulate and agree that the following seven (7) Defendants shall have an enlargement of time up to and including September 22, 2004 to answer or otherwise respond to the Plaintiffs' Complaint in this action: Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

LINDA RODERIQUES; et al.

By their Attorneys,

Brian R. Cunha (#______)
Karen A. Alegria (#6562)
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914
(401) 434-5300
(401) 434-1958 (Fax)

Dated: August 23, 2004

JACK RUSSELL; ERIC POWERS; MARK KENDALL;, DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: August 25, 2004

54

CERTIFICATION OF SERVICE

I hereby certify that on the 23rd day of August, 2004, I mailed a true copy of the within Entry of Appearance via first-class mail, postage prepaid to all counsel of record listed on attached service list.

Collette Palmer

## SERVICE LIST (RODERIQUES)

**Plaintiff – Linda Roderiques, as Administratrix of the Estate of Donald Rodriques; Individually; and as Mother and Next Friend to Mandi Roderiques, a minor**

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914

**Defendant – Barry H. Warner**

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908

**Defendant – Jeffrey Derderian; Michael Derderian; DERCO, LLC**

Anthony F. DeMarco, Esq.
REYNOLDS DEMARCO & BOLAND LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903

**Defendant – Luna Tech, Inc.**

Edward T. Hinchey, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

Curtis R. Diedrich, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

**Defendant – Motiva Enterprises, LLC; Shell Oil Company**

Faith A. LaSalle, Esq.
LAW OFFICES OF FAITH A. LASALLE
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Donna M. Lamontagne, Esq.
ZIZIK, POWERS, O'CONNELL,
SPAULDING & LAMONTAGNE, P.C.
40 Westminster St., Suite 201
Providence, RI 02903

**Defendant – Daniel Biechele**

James H. Reilly, III, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street
Providence, RI 02903

**Defendant – State of Rhode Island; Irving Owens**

James R. Lee, Esq.
Attorney General's Office
150 South Main Street
Providence, RI 02903

**Defendant – Town of West Warwick and Dennis Larocque**

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

**Defendant – WHJY-FM, Clear Channel Communications, Inc.**

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903

**Defendant – Anheuser-Busch, Inc.**

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

**Defendant – American Foam Corporation**

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

**Defendants – Triton Realty Limited Partnership, Triton Realty, Inc.**

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN
Three School Street
Boston, MA 02108

**Defendant – Foamex International, Inc. and General Foam Corporation**

James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Fl.
Louisville, KY 40202-3363