**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor**

**Plaintiffs,** **C.A. No. 04-26-L**

**V.**

**AMERICAN FOAM CORPORATION et al.,**

**Defendants**

FILED AUG 20 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION REQUESTING PERMISSION TO FILE A SUR-REPLY BRIEF TO DEFENDANT'S FOAMEX INTERNATIONAL, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS RULE 12(b)(6) MOTION TO DISMISS**

Now comes the Plaintiffs in the above-entitled cause and requests that this Honorable Court allow the Plaintiffs to file a sur-reply brief.

As reasons therefore, Plaintiffs state that the Defendant's have raised additional issues in their reply brief and Plaintiffs should be allowed to address these issues in support of their Motion in Opposition to Foamex's Motion to Dismiss.

Wherefore, Plaintiffs request that this Court allow the Plaintiffs' to file a sur-reply brief to adequately address Defendant's claims in its motion.

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☒ for determination
☐ ____________
Ronald R. Lagueux, Senior U.S. District Judge
Date: 8-27-04

By their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire Reg.# 4074
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
Facsimile: (508) 679-6360

DATED: August 18, 2004

DENIED.

David L. Martin, U.S.M.J.
August 30, 2004

55