**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LINDA RODERIQUES, ET AL :
:
VS. : C.A. NO. 2004-026 L
:
AMERICAN FOAM CORPORATION, ET AL :

## ***AMENDED ANSWER OF DEFENDANT DANIEL BICEHELE TO PLAINTIFFS' COMPLAINT***

## **JURISDICTION AND VENUE**

1. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 1 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

2. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 2 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

3. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 3 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

## **PARTIES**

### **Plaintiffs**

4. Defendant Daniel Biechele is without knowledge or information as to the Plaintiffs' allegations regarding the status of the parties, their residency or Ms. Roderiques' status as a patron. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

57

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 4 at this time.

**Defendants**

5. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations of American Foam Corporation's state of incorporation or its place of business. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 5 at this time.

6. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 6 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

7. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of Barry Warner's residence as set forth in Paragraph 7 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 7 at this time.

8. Defendant Daniel Biechele is without knowledge or information as to Defendant Triton Realty Limited Partnership's limited partnership, state of organization or its ownership of the property of The Station Nightclub and leaves Plaintiffs to their proof thereof. Defendant Daniel Biechele is also without knowledge or information as to Triton Realty Inc. being a Rhode Island corporation or it being a subsidiary of Triton Realty Limited Partnership or its ownership of The Station Nightclub property and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 8 of Plaintiffs' Complaint at this time.

9. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 9 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

10. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 10 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

11. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 11 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

12. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 12 at this time.

13. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 13 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

14. Defendant Daniel Biechele is without knowledge or information regarding the residence of Defendant Jack Russell. Admit to the remaining allegations in Paragraph 14.

15. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 15 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

16. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 16 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

17. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 17 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

18. Defendant Daniel Biechele denies he is a resident of California. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 18 of Plaintiffs' Complaint at this time.

19. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 19 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

20. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 20 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

21. Defendant Daniel Biechele is without knowledge or information regarding the allegations of Defendant Anheuser-Busch, Inc.'s state of incorporation and place of business. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 21 of Plaintiffs' Complaint at this time.

22. Defendant Daniel Biechele is without knowledge or information regarding Defendant McLaughlin & Moran, Inc.'s state of incorporation and place of business and leaves the Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 22 of Plaintiffs' Complaint at this time.

23. Defendant Daniel Biechele is without knowledge or information regarding Defendant WHJY-FM's state of incorporation and place of business and leaves the Plaintiffs to

their proof thereof. Based on the criminal prosecution I currently face in the matter of <u>State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653</u>, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 23 of Plaintiffs' Complaint at this time.

24. Defendant Daniel Biechele is without knowledge or information regarding Defendant Clear Channel Communications, Inc.'s state of incorporation and place of business and leaves the Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of <u>State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653</u>, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 24 of Plaintiffs' Complaint at this time.

25. Defendant Daniel Biechele is without knowledge or information regarding Defendant Luna Tech, Inc.'s state of incorporation and place of business and leaves the Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of <u>State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653</u>, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 25 of Plaintiffs' Complaint at this time.

26. Defendant Daniel Biechele is without knowledge or information regarding Defendant Motiva Enterprises, LLC's state of incorporation and place of business and leaves the

Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 26 of Plaintiffs' Complaint at this time.

27. Defendant Daniel Biechele is without knowledge or information regarding Defendant Shell Oil Corporation's state of incorporation and place of business and leaves the Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 27 of Plaintiffs' Complaint at this time.

28. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 28 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

29. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 29 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

30. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 30 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

## **ALLEGATIONS COMMON TO ALL COUNTS**

31. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 31 at this time.

32. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 32 at this time.

33. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 33 at this time.

34. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 34 at this time.

35. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 35 at this time.

36. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 36 at this time.

37. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 37 at this time.

38. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 38 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

39. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 39 at this time.

40. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 40 at this time.

41. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 41 at this time.

42. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 42 at this time.

43. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 43 at this time.

## CLAIMS AS TO AMERICAN FOAM CORPORATION

### Count One
### By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)

44. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 43 of Plaintiffs' Complaint as if more fully set forth herein.

45. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 45 at this time.

46. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 46 at this time.

47. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 47 at this time.

48. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 48 at this time.

49. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 49 at this time.

**Count Two**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

50. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 49 of Plaintiffs' Complaint as if more fully set forth herein.

51. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 51 at this time.

**Count Three**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

52. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 51 of Plaintiffs' Complaint as if more fully set forth herein.

53. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 53 at this time.

**Count Four**
**By Linda Roderiques, as Administratrix**
**of the Estate of Donald Roderiques**
**(Strict Products Liability)**

54. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 53 of Plaintiffs' Complaint as if more fully set forth herein.

55. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 55 at this time.

56. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 56 at this time.

57. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 57 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

58. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 58 at this time.

59. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 59 at this time.

60. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 60 at this time.

61. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 61 at this time.

62. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 62 at this time.

**Count Five**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Strict Products Liability)**

63. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 62 of Plaintiffs' Complaint as if more fully set forth herein.

64. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 64 at this time.

**Count Six**
**By Linda Roderiques, as Mother and Next Friend of Mandi Roderiques For Loss of Consortium (Strict Products Liability)**

65. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 64 of Plaintiffs' Complaint as if more fully set forth herein.

66. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 66 at this time.

**CLAIMS OF NEGLIGENCE AS TO FOAMEX INTERNATIONAL**

**Count Seven**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

67. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 66 of Plaintiffs' Complaint as if more fully set forth herein.

68. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 68 at this time.

69. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 69 at this time.

70. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 70 at this time.

71. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 71 at this time.

72. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 72 at this time.

**Count Eight**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

73. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 72 of Plaintiffs' Complaint as if more fully set forth herein.

74. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 74 at this time.

**Count Nine**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

75. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 74 of Plaintiffs' Complaint as if more fully set forth herein.

76. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 76 at this time.

**Count Ten**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Strict Products Liability)**

77. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 76 of Plaintiffs' Complaint as if more fully set forth herein.

78. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 78 at this time.

79. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 79 at this time.

80. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 80 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

81. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 81 at this time.

82. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 82 at this time.

83. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 83 at this time.

84. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 84 at this time.

85. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 85 at this time.

**Count Eleven**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Strict Products Liability)**

86. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 85 of Plaintiffs' Complaint as if more fully set forth herein.

87. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 87 at this time.

**Count Twelve**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques**
**For Loss of Consortium**
**(Strict Products Liability)**

88. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 87 of Plaintiffs' Complaint as if more fully set forth herein.

89. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my

privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 89 at this time.

## CLAIMS AS TO BARRY H. WARNER

### Count Thirteen
### By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)

90. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 89 of Plaintiffs' Complaint as if more fully set forth herein.

91. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 91 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

92. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 92 at this time.

93. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 93 at this time.

94. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 94 at this time.

95. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 95 at this time.

96. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 96 at this time.

97. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 97 at this time.

**Count Fourteen**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

98. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 97 of Plaintiffs' Complaint as if more fully set forth herein.

99. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 99 at this time.

**Count Fifteen**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

100. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 99 of Plaintiffs' Complaint as if more fully set forth herein.

101. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 101 at this time.

**Count Sixteen**

**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Strict Products Liability)**

102. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 101 of Plaintiffs' Complaint as if more fully set forth herein.

103. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 103 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

104. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 104 at this time.

105. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 105 at this time.

106. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 106 at this time.

107. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 107 at this time.

108. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 108 at this time.

109. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 109 at this time.

**Count Seventeen**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Strict Products Liability)**

110. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 109 of Plaintiffs' Complaint as if more fully set forth herein.

111. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 111 at this time.

**Count Eighteen**
**By Linda Roderiques, as Mother and Next Friend of Mandi Roderiques For Loss of Parental Consortium (Strict Products Liability)**

112. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 111 of Plaintiffs' Complaint as if more fully set forth herein.

113. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 113 at this time.

**CLAIMS AGAINST JEFFREY DERDERIAN, MICHAEL DERDERIAN and DERCO, LLC, d/b/a The Station**

**Count Nineteen**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

114. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 113 of Plaintiffs' Complaint as if more fully set forth herein.

115. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 115 at this time.

116. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 116 at this time.

117. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 117 at this time.

118. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 118 at this time.

119. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 119 at this time.

**Count Twenty**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

120. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 119 of Plaintiffs' Complaint as if more fully set forth herein.

121. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 121 at this time.

**Count Twenty-One**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

122. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 121 of Plaintiffs' Complaint as if more fully set forth herein.

123. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 123 at this time.

**CLAIMS AGAINST MANIC MUSIC MANAGEMENT, INC.**

**Count Twenty-Two**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

124. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 123 of Plaintiffs' Complaint as if more fully set forth herein.

125. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 125 at this time.

126. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 126 at this time.

127. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 127 at this time.

128. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 128 at this time.

129. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 129 at this time.

**Count Twenty-Three**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

130. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 129 of Plaintiffs' Complaint as if more fully set forth herein.

131. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 131 at this time.

**Count Twenty-Four**
**By Linda Roderiques, as Mother and Next Friend of Mandi Roderiques, Minor (Negligence)**

132. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 131 of Plaintiffs' Complaint as if more fully set forth herein.

133. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 133 at this time.

**CLAIMS AGAINST JACK RUSSELL, MARK KENDALL, DAVID FILICE and ERIC POWERS d/b/a GREAT WHITE**

**Count Twenty-Five**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

134. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 133 of Plaintiffs' Complaint as if more fully set forth herein.

135. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 135 at this time.

136. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 136 at this time.

137. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 137 at this time.

138. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 138 at this time.

139. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 139 at this time.

**Count Twenty-Six**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

140. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 139 of Plaintiffs' Complaint as if more fully set forth herein.

141. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 141 at this time.

**Count Twenty-Seven**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

142. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 141 of Plaintiffs' Complaint as if more fully set forth herein.

143. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 143 at this time.

## CLAIMS AGAINST DANIEL BIECHELE

### Count Twenty-Eight
### By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)

144. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 143 of Plaintiffs' Complaint as if more fully set forth herein.

145. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 145 at this time.

146. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 146 at this time.

147. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 147 at this time.

148. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 148 at this time.

149. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 149 at this time.

**Count Twenty-Nine**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

150. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 149 of Plaintiffs' Complaint as if more fully set forth herein.

151. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 151 at this time.

**Count Thirty**
**By Linda Roderiques, as Mother and Next Friend of Mandi Roderiques, Minor (Negligence)**

152. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 151 of Plaintiffs' Complaint as if more fully set forth herein.

153. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 153 at this time.

**CLAIMS AGAINST PAUL WOOLNOUGH and KNIGHT RECORDS, INC.**

**Count Thirty-One**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

154. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 153 of Plaintiffs' Complaint as if more fully set forth herein.

155. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 155 at this time.

156. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 156 at this time.

157. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 157 at this time.

158. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 158 at this time.

159. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 159 at this time.

**Count Thirty-Two**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

160. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 159 of Plaintiffs' Complaint as if more fully set forth herein.

161. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 161 at this time.

**Count Thirty-Three**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

162. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 161 of Plaintiffs' Complaint as if more fully set forth herein.

163. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 163 at this time.

**CLAIMS AGAINST ANHEUSER-BUSCH, INC.**

**Count Thirty-Four**
**By Linda Roderiques, as Administratrix**
**of the Estate of Donald Roderiques**

**(Negligence)**

164. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 163 of Plaintiffs' Complaint as if more fully set forth herein.

165. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 165 at this time.

166. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 166 at this time.

167. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 167 at this time.

168. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 168 at this time.

169. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 169 at this time.

170. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 170 at this time.

171. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 171 at this time.

172. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 172 at this time.

**Count Thirty-Five**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

173. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 172 of Plaintiffs' Complaint as if more fully set forth herein.

174. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 174 at this time.

**Count Thirty-Six**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

175. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 174 of Plaintiffs' Complaint as if more fully set forth herein.

176. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 176 at this time.

**CLAIMS AGAINST MCLAUGHLIN & MORAN, INC.**

**Count Thirty-Seven**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

177. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 176 of Plaintiffs' Complaint as if more fully set forth herein.

178. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 178 at this time.

179. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 179 at this time.

180. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 180 at this time.

181. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 181 at this time.

182. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 182 at this time.

183. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 183 at this time.

184. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 184 at this time.

185. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 185 at this time.

**Count Thirty-Eight**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

186. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 185 of Plaintiffs' Complaint as if more fully set forth herein.

187. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 187 at this time.

**Count Thirty-Nine**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

188. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 187 of Plaintiffs' Complaint as if more fully set forth herein.

189. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 189 at this time.

**CLAIMS AGAINST CLEAR CHANNEL COMMUNICATIONS INC. d/b/a WHJY-FM**

**Count Forty**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

190. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 189 of Plaintiffs' Complaint as if more fully set forth herein.

191. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 191 at this time.

192. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 192 at this time.

193. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 193 at this time.

194. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 194 at this time.

195. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 195 at this time.

196. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 196 at this time.

197. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 197 at this time.

198. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 198 at this time.

**Count Forty-One**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

199. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 198 of Plaintiffs' Complaint as if more fully set forth herein.

200. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 200 at this time.

**Count Forty-Two**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

201. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 200 of Plaintiffs' Complaint as if more fully set forth herein.

202. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 202 at this time.

**CLAIMS AGAINST LUNA TECH, INC. and LUNA TECH PYROTECHNIC, GMBH**

**Count Forty-Three**
**By Linda Roderiques, as Administratrix**
**of the Estate of Donald Roderiques**
**(Negligence)**

203. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 202 of Plaintiffs' Complaint as if more fully set forth herein.

204. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 204 at this time.

205. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 205 at this time.

206. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 206 at this time.

207. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 207 at this time.

208. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 208 at this time.

**Count Forty-Four**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

209. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 208 of Plaintiffs' Complaint as if more fully set forth herein.

210. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 210 at this time.

**Count Forty-Five**
**By Linda Roderiques, as Mother and Next Friend of Mandi Roderiques, Minor (Negligence)**

211. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 210 of Plaintiffs' Complaint as if more fully set forth herein.

212. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 212 at this time.

**Count Forty-Six**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Strict Products Liability)**

213. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 212 of Plaintiffs' Complaint as if more fully set forth herein.

214. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 214 at this time.

215. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 215 at this time.

216. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 216 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

217. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 217 at this time.

218. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 218 at this time.

219. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 219 at this time.

220. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 220 at this time.

221. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 221 at this time.

**Count Forty-Seven**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Strict Products Liability)**

222. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 221 of Plaintiffs' Complaint as if more fully set forth herein.

223. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 223 at this time.

**Count Forty-Eight**
**By Linda Roderiques, as Mother and Next Friend of Mandi Roderiques For Loss of Parental Consortium (Strict Products Liability)**

224. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 223 of Plaintiffs' Complaint as if more fully set forth herein.

225. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 225 at this time.

**CLAIMS AGAINST JOINT VENTURE LIABILITY AS TO JEFFREY DERDERIAN, MICHAEL DERDERIAN and DERCO, LLC d/b/a THE STATION, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BIECHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES, INC., MCLAUGHLIN & MORAN, INC., CLEAR CHANNEL COMMUNICATIONS, INC. d/b/a WHJY-FM, MOTIVA ENTERPRISES, LLC and SHELL OIL COMPANY, TOWN OF WEST WARWICK, DENIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS**

**Count Forty-Nine**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

226. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 225 of Plaintiffs' Complaint as if more fully set forth herein.

227. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 227 at this time.

228. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 228 at this time.

229. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 229 at this time.

230. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 230 at this time.

231. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 231 at this time.

232. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 232 at this time.

233. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 233 at this time.

234. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 234 at this time.

**Count Fifty**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

235. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 234 of Plaintiffs' Complaint as if more fully set forth herein.

236. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 236 at this time.

**Count Fifty-One**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

237. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 236 of Plaintiffs' Complaint as if more fully set forth herein.

238. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 238 at this time.

## CLAIMS AGAINST SHELL OIL COMPANY and MOTIVE ENTERPRISES, LLC

### Count Fifty-Two
### By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)

239. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 238 of Plaintiffs' Complaint as if more fully set forth herein.

240. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 240 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

241. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 241 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

242. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 242 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

243. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 243 at this time.

244. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 244 at this time.

245. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 245 at this time.

246. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 246 at this time.

247. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 247 at this time.

248. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 248 at this time.

249. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 249 at this time.

250. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 250 at this time.

251. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 251 at this time.

252. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 252 at this time.

253. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 253 at this time.

**Count Fifty-Three**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

254. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 253 of Plaintiffs' Complaint as if more fully set forth herein.

255. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 255 at this time.

**Count Fifty-Four**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

256. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 255 of Plaintiffs' Complaint as if more fully set forth herein.

257. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 257 at this time.

**CLAIMS AGAINST TOWN OF WEST WARWICK and FIRE INSPECTOR, DENIS LAROCQUE**

**Count Fifty-Five**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

258. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 257 of Plaintiffs' Complaint as if more fully set forth herein.

259. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 259 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

260. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 260 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

261. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 261 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

262. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 262 at this time.

263. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 263 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

264. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 264 at this time.

265. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 265 at this time.

266. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 266 at this time.

267. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 267 at this time.

268. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 268 at this time.

269. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 269 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

270. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 270 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

**Count Fifty-Six**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

271. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 270 of Plaintiffs' Complaint as if more fully set forth herein.

272. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 272 at this time.

**Count Fifty-Seven**
**By Linda Roderiques, as Mother and Next Friend of Mandi Roderiques, Minor (Negligence)**

273. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 272 of Plaintiffs' Complaint as if more fully set forth herein.

274. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 274 at this time.

**CLAIMS AGAINST STATE OF RHODE ISLAND and IRVING J. OWENS, FIRE MARSHALL**

**Count Fifty-Eight**
**By Linda Roderiques, as Administratrix of the Estate of Donald Roderiques (Negligence)**

275. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 274 of Plaintiffs' Complaint as if more fully set forth herein.

276. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 276 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

277. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 277 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

278. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 278 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

279. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 279 at this time.

280. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 280 at this time.

281. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 281 at this time.

282. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 282 at this time.

283. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 283 at this time.

284. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 284 at this time.

285. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 285 at this time.

286. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 286 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

287. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 287 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

**Count Fifty-Nine**
**By Linda Roderiques, Individually**
**For Loss of Consortium**
**(Negligence)**

288. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 287 of Plaintiffs' Complaint as if more fully set forth herein.

289. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 289 at this time.

**Count Sixty**
**By Linda Roderiques, as Mother and**
**Next Friend of Mandi Roderiques, Minor**
**(Negligence)**

290. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 289 of Plaintiffs' Complaint as if more fully set forth herein.

291. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 291 at this time.

WHEREFORE, Defendant Daniel Biechele demands entry of Judgment in his behalf as to Plaintiffs' Complaint.

## ***AFFIRMATIVE DEFENSES***

1. United States District Court of the District of Massachusetts lacks personal jurisdiction over Defendant Daniel Biechele.

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

## ***CERTIFICATION***

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
PO Box 2563
Providence, RI 02906

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane and Walsh, LLP
127 Dorrance Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crocket III, Esq.
Susan A. Wettle, Esq.
Frost Brown Todd
400 West Market Street, 32nd Floor
Louisville, KY 40202

Faith A. LaSalle, Esq.
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

James R. Lee, Esq., Chief, Civil Division
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Edwin F. McPherson, Esq.
McPherson & Kalmansohn, LLP
101 Century Park East, 24th Floor
Los Angeles, CA 90067

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James T. Murphy, Esq.
Thomas R. Bender, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
Zizik, Powers, O'Connell, Spaulding, Lamontagne
40 Westminster Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 401
Providence, RI 02908

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

I hereby certify that I placed with a delivery service to be hand delivered a true copy of the within to the above local counsel of record and instructed to send by certified mail, return receipt to out of state counsel of record on the 27 day of August, 2004.

Donald J. Mu[signature]