UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, ET AL.<br>Plaintiffs | : | |
| vs. | : | C.A. No. 04-26-L |
| AMERICAN FOAM CORPORATION, ET AL.,<br>Defendants | : | |

**MOTION FOR ENTRY OF**
**APPEARANCE *PRO HAC VICE***

Defendant Anheuser-Busch, Inc. hereby moves that DEBORAH G. SOLMOR, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☑ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Mass Tort Litigation

☑ *Pro hac vice* counsels long-standing representation of the client, Anheuser-Busch, Inc.

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:

☐ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

65

☐ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

☐ Other:______________________________________________

By: ________________________________

Attorney for Defendant

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I certify that I am a member in good standing of the bar of the State of Illinois, the United States District Courts for the Northern, Central, and Southern Districts of Illinois, and the United States Court of Appeals for the Seventh Circuit, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am currently admitted and/or within the preceding 24 months have applied to be admitted in the following cases in this district: *Tammy Passa, et al. v. Jeffrey Derderian et al.*, C.A. No. 03-148-L; *Ronald A. Kingsley, et al. v. Jeffrey Derderian, et al.*, C.A. No. 03-208-L; *Barbara Guindon, et al. v. American Foam Corporation, et al.,* C.A. No. 03-335L; *Estate of Jude Henault, et al. v. American Foam Corporation, et al.*, C.A. No. 03-483L; *In Re: The Station Fire in West Warwick, Rhode Island on February 20, 2003*, M.C. No. 03-70-L; *In Re: The Station Fire in West Warwick, Rhode Island on February 20, 2003*, M.C. No. 03-71-L; *Linda Roderiques, et al. v. American Foam Corporation, et al.*, C.A. No. 04-26L; and *Charles Sweet, et al. v. American Foam Corporation, et al.*, C.A. No. 04-56L.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing

that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Deborah G. Solmor
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher
& Flom ~~(Illinois)~~ LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-8595

Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

ORDER: This Motion is hereby ______________________

______________________________
United States District Judge
Date: ________________

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the within Motion by first -class mail, postage prepaid on the 2nd day of September, 2004 on the following parties:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street,
P.O. Box 2563
Providence, RI 02906-2563

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Marc Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903

James Murphy, Esq.
Kelly N. Michels, Esq,
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Ronald J. Resmmi, Esq.
Ronald J, Resmini Law Offices
155 South Main Street
Providence, RI 02903

Faith LaSalle, Esq.
Law Offices of Faith A. LaSalle
76 Westminster Street, Suite 1010
Providence, RI 02903

James H. Reilly, III, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Timothy A. Williamson, Esq.
Mark D. Tourgee, Esq.
c/o Imman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Howard A. Merten, Esq.
Eric Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq,
Stephen M. Prignano, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston~ MA 021808

W.Thomas McGough, Jr., Esq,
James J. Restivo, Jr., Esq:
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Plaze
Philadelphia, PA 19103-7301

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East PrOvidence, RI 02914

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell, Esq.
Maudel1, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Eva Marie Mancuso
Hamel,.Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Stephen E. Breggia, Esq,
Law Offices of Stephen Edward Breggia
395 Smith Street
Providence, 1LI 02908

Michael A. St. Pierre, Esq.
Revens, Revens& St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Kevin Brill, Esq.
45 Border Street
West Newton, MA 02465

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street
Providence, RI 02908

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq,
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

William A. Filippo, Esq,
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Joyce A. Faraone, Esq.
400 Reservoir Avenue Suite 3 G
Providence, RI 02907

Donald A. Migllori, Esq.
Ness, Motley, Loadholt, Richardson & Poole
321 South Main Street, Suite 402
Providence, RI 02903

James Howe, Esq.
215 Broadway
Providence, RI 02903

Ralph L Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esq.
155 South Main Street Suite 303
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

John Brook, Esq.
122 East Gilbert
Munice, IN 47305

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

Carl A. Henlein, Esq.
John R. Crocket III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman & Whitney
72 Pine Street
Providence, RI 02903

Brian Cunha, Esq.
Karen A. Alegra
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Cynthia Dragon