UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 03 2004
U.S. DISTRICT COURT
DISTRICT OF R.I.

| | | |
|---|---|---|
| LINDA RODERIQUES, ET AL. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | C.A. NO. 04-26 L |
| | ) | |
| JEFFREY DERDERIAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

William P. Robinson III hereby withdraws his appearance as counsel for Clear Channel Broadcasting, Inc. and related entities (to the extent that they are properly before the Court) in the above-referenced proceeding. Stephen M. Prignano and Stephen J. MacGillivray of Edwards & Angell, LLP, will continue to represent said Defendant(s) in this action.

Respectfully submitted

William P. Robinson III

William P. Robinson III
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6515

Dated: September 3, 2004

67

CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Withdrawal was served on counsel by mailing a copy of same by U.S. first class mail, postage prepaid, addressed as follows:

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Assoc.
904 Broadway
East Providence, RI 02914

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Lauren D. Wilkins, Esq.
Ronald P. Langlois, Esq.
Smith & Brink, P.C.
One State Street
Suite 400
Providence, RI 02908

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
Boyer, Reynolds & DeMarco, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

Randall L. Souza, Esq.
Fred A, Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Thomas R. Bender, Esq.
James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218

Edward T. Hinchey, Esq.
Curtis R. Diedrich, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman
Three School Street
Boston, MA 02108

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Donald J. Maroney, Esq.
146 Westminster Street, Suite 500
Providence, RI 02903

Ronald J. Creamer, Esq.
155 South Main Street, Suite 400
Providence, RI 02903

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Daniel J. Horgan, Esq.
Horgan Law Offices
Five Shaw's Cove, Suite 200
New London, CT 06320

Michael T. Ryan, Esq.
Ryan, Ryan, Johnson & Deluca
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905

James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

David B. Zabel, Esq.
Cohen & Wolf, PC
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Benjamin V. White, III, Esq.
Howard A. Merten, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

James R. Lee, Esq.
Attorney General's Office
150 South Main Street
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman
Three School Street
Boston, MA 02108

Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd floor
Louisville, KY 40202-3363
Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

William A. Filippo, Esq.
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Carla Ottaviano, Esq.
Law Office of George J. DuBorg
200 Glastonbury Boulevard, Suite 301
Glastonbury, CT 06033

Matthew F. Medeiros, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Edward B. O'Connell, Jr., Esq.
Waller, Smith & Palmer, P.C.
51 Eugene O'Neill Drive
P.O. Box 88
New London, CT 06320

Bruce P. Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Faith A. LaSalle, Esq.
Law Offices of Faith LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Jose M. Rojas, Esq.
Mark K. Ostrowski, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Allan B. Taylor, Esq.
Day, Berry & Howard
185 Asylum Street
City Place I
Hartford, CT 06103

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Mark S. Mandell, Esq.
One Park Row
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Joyce A. Faraone, Esq.
400 Reservoir Avenue, Suite 3G
Providence, RI 02907

Eva Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

Patrick T. Jones, Esq.
Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA 02110

Richard W. MacAdams, Esq.
MacAdams & Wieck, Inc.
101 Dyer Street
Providence, RI 02903

Gerald P. Dwyer, Jr., Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding &
Lamontagne, P.C.
40 Westminster Street
Suite 201
Providence, RI 02903

Thomas W. Lyons, III, Esq.
Strauss, Factor & Lopes
403 South Main Street
Providence, RI 02903