UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
SEP 01 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, as ADMINSTRATRIX of the Estate of Donald Roderiques; Individually and as Mother and next friend to Madi Roderiques, minor, Plaintiffs | : | |
| v. | : | C.A. No. 04-26/L |
| AMERICAN FOAM CORPORATION; ET AL., Defendants | : | |

## ENLARGEMENT STIPULATION

It is hereby stipulated that Defendant McLaughlin & Moran, Inc.'s time to answer, move, object, or otherwise respond to plaintiffs' complaint is enlarged up to and including October 1, 2004 as plaintiffs intend to move to amend the complaint in the interim.

Brian R. Cunha, (BBO 108560)
Karen A. Alegria (BBO 563993)
BRIAN CUNHA & ASSOC.
Attorneys for Plaintiffs
311 Pine Street
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 FAX

Howard A. Merten, No. 3171
Eric M. Sommers, No. 6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: ~~August~~ September 1st, 2004

Enter: Ronald R. Lagueux
Sn. USDJ 9/8/04



71