UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, ET AL. :
Plaintiffs :
:
vs. : C.A. No. 04-26-L
:
AMERICAN FOAM CORPORATION, ET AL., :
Defendants :

FILED
SEP 02 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF**
**APPEARANCE *PRO HAC VICE***

Defendant Anheuser-Busch, Inc. hereby moves that EDWARD M. CRANE, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☑ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Mass Tort Litigation

☑ *Pro hac vice* counsels long-standing representation of the client, Anheuser-Busch, Inc.

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:

☐ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

76

that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Edward M. Crane, Esq.
Skadden, Arps, Slate, Meagher
& Flom ~~(Illinois)~~ LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-8595

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

---

ORDER:

This Motion is hereby GRANTED

United States District Judge
Date: 9/24/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 02 2004

| | | |
|---|---|---|
| LINDA RODERIQUES, ET AL.<br>Plaintiffs | : | |
| vs. | : | C.A. No. 04-26-L |
| AMERICAN FOAM CORPORATION, ET AL.,<br>Defendants | : | |

**MOTION FOR ENTRY OF**
**<u>APPEARANCE *PRO HAC VICE*</u>**

Defendant Anheuser-Busch, Inc. hereby moves that DEBORAH G. SOLMOR, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☑ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Mass Tort Litigation

☑ *Pro hac vice* counsels long-standing representation of the client, Anheuser-Busch, Inc.

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:

☐ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Deborah G. Solmor
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher
& Flom ~~(Illinois)~~ LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-8595

Joseph V. Cavanagh Jr.
Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

---

ORDER: This Motion is hereby GRANTED

Ronald R. Lagueux
United States District Judge
Date: 9/24/04