**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
SEP 21 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor** | : | |
| **Plaintiffs,** | : | **C.A. No. 04-26-L** |
| **V.** | : | |
| **AMERICAN FOAM CORPORATION et al.,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' STATE OF RHODE ISLAND AND IRVING J. OWENS' MOTION TO DISMISS**

NOW COME the Plaintiffs in the above-entitled action and hereby move for additional time to respond to Defendant's State of Rhode Island and Irving J. Owens Motion to Dismiss in which was filed on September 1, 2004. Plaintiff only received the Motion To Dismiss on September 17, 2004. Plaintiffs' seek until October 28, 2004 to respond to Defendants' Motion. The Defendant has no objection to Plaintiffs motion.

Plaintiffs',
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

[signature]

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Granted: Ronald R. Lagueux
Sr. USDJ 9/23/04

77