UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, ET AL.,

Plaintiffs,

v. C.A. No. 04-26

AMERICAN FOAM CORPORATION, ET AL.,

Defendants.

RECEIVED
OCT 05 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## STIPULATION

The parties, by and through their counsel, hereby agree that with respect to the above-captioned matter Capstar Radio Operating Company shall be substituted as a party defendant in place of WHJY-FM. The parties further agree that WHJY-FM shall be dismissed from the above-captioned action without prejudice, no costs to any party.

LINDA RODERIQUES, ET AL.

By their Attorneys,

Brian R. Cunha (#4074)
Karen A. Alegria (#6562)
BRIAN CUNHA & ASSOCIATES, P.C.
311 Pine Street
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 (fax)

CLEAR CHANNEL BROADCASTING, INC., ET AL.

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Enter: Ronald R. Lagueux
Sr. USDJ 10/18/04

89