**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED OCT 25 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

FILED OCT 25 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES;**
**LINDA RODERIQUES Individually;**
**LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor**

**Plaintiffs,** : **C.A. No. 04-26-L**

**V.**

**AMERICAN FOAM CORPORATION et al.,**

**Defendants**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CLEAR CHANNEL DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

NOW COME the Plaintiffs in the above-entitled action and hereby move for additional time to respond to Defendant's Clear Channel Motion to Dismiss or, in the Alternative For Summary Judgment in which was filed on September 30, 2004. Plaintiff only received the Motion To Dismiss on October 4, 2004. Plaintiffs' seek until November 22, 2004 to respond to Defendants' Motion. The Defendant has no objection to Plaintiffs motion.

Plaintiffs'
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Granted: Ronald R. Lagueux
Sr. USDJ 10/25/04

96