UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, ET AL.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-26-L |
| AMERICAN FOAM CORPORATION, ET AL.,<br>Defendants | : | |

ENTRY OF APPEARANCE

Joseph V. Cavanagh. Jr. and Kristin E. Rodgers hereby enter their appearance on behalf of defendant Anheuser-Busch, Inc.

ANHEUSER-BUSCH, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Dated: November 10, 2004

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

95

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the within Entry of Appearance by first-class mail, postage prepaid on the 10th day of November, 2004 on the following parties:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street,
P.O. Box 2563
Providence, RI 02906-2563

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Marc Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903

James Murphy, Esq.
Kelly N. Michels, Esq,
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Ronald J. Resmmi, Esq.
Ronald J, Resmini Law Offices
155 South Main Street
Providence, RI 02903

Faith LaSalle, Esq.
Law Offices of Faith A. LaSalle
76 Westminster Street, Suite 1010
Providence, RI 02903

James H. Reilly, III, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Timothy A. Williamson, Esq.
Mark D. Tourgee, Esq.
c/o Imman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Howard A. Merten, Esq.
Eric Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq,
Stephen M. Prignano, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 021808

W.Thomas McGough, Jr., Esq,
James J. Restivo, Jr., Esq:
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Plaze
Philadelphia, PA 19103-7301

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East PrOvidence, RI 02914

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell, Esq.
Maudel1, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Eva Marie Mancuso
Hamel,.Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Stephen E. Breggia, Esq,
Breggia, Bowen Grande
395 Smith Street
Providence, 1LI 02908

Michael A. St. Pierre, Esq.
Revens, Revens& St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Kevin Brill, Esq.
45 Border Street
West Newton, MA 02465

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street
Providence, RI 02908

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq,
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

William A. Filippo, Esq,
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Joyce A. Faraone, Esq.
400 Reservoir Avenue Suite 3 G
Providence, RI 02907

Donald A. Migllori, Esq.
Ness, Motley, Loadholt, Richardson & Poole
321 South Main Street, Suite 402
Providence, RI 02903

James Howe, Esq.
215 Broadway
Providence, RI 02903

Ralph L Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esq.
155 South Main Street Suite 303
Providence, RI 02903

John Brook, Esq.
122 East Gilbert
Munice, IN 47305

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

Carl A. Henlein, Esq.
John R. Crocket III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman & Whitney
72 Pine Street
Providence, RI 02903

Brian Cunha, Esq.
Karen A. Alegra
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Cynthia Dragon