**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
NOV 22 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| C.A. 03-148L | Tammy Passa v. Jeffrey Derderian, et al. |
| C.A. 03-335L | George Guidon v. Jeffrey Derderian, et al. |
| C.A. 03-483L | Chad Henault v. Jeffrey Derderian, et al. |
| C.A. 04-26L | Linda Roderiques v. Jeffrey Derderian, et al. |
| C.A. 04-56L | Charles Sweet v. Jeffrey Derderian, et al. |
| C.A. 04-312L | Albert Gray v. Jeffrey Derderian, et al. |

**ORDER DENYING DEFENDANTS STATE OF RHODE ISLAND AND IRVING J. OWENS' MOTION FOR CERTIFICATION AND SUBSTITUTION PURSUANT TO R.I.G.L. §9-31-12**

The Motion of Defendants State of Rhode Island and Irving J. Owens for Certification and Substitution Pursuant to R.I.G.L. §9-31-12, having come before this Court in each of the above-captioned civil actions, it is hereby ORDERED:

Defendants' Motion is denied as premature.

BY ORDER:

[signature]
11-23-04

ENTER:

Ronald R. Lagueux, J.
Sr. USDJ

DATED: 11/22/04

100