FILED

NOV 29 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LINDA RODERIGUES, ET. AL.
Plaintiffs

vs. C.A. No.: 04-26-L

AMERICAN FOAM CORPORATION, et al
Defendants

**DISMISSAL STIPULATION**

The above captioned matter filed against defendants, Shell Oil Company and Motiva Enterprises LLC, is dismissed without prejudice.

LINDA RODERIGUES, ET. AL.
By their Attorneys,

Brian Cunha (#4074)
Karen Alegria (#6562)
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Telephone (401) 434-5300
Facsimile: (401) 434-1958

SHELL OIL COMPANY and
MOTIVA ENTERPRISES LLC
By their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-06777

Mark K. Ostrowski, Esq. (Pro Hac Vice)
Jose M. Rojas, Esq. (Pro Hac Vice)
Shipman, & Goodwin
One Constitution Plaza, 14th Floor
Hartford, CT 06103

Enter: Ronald R. Lagueux
Sr. USDJ 11/30/04

101