RECEIVED
DEC 07 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Linda Roderiques, et al. :
:
vs. : C.A. No. 04-026 L
:
American Foam, et al. :

STIPULATION EXTENDING TIME
TO FILE REPLY MEMORANDUM

The parties hereby stipulate that defendants State of Rhode Island and Irving J. Owens, Fire Marshall for the State of Rhode Island, shall have to and including December 16, 2004 to file a reply Memorandum in response to Plaintiff's objection to Defendants' Motion to Dismiss.

| | |
|---|---|
| Karen A. Alegria, Esq.<br>Attorney for Plaintiff<br>311 Pine St.<br>Fall River, MA 02720 | James R. Lee, Esq.<br>Assistant Attorney General<br>150 S. Main St.<br>Providence, RI 02903 |
| Dated: __________, 2004 | Dated: 12/7, 2004 |

Enter: Ronald R. Lagueux
Sr. USDJ 12/8/04

107