UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FILED
DEC 07 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, et al. :
:
vs. : C.A. No. 04-026 L
:
AMERICAN FOAM, et al. :

MOTION BY THE STATE OF RHODE ISLAND
AND IRVING J. OWENS' TO EXTEND
PAGE LIMIT IN REPLY MEMORANDUM

Defendants State of Rhode Island and Irving J. Owens hereby Move this Honorable Court for an Order extending their page limit in their Reply Memorandum to the Objection to their Motion to Dismiss on file herein to and including fifteen (15) pages.

Granted:
Ronald R. Lagueux
Sr. USDJ 12/8/04

Respectfully submitted,

DEFENDANTS

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

108