UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT ... DEC 13 ...

| | | |
|---|---|---|
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor | : | |
| Plaintiffs, | : | C.A. No. 04-26-L |
| V. | : | |
| AMERICAN FOAM CORPORATION et al., | : | |
| Defendants | : | |

**STIPULATION**

By agreement of the parties, the above listed Plaintiffs, will not have to file the objection to the Town of West Warwick's Motion to Dismiss until such time as the Court allows the Master Complaint and the Plaintiffs will adopt the same.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire #4074
Karen A. Alegria, Esquire #6562
311 Pine Street
Fall River, MA 02720

Defendants
By Their Attorneys
DESISTO LAW

Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Enter: Ronald R. Lagueux
Sr. USDJ 12/14/04

110