**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor** | : | |
| **Plaintiffs,** | : | **C.A. No. 04-26-L** |
| **V.** | : | |
| **AMERICAN FOAM CORPORATION et al.,** | : | |
| **Defendants** | : | |

## NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT

This acceptance form relates to:

LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES Individually, and LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor.

Plaintiffs in the civil captioned above (C.A.No.: 04-26-L) notifies the Court and the parties that it hereby adopts the First Amended Master Complaint in Albert L. Gray, Administrator, et al. vs. Jeffrey Derderian, et al., C.A. No. 04-312-L.

___X____ in its entirety; or

________ adopt only those portions of said First Amended Master Complaint indicated below.

SCANNED

112

________ adopt the First Amended Master Complaint either in its Entirety or as qualified above with the following additional claims;

All adopted and additional claims set forth above constitute or are incorporated by reference into the Complaint filed in the individual case captioned above.

Plaintiffs' in C.A. No.: 04-26-L
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
(508) 675-9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 24 day of December 2004 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Andrew Trevelise | atrevelise@reedsmith.com |
| Anthony DeMarco | tdemarco@conversent.net |
| Benjamin White | bwhite@vetterandwhite.com |
| Carl Helein | chenlein@fbtlaw.com |
| Charles Redihan | credihan@KPRlaw.com |
| Christopher Fallon | cfallon@cozen.com |
| Curtis Diedrich | cdiedrich@sloanewalsh.com |
| Deborah Solmor | dsolmor@skadden.com |
| Donald Maroney | dmaroney@kkrs.com |
| Donna Lamontange | dlamontagne@zizikpowers.com |
| Edward Crane | ecrane@skadden.com |
| Edwin McPherson | emcpherson@m-klaw.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Faith LaSalle | flasalle@lasallelaw.com |
| Fred Kelly | fkelly@nixonpeabody.com |
| Gearld DeMaria | gdemaria@hcc-law.com |
| Howard Merten | hmerten@vetterandwhite.com |
| James Lee | jlee@riag.state.ri.us |
| James Murphy | jtm@hansoncurran.com |
| James Reilly | jreilly@kkrs.com |
| James Restivo | Jrestivo@reedsmith.com |

| | |
|---|---|
| Jose M. Rojas | jrosjas@goodwin.com |
| Joseph Cavanagh | jvc@blishcavlaw.com |
| Kathaleen M. Daniels | kathleen@desistolaw.com |
| Lauren DiSimone Wilkins | lwilkins@smithbrink.com |
| Marc DeSisto | marc@Desistolaw.com |
| Mark Mandell | msmandell@msn.com |
| Max Wistow | mwistow@wistbar.com |
| Michael St. Pierre | Mikesp@rrsplaw.com |
| Patrick Jones | pjones@cmj-law.com |
| Ralph J. Monaco | Rmonaco.c-l@snet.net |
| Robert Reardon/ Robert Rimmer | Reardonlaw@aol.com |
| Ronald Langlois | rlanglois@smithbrink.com |
| Scott Tucker | strcker@ths-law.com |
| Stephen Breggia | sbreggia@BBGlaw.us |
| Stephen Minicucci | sminicucci@calvinolaw.com |
| Susan Wettle | swettle@fbtlaw.com |
| Thomas Angelone | Angelonelaw@aol.com |
| W.Thomas McGough | tmcgough@reedsmith.com |

I further certify that a true copy of the within was mailed on this same day to:

Ronald J. Resmini
Ronald J. Creamer
LAW OFFICES OF RONALD J. RESMINI
1555 South Main Street, Suite 400
Providence, RI 02903

Brian R. Cunha, Esquire