**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor** | : | |
| **Plaintiffs,** | : | **C.A. No. 04-26-L** |
| **V.** | : | |
| **AMERICAN FOAM CORPORATION et al.,** | : | |
| **Defendants** | : | |

**NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT**

This acceptance form relates to:

LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES;

LINDA RODERIQUES Individually, and LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor.

Plaintiffs in the civil captioned above (C.A.No.: 04-26-L) notifies the Court and the parties that it hereby adopts the First Amended Master Complaint in Albert L. Gray, Administrator, et al. vs. Jeffrey Derderian, et al., C.A. No. 04-312-L.

___X___ in its entirety; including the additional allegations and claims as set forth in the Henault, et al v. American Foam Corp, et al., C.A. No. 03-483L. "Notice of Adoption of the Amended Master Complaint"

SCANNED

113

________ adopt only those portions of said First Amended Master Complaint indicated below.

________ adopt the First Amended Master Complaint either in its

Entirety or as qualified above with the following additional

claims;

All adopted and additional claims set forth above constitute or are incorporated by reference into the Complaint filed in the individual case captioned above.

Plaintiffs' in C.A. No.: 04-26-L
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
(508) 675-9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of January 2005 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Andrew Trevelise | atrevelise@reedsmith.com |
| Anthony DeMarco | tdemarco@conversent.net |
| Benjamin White | bwhite@vetterandwhite.com |
| Carl Helein | chenlein@fbtlaw.com |
| Charles Redihan | credihan@KPRlaw.com |
| Christopher Fallon | cfallon@cozen.com |
| Curtis Diedrich | cdiedrich@sloanewalsh.com |
| Deborah Solmor | dsolmor@skadden.com |
| Donald Maroney | dmaroney@kkrs.com |
| Donna Lamontange | dlamontagne@zizikpowers.com |
| Edward Crane | ecrane@skadden.com |
| Edwin McPherson | emcpherson@m-klaw.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Faith LaSalle | flasalle@lasallelaw.com |
| Fred Kelly | fkelly@nixonpeabody.com |
| Gearld DeMaria | gdemaria@hcc-law.com |
| Howard Merten | hmerten@vetterandwhite.com |
| James Lee | jlee@riag.state.ri.us |
| James Murphy | jtm@hansoncurran.com |
| James Reilly | jreilly@kkrs.com |

| | |
|---|---|
| James Restivo | Jrestivo@reedsmith.com |
| Jose M. Rojas | jrosjas@goodwin.com |
| Joseph Cavanagh | jvc@blishcavlaw.com |
| Kathaleen M. Daniels | kathleen@desistolaw.com |
| Lauren DiSimone Wilkins | lwilkins@smithbrink.com |
| Marc DeSisto | marc@Desistolaw.com |
| Mark Mandell | msmandell@msn.com |
| Max Wistow | mwistow@wistbar.com |
| Michael St. Pierre | Mikesp@rrsplaw.com |
| Patrick Jones | pjones@cmj-law.com |
| Ralph J. Monaco | Rmonaco.c-l@snet.net |
| Robert Reardon/ Robert Rimmer | Reardonlaw@aol.com |
| Ronald Langlois | rlanglois@smithbrink.com |
| Scott Tucker | strcker@ths-law.com |
| Stephen Breggia | sbreggia@BBGlaw.us |
| Stephen Minicucci | sminicucci@calvinolaw.com |
| Susan Wettle | swettle@fbtlaw.com |
| Thomas Angelone | Angelonelaw@aol.com |
| W.Thomas McGough | tmcgough@reedsmith.com |

I further certify that a true copy of the within was mailed on this same day to:

Ronald J. Resmini
Ronald J. Creamer
LAW OFFICES OF RONALD J. RESMINI
1555 South Main Street, Suite 400
Providence, RI 02903

Brian R. Cunha, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor | : | |
| Plaintiffs, | : | C.A. No. 04-26-L |
| V. | : | |
| AMERICAN FOAM CORPORATION et al., | : | |
| Defendants | : | |

**PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

Plaintiffs in this matter hereby adopt and incorporate by reference the First Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al. (Defendants), C.A. No. 04-31L in its entirety.

Plaintiffs,
By their Attorneys,
BRIAN CUNHA & ASSOCIATES, P.C.

Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

## PARTIES

### PLAINTIFFS

(258) The plaintiffs, Estate of Donald Rodriques, by and through Linda Rodriques, Administrators; (a) Linda Rodriques individually; (b) Mandi Rodriques, a minor, by and through her father and next friend, Linda Rodriques; are individuals who at all times relevant hereto lived in Fall River, Massachusetts. Mr. Rodriques was a patron of The Station night-club on February 20, 2003, when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Ms. Rodriques' appointment as Administratrix of the plaintiff Estate by the Barnstable Probate Court is pending.

Plaintiffs,
By their Attorneys,
BRIAN CUNHA & ASSOCIATES, P.C.

Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

**CERTIFICATION OF SERVICE**

I hereby certify that on the 6th day of January 2005 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Andrew Trevelise | atrevelise@reedsmith.com |
| Anthony DeMarco | tdemarco@conversent.net |
| Benjamin White | bwhite@vetterandwhite.com |
| Carl Helein | chenlein@fbtlaw.com |
| Charles Redihan | credihan@KPRlaw.com |
| Christopher Fallon | cfallon@cozen.com |
| Curtis Diedrich | cdiedrich@sloanewalsh.com |
| Deborah Solmor | dsolmor@skadden.com |
| Donald Maroney | dmaroney@kkrs.com |
| Donna Lamontange | dlamontagne@zizikpowers.com |
| Edward Crane | ecrane@skadden.com |
| Edwin McPherson | emcpherson@m-klaw.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Faith LaSalle | flasalle@lasallelaw.com |
| Fred Kelly | fkelly@nixonpeabody.com |
| Gearld DeMaria | gdemaria@hcc-law.com |
| Howard Merten | hmerten@vetterandwhite.com |
| James Lee | jlee@riag.state.ri.us |
| James Murphy | jtm@hansoncurran.com |
| James Reilly | jreilly@kkrs.com |

| | |
|---|---|
| James Restivo | Jrestivo@reedsmith.com |
| Jose M. Rojas | jrosjas@goodwin.com |
| Joseph Cavanagh | jvc@blishcavlaw.com |
| Kathaleen M. Daniels | kathleen@desistolaw.com |
| Lauren DiSimone Wilkins | lwilkins@smithbrink.com |
| Marc DeSisto | marc@Desistolaw.com |
| Mark Mandell | msmandell@msn.com |
| Max Wistow | mwistow@wistbar.com |
| Michael St. Pierre | Mikesp@rrsplaw.com |
| Patrick Jones | pjones@cmj-law.com |
| Ralph J. Monaco | Rmonaco.c-l@snet.net |
| Robert Reardon/ Robert Rimmer | Reardonlaw@aol.com |
| Ronald Langlois | rlanglois@smithbrink.com |
| Scott Tucker | strcker@ths-law.com |
| Stephen Breggia | sbreggia@BBGlaw.us |
| Stephen Minicucci | sminicucci@calvinolaw.com |
| Susan Wettle | swettle@fbtlaw.com |
| Thomas Angelone | Angelonelaw@aol.com |
| W.Thomas McGough | tmcgough@reedsmith.com |

I further certify that a true copy of the within was mailed on this same day to:

Ronald J. Resmini
Ronald J. Creamer
LAW OFFICES OF RONALD J. RESMINI
1555 South Main Street, Suite 400
Providence, RI 02903

Brian R. Cunha, Esquire