UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| C.A. | 03-148L | Tammy Passa v. Jeffrey Derderian, et al |
| C.A. | 03-208L | Ronald Kingsley v. Jeffrey Derderian, et al |
| C.A. | 03-335L | George Guidon v. Jeffrey Derderian, et al |
| C.A. | 03-483L | Chad Henault v. Jeffrey Derderian, et al |
| C.A. | 04-26L | Linda Roderiques v. Jeffrey Derderian, et al |
| C.A. | 04-56L | Charles Sweet v. Jeffrey Derderian, et al |
| C.A. | 04-312L | Albert Gray v. Jeffrey Derderian, et al |
| C.A. | 05-002L | Andrew Paskowski v. Jeffrey Derderian, et al |

**RULE 12(B)(6) MOTION TO DISMISS RODERIQUES PLAINTIFFS' FIRST AMENDED MASTER COMPLAINT BY DEFENDANTS GENERAL FOAM CORPORATION, GFC FOAM, LLC, FOAMEX LP, FOAMEX INTERNATIONAL INC., FMXI, INC., PMC, INC., AND PMC GLOBAL, INC. INCORPORATING PRIOR MEMORANDA**

Without waiving any of its defenses related to service of process[1], defendants General Foam Corporation, GFC Foam, LLC, Foamex, LP, Foamex International Inc., FMXI, Inc., PMC, Inc., and PMC Global, Inc. (collectively referred to as "GFC") hereby respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss the claims asserted against GFC on the grounds that plaintiffs fail to state a cause of action against GFC as a matter of law. GFC hereby adopts the Supplemental Memorandum filed in support of its Rule 12(b)(6) Motion to Dismiss Gray Plaintiffs' First Amended Master Complaint, which incorporates by reference GFC's previously filed Rule 12(b)(6) Motion and accompanying Memorandum, as well as GFC's Reply Memorandum to Plaintiffs' Objections to Motion to Dismiss. For the reasons set forth in those memoranda, GFC requests that all claims asserted against GFC in the plaintiffs' complaint be dismissed with prejudice.

---

[1] GFC states that its counsel has received a copy of a Notice of Adoption of First Amended Master Complaint in Roderiques, et al v. Derderian, et al (C.A. No. 04-26 L). Only Foamex International and General Foam Corporation have been served with service of process in this case. The remaining GFC defendants have never been served with service of process in this case. To the extent this pleading is before the Court and in response thereto, GFC submits this Motion to Dismiss.

SCANNED

117

Defendants,
FOAMEX INTERNATIONAL, INC.,
FOAMEX, LP, FMXI, INC., GENERAL F
FOAM CORPORATION, GFC FOAM,
LLC, PMC, INC.,
AND PMC GLOBAL, INC.
By Their Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**CERTIFICATION**

I hereby certify that on the 12th day of January, 2005, a true copy of the within was e-mailed to:

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Howard A. Merton, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Stephen M. Prignano, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

Donna M. Lamontagne, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Curtis Diedrich, Esq.
Edward T. Hinchey, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

James R. Lee, Esq.
RI DEPT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

James T. Murphy, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Brian R. Cunha, Esq.
BRIAN CUNHA & Associates
311 Pine Street
Fall River, MA 02720

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE
946 Centerville Road
Warwick, RI 02886

Steven A. Minucucci, Esq.
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907

Charles N. Redihan, Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

Faith A. LaSalle, Esq.
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Mark T. Nugent, Esq.
MORRIS MAHONEY
121 South Main Street
Providence, RI 02903

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, PC
160 Hempstead Street
New London, CT 06320

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Ronald Langlois, Esq.
SMITH & BRINK, P.C.
One State Street, Suite 401
Providence, RI 02908

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANGE
395 Smith Street
Providence, RI 02908

Eva Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
387 Atwells Avenue
Providence, RI 02909

Thomas Lyons, Esq.
STRAUSS, FACTOR, LANG & LYONS
222 Richmond Street-Suite 208
Providence, RI 02903-2914

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903

Max Wistow, Esq.
WISTOW & BARYLCK
61 Weybosset Street
Providence, RI 02903

Mark C. Hadden, Esq.
LAW OFFICES OF MARK C. HADDEN
68 Kennedy Plaza, Suite 3
Providence, RI 02903

Richard W. MacAdams, Esq.
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903

Mark D. Cahill, Esq.
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109

Charles L. Babcock, Esq.
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

**A copy was also e-mailed to:**

Ann Songer, Esq.; Edwin McPherson; George Wolf; Georgia Sullivan; Greg Boyer; Howard Julien; James Restivo; Jessica Margolis; John Mahoney; Mark Dolan; Mark Ostrowski; Matthew Medeiros; Ralph J. Monaco; Stephanie DiMaio Larivee; Stephen Fogarty; and Stephen Izzi.

**A copy was sent by mail only to:**

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301