UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, AS ADMINISTRATRIX OF THE ESTATE OF DONALD RODERIQUES, ET AL. | ) | |
| Plaintiffs, | ) | C.A. NO.: 04-26-L |
| v. | ) | |
| AMERICAN FOAM CORPORATION, ET AL. | ) | |
| Defendants. | ) | |

**DEFENDANT'S, LUNA TECH, INC., ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

The plaintiffs have adopted the First Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et. al, C.A. No. 04-312L. Luna Tech, Inc. hereby incorporates the Answer filed on its behalf in the Gray lawsuit as its Answer in this matter.

The plaintiffs have also adopted the additional allegations and claims as set forth in Henault, et. al v. American Foam Corp., et. al, C.A. No. 03-483L "Notice of Adoption of the Amended Master Complaint." To the extent that these additional allegations and claims may be read as asserting actionable conduct on the part of Luna Tech, Inc., they are denied.

**JURY DEMAND**

The defendant demands a jury trial on all issues triable at law.

Respectfully submitted,
LUNA TECH, INC.

Curtis R. Diedrich

Curtis R. Diedrich (#4171)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Date: 2/4/05

124

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was mailed on 2/4/05 postage prepaid, to the following attorneys of record as of said date:

Thomas C. Angelone, Esquire
HODOSH SPINELLA & ANGELONE, PC
One Turks Head Place, Suite 1050
PO Box 1516
Providence, RI 02901-1516

Brian R. Cunha, Esquire
LAW OFFICES OF BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Stephen E. Breggia, Esquire
BREGGIA BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Mark B. Decof, Esquire
DECOF & DECOF, P.C.
One Smith Hill
Providence, RI 02903

Anthony F. DeMarco, Esquire
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esquire
DESISTO LAW
211 Angel Street
P.O. Box 2563
Providence, RI 02906-2563

Christopher C. Fallon, Jr., Esquire
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Joyce A. Faraone, Esquire
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

William A. Filippo, Esquire
373 Elmwood Avenue
Providence, RI 02907

James Howe, Esquire
215 Broadway
Providence, RI 02903

Scott Hubbell, Esquire
SUMMERS LAW OFFICE
P.O. Box 306
Franklin, MA 02038-0306

Patrick T. Jones, Esquire
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Stefanie Larivee-DiMaio, Esquire
215 Broadway

Daniel P. McKiernan, Esquire
146 Westminster Street

Providence, RI 02903

Providence, RI 02903

Mark S. Mandell, Esquire
Yvette M. Boisclair, Esquire
MANDELL, SCWARTZ & BOISCLAIR, LTD.
One Park Row
Providence, RI 02903

Patrick C. Lynch, Attorney General
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Donald A. Migliori, Esquire
NESS MOTLEY LOADHOLT RICHARDSON & POOLE
321 South Main Street, Suite 402
Providence, RI 02903

Ralph J. Monaco, Esquire
CONWAY & LONDREGAN
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esquire
155 South Main Street, Suite 303
Providence, RI 02903

Steven A. Minicucci, Esquire
373 Elmwood Avenue
Providence, RI 02907

Mark T. Nugent, Esquire
Paul Sullivan, Esquire
MORRISON, MAHONEY & MILLER, LLP
One Providence Washington Plaza
Providence, RI 02903

James A. Ruggieri, Esquire
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Charles N. Redihan, Jr., Esquire
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

J. Renn Olenn, Esquire
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, WI 02886

Christopher L. Russo, Esquire
888 Reservoir Avenue
Cranston, RI 02910

Michael A. St. Pierre, Esquire
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Ann Scheeley, Esquire
LAW OFFICE OF DONALD E. GREEN
2235 Washington Street
Roxbury, MA 02119

Randall L. Souza, Esquire
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903

Mark D. Tourgee, Esquire
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Timothy A. Williamson, Esquire
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Max Wistow, Esquire
WISTOW & BARYLICK
61 Weybosset Street
Providence, RI 02903

Curtis R. Diedrich
CURTIS R. DIEDRICH

S:\VARIOUS PLAINTIFFS V. LUNA TECH - LE280-6098\Pleadings\RODERIQUES\Answer.doc