UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, *et al* | : | |
| v. | : | C.A. No. 04-312 L |
| JEFFREY DERDERIAN, *et al* | : | |

| | | |
|---|---|---|
| ESTATE OF JUDE B. HENAULT, *et al* | : | |
| v. | : | C.A. No. 03-483 L |
| AMERICAN FOAM CORPORATION, *et al* | : | |

**ANSWER AND JURY CLAIM OF DEFENDANT, BARRY WARNER**

The Plaintiffs in the civil action captioned, Roderiques v. American Foam Corp., et al, C.A.No: 04-026, have adopted the First Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No: 04-312L, in its entirety. This Defendant hereby incorporates the answer filed on its behalf in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No: 04-312L as its answer herein.

**BARRY WARNER**

By his Attorneys,

Ronald Langlois, Esq. #2891
**Smith & Brink, P.C.**
One State Street, Suite 400
Providence, Rhode Island 02908
(401) 351-9970
*Fax* (401) 274-6218

Dated: February 3, 2005

125

Defendant, ***Barry Warner***, hereby claims a trial by jury.

Ronald Langlois, Esq.

## CERTIFICATION

I hereby certify that on the 4th day of February, 2005, a true copy of the within was emailed to:

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903
Angelonelaw@aol.com

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 1050
Providence, RI 02903
Rbengtson@ckmlaw.com

Gregory L. Boyer, Esq.
170 Westminster Street, Suite 200
Providence, RI
Boyerlaw1@aol.com

Mark D. Cahill, Esq.
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, MA 02109
mcahill@choate.com

Joseph Cavanagh, Jr., Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com

Edward M. Crane, Esq.
Skadden, Arps, Slate
Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606
ecrane@skadden.com

Christopher Fallon, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508
cfallon@cozen.com

Stephen Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
fogerty@halloran-sage.com

Mark Hadden, Esq.
68 Kennedy Plaza, Suite 3
Providence, RI 02903
Mhadden@mhaddenlaw.com

Susan Wettle, Esq.
Frost Brown todd
400 West Market St, 32nd Floor
Louisville, KY 40202-3363
swettle@fbtlaw.com

Edward Hinchey, Esq..
Curtis Diedrich, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108
Ehinchey@sloanewalsh.com
c.diedrich@sloanwalsh.com

Patrick Jones, Esq.
Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA 02110
pjones@cmj-law.com

Brian Cunha, Esq.
Law Offices of Brian Cunha
904 Broadway
East Providence, RI 02914
Brian@Briancunha.com

Howard Julian
570 Shermantown Road
Saunderstown, RI 02874
sohohomes@yahoo.com

Anthony DeMarco, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903
tdemarco@conversent.net

Jessica Margolis, Esq.
DeBevoise & Plimpton
919 Third Avenue
New York, NY 10022
jmargolis@debevoise.com

James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer Street
Providence, RI 02903
jruggieri@hcc-law.com

Randall Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
rsouza@nixonpeabody.com

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
marc@Desistolaw.com

Donna Lamontagne, Esq.
Zizik, Powers, O'Connell
Spaulding, Lamontagne, P.C.
40 Westminster St, Suite 201
Providence, RI 02903
Dlamontagne@zizikpowers.com

Stefanie DiMaio-Larivee, Esq.
Grilli & DiMaio
215 Broadway
Providence, RI 02903
singinglawyer@msn.com

Faith LaSalle, Esq.
Law Offices of Faith LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903
flasalle@lasallelaw.com

Mark Dolan, Esq.
Rice, Dolan & Kershaw
Greater Prov. Bank Bldg.
170 Westminster Street, Suite 900
Providence, RI 02903
ricedolank@aol.com

James R. Lee, Esq.
Dept. Attorney General
150 South Main Street
Providence, RI 02903
jlee@riag.state.ri.us

Thomas Lyons, Esq.
Strauss, Factor, Laing & Lyons
222 Richmond St, Suite 208
Providence, RI 02903
tlyons@straussfactor.com

Eva Marie Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
mancuso98@aol.com

Richard MacAdams, Esq.
Mac Adams & Wieck, Inc.
10 Dyer Street, Suite 400
Providence, RI 02903
Rmacadams@mandwlaw.com

Mark Mandell, Esq.,
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903
msmandell@msn.com

John Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903
johnmahoney@amlawllp.com

W. Thomas McGough, Jr., Esq.
James Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Edwin McPherson, Esq.
McPherson & Kalmansohn, LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
emcpherson@m-klaw.com

Steven Minicucci, Esq.
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907
sminicucci@calvinolaw.com

Matthew Medeiros, Esq.
Little, Bulman
Medeiros & Whitney
72 Pine Street
Providence, RI 02903
mfm@lmkbw.com

Ralph Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320
Rmonaco.c-l@snet.net

Howard Merten, Esq.
Vetter & White
20 Washington Plaza
Providence, RI 02903
Hmerten.station@vetterandwhite.com

James Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903
jtm@hansoncurran.com

Mark Nugent, Esq.
Morrison, Mahoney & Miller
121 S. Main St, Suite 600
Providence, RI 02903
mnugent@morrisonmahoney.com

Robert Reardon, Jr., Esq.
Robert Rimmer, Esq.
The Reardon Law Firm
Plaza 160 Hempstead Street
New London, CT 06320
Reardonlaw@aol.com

Mark Ostrowski, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919
mostrowski@goodwin.com

Charles Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
credihan@kprlaw.com

Stephen Prignano, Esq.
Edwards & Angell, LLP
One Financial Plaza, Suite 2700
Providence, RI 02903
sprignano@edwardsangell.com

Ronald Resmini, Esq.
Law Offices of Ronald Resmini
155 South Main St, Suite 400
Providence, RI 02903
Resminilaw@yahoo.com

Ann Songer, Esq.
George Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Asonger@shb.com
Gwolf@shb.com

Scott Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
Stucker@ths-law.com

Charles Babcock, Esq.
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, TX 77010
Cbabcock@jw.com

Donald Maroney, Esq.
Kelley, Kelleher, Reilly
& Simpson
146 Westminster Street
Providence, RI 02903
dmaroney@kkrs.com

Michael St. Pierre, Esq.
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886
Mikesp@rrsplaw.com

Georgia Sullivan, Esq.
Georgia.Sullivan@thehartford.com

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903
mw@wistbar.com

Stephen Breggia, Esq.
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908
sbreggia@BBGlaw.com

Dana Palazzo