UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, as ADMINSTRATRIX of the Estate of Donald Roderiques; Individually and as Mother and next friend to Madi Roderiques, minor, Plaintiffs | ) | |
| v. | ) | C.A. No. 04-26/L |
| AMERICAN FOAM CORPORATION; ET AL., Defendants | ) | |

**ANSWER OF DEFENDANT MCCLAUGHLIN & MORAN**

The defendant McLaughlin & Moran, Inc. ("McLaughlin & Moran") responds to the allegations of plaintiffs' complaint as follows:

1. To the extent that plaintiffs have adopted the First Amended Master Complaint in Albert Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A. No. 04-312-L, pursuant to this Court's December 16, 2004 order allowing the adoption of a Master Complaint, defendant McLaughlin & Moran hereby adopts and incorporates the answer, including all affirmative defenses, it filed to the First Amended Master Complaint in Gray as its answer herein.

2. To the extent that plaintiffs in their Notice of Adoption of First Amended Master Complaint intended to adopt the additional allegations and claims set forth in the Notice of Adoption of Amended Master Complaint filed in Henault et al v. American Foam Corp. et al, C.A. No. 03-483L, pursuant to this Court's December 16, 2004 order, defendant McLaughlin & Moran hereby adopts and incorporates the answer it filed to the Henault Notice of Adoption as its answer herein.

128

3. Defendant McLaughlin & Moran lacks sufficient knowledge or information to form a belief as to the truth of additional paragraph 258 of plaintiffs' Pro Forma Complaint.

WHEREFORE, the defendant McLaughlin & Moran, Inc. respectfully requests that:

A. the Plaintiffs' Complaint be dismissed with prejudice as to it;

B. Plaintiffs' demands for relief against it be denied in every respect; and

C. the Court grant such other and further relief as may be just, proper and equitable.

Howard A. Merten, #3171
Eric M. Sommers, #6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060 (401) 272-6803 FAX

Dated: February 4, 2005

CERTIFICATE OF SERVICE

To:

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903
singinglawyer@msn.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903
Resminilaw@yahoo.com

Marc Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
tdemarco@conversent.net

Robert I. Reardon, Jr., Esq.
Robert I Rimmer, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
reardonlaw@aol.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903
jreilly@kkrs.com
dmaroney@kkrs.com

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508
cfallon@cozen.com

Edward T. Hinchey, Esq.
Curtis R. Diedrich, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108
EHinchey@sloanwalsh.com
Cdiedrich@sloanewalsh.com

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903
Angelonelaw@aol.com

C. Russell Bengston, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

Mark C. Hadden, Esq.
68 Kennedy Plaza
Providence, RI 02903
mhadden@haddenlaw.com

Michael R. DeLuca, Esq.
Gidley, Sarlie & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
mrd@gsm-law.com

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320
rmonaco.c-l@snet.net

John J. Nazzaro, Esq.
Law Offices of John J. Nazzaro, LLC
164 Hempstead Street
New London, CT 06320
nazzjn@aol.com

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819
mostrowski.@goodwin.com

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
ricedolank@aol.com

William A. Filippo, Esq.
Steven A. Minicucci, Esq.
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907
sminicucci@calvinolaw.com
wfilippo@calvinolaw.com

Matthew Medeiros, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
& Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903
mfm@lmkbw.com

Daniel J. Horgan, Esq.
The Horgan Law Offices
Shaw's Cove 5, Suite 200
New London, CT 06320
horganlaw@snet.net

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
tmcgough@ReedSmith.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903
sprignano@edwardsangell.com

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street, P.O. Box 2563
Providence, RI 02906-2563
Marc@desistolaw.com

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
stucker@ths-law.com

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218
Jm@hansoncurran.com

Patrick T. Jones, Esq.
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
pjones@cmj-law.com

Jessica Margolis, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
jmargolis@debevoise.com

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32d Floor
Louisville, KY 40202-3363
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Faith LaSalle, Esq.
Law Offices of Faith LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903
flasalle@lasallelaw.com

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2
Chicago, IL 60606
DSOLMOR@skadden.com
ecrane@skadden.com

Randall Souza, Esq.
Fred Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
RSouza@nixonpeabody.com
fkelly@nixonpeabody.com

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903
jlee@riag.state.ri.us

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East Providence, RI 02914
brian@briancunha.com

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
eMCPHERSON@M-KLAW.COM

Howard J. Julian, Pro Se
570 Shermantown Road
North Kingstown, RI 02874
sohohomes@yahoo.com

Earl H. Walker, Esq.
Charles L. Babcock, Esq.
Nancy W. Hamilton, Esq.
Jackson Walker L.L. P.
1401 McKinney Street, Ste. 1900
Houston, TX 77010
cbabcock@jw.com

Eric Bradford Hermanson, Esq.
Mark D. Cahill, Esq.
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, MA 02109
mcahill@choate.com

Ann M. Songer, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
asonger@shb.com

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903
msmandell@msb.com

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
mw@wistbar.com

Stephen E. Breggia, Esq.
Law Offices of Stephen Edward Breggia
395 Smith Street
Providence, RI 02908
sbreggia@bbglaw.us

Eva Marie Mancuso
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
emancuso@hwac.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
mikesp@rrsplaw.com

Gregory L. Boyer, Esq.
Boyer, Reynolds & DeMarco, LTD
170 Westminster Street, Suite 200
Providence, RI 02903
boyerlaw1@aol.com

Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street
Providence, RI 02908
Rlanglois@smithbrink.com

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street
Providence, RI 02903
Dlamontagne@zizikpowers.com

Bruce P. Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
bpkeller@debevoise.com

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903
credihan@kprlaw.com

Thomas W. Lyons, Esq.
Strauss, Factor & Lopes
222 Richmond Street, Suite 208
Providence, RI 02903-2914
tlyons@straussfactor.com

Richard. W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
rmacadams@mandwlaw.com

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
slang@hcc-law.com

George E. Wolf III, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
gwolf@shb.com

I hereby certify that I served on the above-named counsel of record a copy of the within Answer of Defendant McLaughlin & Moran, Inc. by electronic mail and on Stephen Born, Esq. and Joseph F. Krowski, Esq. by first-class mail postage prepaid on the 4th day of February, 2005.