UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, As Administratrix of the Estate of Donald Roderiques; Individually; and as Mother and Next Friend of Mandi Roderiques, minor, Plaintiff | ) | |
| vs. | ) | C.A. No.: 04-26-L |
| AMERICAN FOAM CORPORATION, ET AL., Defendants | ) | |

**DEFENDANTS ANHEUSER-BUSCH, INC. AND ANHEUSER-BUSCH COMPANIES, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED MASTER COMPLAINT AS ADOPTED AND PLAINTIFF'S PRO FORMA COMPLAINT**

NOW COME Defendants Anheuser-Busch, Inc. ("ABI") and Anheuser-Busch Companies, Inc. ("ABC") and in response to Plaintiff's Notice of Adoption of First Amended Master Complaint ("Notice of Adoption"), ABI and ABC hereby adopt[1] their Answer and Affirmative Defenses to Plaintiffs' First Amended Master Complaint, filed on February 4, 2005, in *Gray, et al. v. Derderian, et al.*, (04-312-L). To the extent Plaintiff intends to adopt the additional allegations and claims contained in the Notice of Adoption filed in *Henault, et al., v. Derderian,*

[1] *See* Order in *Gray v. Derderian* (04-312-L), dated December 16, 2004, granting plaintiffs' motion for leave to file First Amended Master Complaint and establishing procedure for plaintiffs in other actions to adopt such filing, either in whole or in part.

129

*et al.*, (03-483-L), ABI and ABC adopt and incorporate by reference their Answer to Plaintiffs' First Amended Master Complaint as Adopted filed in *Henault*.

Further, in response to the additional allegations and claims contained in Plaintiff's Pro Forma Complaint,[2] ABI and ABC state as follows:

(258).[3] ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the additional paragraph numbered 258 of the Pro Forma Complaint.

**WHEREFORE**, Defendants Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. pray that:

(a) the First Amended Master Complaint, Notice of Adoption and Pro Forma Complaint be dismissed with prejudice as to Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc.;

(b) Plaintiff's demand for relief against Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. be denied in every respect;

(c) Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

---

2 As this action was pending at the time of the Order referenced in footnote 1, the filing of a Pro Forma Complaint appears to be unnecessary.

3 This paragraph number appears to correspond to a reserved paragraph of the First Amended Master Complaint in *Gray v. Derderian* (04-312-L).

(d) the Court grant such other and further relief as may be just, proper, and equitable.

**DEFENDANTS ANHEUSER-BUSCH, INC. AND ANHEUSER-BUSCH COMPANIES, INC. HEREBY DEMAND TRIAL BY JURY**

ANHEUSER-BUSCH, INC. AND
ANHEUSER-BUSCH COMPANIES, INC.,

By their Attorneys,

Joseph V. Cavanagh, Jr.

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Dated: February 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic email on the 4th day of February, 2005, to the following counsel of record:

Marc DeSisto, Esq.
Kathleen Daniels, Esq.
DESISTO LAW
211 Angell Street,
P.O. Box 2563
Providence, RI 02906-2563
marc@Desistolaw.com
kathleen@desistolaw.com

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903
Angelonelaw@aol.com

Marc Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
tdemarco@conversent.com

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903
jlee@riag.state.ri.us

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903
Singinglawyer@msn.com

James Murphy, Esq.
Kelly N. Michels, Esq,
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
jtm@hansoncurran.com
knm@hansoncurran.com

Ronald J. Resmini, Esq.
Ronald J. Resmini Law Offices
155 South Main Street
Providence, RI 02903
Resminilaw@yahoo.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903
jreilly@kkrs.com
dmaroney@kkrs.com

Timothy A. Williamson, Esq.
Mark D. Tourgee, Esq.
c/o Imman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816
InmanTourgeeLaw@aol.com

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
Rsouza@nixonpeabody.com
fkelly@nixonpeabody.com

Howard A. Merten, Esq.
Eric Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
hmerten@vetterandwhite.com
esommers@vetterandwhite.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray. Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
sprignano@edwardsangell.com
smacgillivray@edwardsangell.com

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Ecrane@skadden.com
Dsolmor@skadden.com

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 021808
Stucker@ths-law.com

W.Thomas McGough, Jr., Esq,
James J. Restivo, Jr., Esq:
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Plaze
Philadelphia, PA 19103-7301
atrevelise@reedsmith.com

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508
cfallon@cozen.com

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903
credihan@KPRlaw.com

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
gdemaria@hcc-law.com
jruggieri@hcc-law.com

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East Providence, RI 02914
Brian@Briancunha.com

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
wvenditti@wistbar.com

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903
msmandell@msn.com

Eva Marie Mancuso
Hamel,Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
Emancuso@hwac.com

Stephen E. Breggia, Esq,
Breggia, Bowen Grande
395 Smith Street
Providence, 1LI 02908
sbreggia@BBGlaw.us

Michael A. St. Pierre, Esq.
Revens, Revens& St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
mikesp@rrsplaw.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street
Providence, RI 02908
rlanglois@smithbrink.com
lwilkins@smithbrink.com

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq,
Sloane & Walsh
Three Center Plaza
Boston, MA 02108
Cdiedrich@sloanewalsh.com
Ehinchey@sloanewalsh.com

William A. Filippo, Esq,
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907
Sminicucci@calvinolaw.com

Ralph L Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320
rmonaco.c-l@snet.com

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301
(by mail only)

Carl A. Henlein, Esq.
John R. Crocket III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman & Whitney
72 Pine Street
Providence, RI 02903
mfm@lmkbw.com

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
jmargolis@debevoise.com
bpkeller@debevoise.com

Patrick T. Jones, Esq.
Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA 02110
pjones@cmj-law.com

John J. Nazzaro, Esq.
164 Hempstead Street
New London, CT 06320
nazzjn@aol.com

Gregory L. Boyer, Esq.
170 Westminster Street, Suite 200
Providence, RI 02903
boyerlaw1@aol.com

Mark D. Cahill, Esq.
Choate Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109
mcahill@choate.com

Stephen P. Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
fogerty@halloran-sage.com

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
dlamontagne@zizkpowers.com

Thomas W. Lyons, Esq.
Strauss Factor Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903-2914
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
MacAdams & Weick, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
rmacadams@mandwlaw.com

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
emcpherson@m-klaw.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
Shook Hardy & Bacon
One Kansas City Place
1200 Main Street
Kansas City, MO 64105
gwolf@shb.com
asonger@shb.com

Robert I. Reardon, Esq.
Robert T. Rimmer, Esq.
The Reardon Law Firm, P.C.
P.O. Drawer 1430
New London, CT 06320
Reardonlaw@aol.com

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
ricedolan@ricedolankershaw.com

C. Russell Bengtson, Esq.
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903
mhadden@mhaddenlaw.com

John R. Mahoney, Esq.
Asquith Mahoney
155 South Main Street
Providence, RI 02903
johnmahoney@amlawllp.com

Georgia Sullivan, Esq.
Mathis & Associates
55 Farmington Avenue, Suite 500
Hartford, CT 06106
Georgia.Sullivan@thehartford.com

Stephen A. Izzi, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
stephen.izzi@hklaw.com

Howard J. Julian
570 Shermantown Road
Saunderstown, RI 02874
sohohomes@yahoo.com

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
ewalker@jw.com
cbabcock@jw.com
nhamilton@jw.com

Daniel J. Horgan, Esq.
The Horgan Law Offices
111 Huntington Street
New London, CT 06320
horganlaw@shet.net

Cynthia Dragon