**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LINDA RODERIQUES, as Administratrix of the ESTATE OF DONALD RODERIQUES, individually, and as Mother and Next Friend to MANDI RODERIQUES, minor, | ) | |
| Plaintiff, | ) | C.A. NO: 04-026 L |
| v. | ) | |
| JEFFREY DERDERIAN, et al., | ) | |
| Defendants. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES OF CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY TO PLAINTIFFS' FIRST AMENDED MASTER COMPLAINT AS ADOPTED AND PLAINTIFFS' PRO FORMA COMPLAINT**

NOW COME Defendants Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company (as successor in interest to WHJY, Inc., former operator of radio station "WHJY-FM") (collectively the "Clear Channel Defendants" for purposes herein) and, in response to Plaintiffs' Notice of Adoption of First Amended Master Complaint ("Notice of Adoption"), hereby adopt[1] the Clear Channel Defendants' Answer and Affirmative Defenses to Plaintiffs' First Amended Master Complaint, filed on December 1, 2005, in *Gray, et al. v. Derderian, et al.* (04-312-L).

[1] See Order in *Gray, et al. v. Derderian, et al.* (04-312-L), dated December 16, 2004, granting plaintiffs' motion for leave to file First Amended Master Complaint and establishing procedure for plaintiffs in other actions to adopt such filing, either in whole or in part.

Further, in response to the additional allegations and claims contained in Plaintiffs' Pro Forma Complaint, the Clear Channel Defendants state as follows:

(258).[2] The Clear Channel Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in additional paragraph numbered 258 of the Pro Forma Complaint.

WHEREFORE, the Clear Channel Defendants pray that:

(a) the First Amended Master Complaint, Notice of Adoption and Pro Forma Complaint be dismissed with prejudice as to them;

(b) Plaintiffs' demand for relief against the Clear Channel Defendants be denied in every respect;

(c) the Clear Channel Defendants be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as may be just, proper, and equitable.

---

2 This paragraph number appears to correspond to reserved paragraphs of the First Amended Master Complaint in *Gray, et al. v. Derderian, et al.* (04-312-L).

CLEAR CHANNEL BROADCASTING, INC.
AND CAPSTAR RADIO OPERATING
COMPANY

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

James J. Restivo, Jr., Esq.
W. Thomas McGough, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3131
(412) 288-3063 (Fax)

Dated: December 1, 2005

## CERTIFICATION

I, the undersigned, hereby certify that on the 1st day of December, 2005, I served a copy of the within ANSWER AND AFFIRMATIVE DEFENSES OF CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY TO PLAINTIFFS' FIRST AMENDED MASTER COMPLAINT AS ADOPTED AND PLAINTIFFS' PRO FORMA COMPLAINT, by electronic mail, to the following counsel of record:

Gregory Boyer, Esq.
boyerlaw1@aol.com

Howard Julien, Esq.
sohohomes@yahoo.com

Joseph Cavanagh, Jr. , Esq.
Kristin E. Rodgers, Esq.
stationfire@blishcavlaw.com

Brian Cunha, Esq.
Brian@briancunha.com

Russell Bengston, Esq.
RBengston@ckmlaw.com

Ralph Monaco, Esq.
Rmonaco.c-l@snet.net

Michael Potenza, Esq.
mpotenza@debevoise.com

Susan Wettle, Esq.
swettle@fbtlaw.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

James Ruggieri, Esq.
jruggieri@hcc-law.com

Stefanie DiMaio-Larivee, Esq.
singinglawyer@msn.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

John Mahoney, Esq.
johnmahoney@amlawllp.com

Stephen Breggia, Esq.
sbreggia@bbglaw.us

Steven Minicucci, Esq.
sminicucci@calvinolaw.com

Mark Cahill, Esq.
mcahill@choate.com

Patrick Jones, Esq.
pjones@cmj-law.com

Mark DeSisto, Esq.
marc@desistolaw.com

Mark T. Nugent, Esq.
mnugent@morrisonmahoney.com

James Murphy, Esq.
jtm@hansoncurran.com

Thomas Angelone, Esq.
angelonelaw@aol.com

Charles Babcock, Esq.
cbabcock@jw.com

Randall Souza, Esq.
rsouza@nixonpeabody.com

Charles Redihan, Jr. , Esq.
credihan@kprlaw.com

Mark Hadden, Esq.
mhadden@mhaddenlaw.com

Matthew Medeiros, Esq.
mfm@lmkbw.com

Mark Mandell, Esq.
msmandel@msn.com

Michael St. Pierre, Esq.
mikesp@rrsplaw.com

James Lee, Esq.
jlee@riag.state.ri.us

Thomas Lyons, Esq.
tlyons@straussfactor.com

Ann Songer, Esq.
asonger@shb.com

Edward Crane, Esq.
ecrane@skadden.com
Deborah Solmor, Esq.
dsolmor@skadden.com

Joseph J. McGair, Esq.
jjm@petrarcamcgair.com

Scott Tucker, Esq.
Stucker@ths-law.com

Max Wistow, Esq.
wvenditti@wistbar.com

Donald Maroney, Esq.
dmaroney@kkrs.com

Faith LaSalle, Esq.
flasalle@lasallelaw.com

Ronald Resmini, Esq.
Resminilaw@yahoo.com

Richard MacAdams, Esq.
Rmacadams@mandwlaw.com

Edwin McPherson, Esq.
emcpherson@m-klaw.com

Anthony DeMarco, Esq.
tdemarco@conversent.net

Mark Dolan, Esq.
ricedolank@aol.com

Mark Ostrowski, Esq.
mostrowski@goodwin.com

George Wolf III, Esq.
GWolf@shb.com

Curtis Diedrich, Esq.
c.diedrich@sloanewalsh.com
Edward Hinchey, Esq.
Ehinchey@sloanewalsh.com
Robert T. Norton, Esq.
rnorton@sloanewalsh.com

Ronald Langlois, Esq.
rlanglois@smithbrink.com

Howard Merten, Esq.
Hmerten.station@psh.com

Donna Lamontagne, Esq.
Dlamontagne@zizikpowers.com

Earl H. Walker, Esq.
ewalker@jw.com

Robert Reardon, Jr., Esq.
Robert Rimmer, Esq.
Reardonlaw@aol.com

Stephen M. Prignano, Esq.
sprignano@eapdlaw.com

Stephen Izzi, Esq.
Stephen.Izzi@hklaw.com

Christopher Fallon, Esq.
cfallon@cozen.com

W. Thomas McGough, Jr., Esq.
wmcgough@reedsmith.com
James J. Restivo, Jr., Esq.
jrestivo@reedsmith.com

Georgia Sullivan, Esq.
georgia.sullivan@thehartford.com

Counsel for The Clear Channel Defendants