UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES<br>LINDA RODERIQUES, Individually<br>LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor<br>Plaintiffs,<br>VS.<br><br>AMERICAN FOAM CORPORATION et al.,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 04-26-L |

**PLAINTIFFS' RODERIGUES, ET AL'S NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT (STATION NIGHTCLUB FIRE LITIGATION)**

This acceptance form relates to:

The Plaintiffs' in the civil action captioned above Roderigues, et al vs. American Foam Corporation, C.A. No. 04-26-L hereby respectfully notify the Court and the parties that they hereby adopt the Third Amended Complaint in Albert L. Gray, Administrator, et al (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312-L in its entirety.

Plaintiffs'
By their Attorneys,
BRIAN CUNHA & ASSOCIATES, P.C.

Brian R. Cunha, Esq. Reg.# 4074
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
Facsimile: (508) 679-6360

## CERTIFICATION OF SERVICE

I hereby certify that on the 21 day of February, 2006 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| C. Russell Bengtson, Esq. | Rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | Boyerlaw1@aol.com |
| Stephen E. Breggia, Esq. | Sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | Kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | Mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esq. | L.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | Stationfire@blishcavlaw.com |
| Kristen E. Rodgers, Esq. | Stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | Ercane@skadden.com |
| Deborah Solmor, Esq. | Dsolmor@skadden.com |
| Anthony F. DeMarco, Esq. | Tdemarco@conversent.net |
| Mark T. Reynolds, Esq. | Mtreynolds@conversent.net |
| Mark DeSisto, Esq. | Stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | Cdiedrich@sloanewalsh.com |
| Robert Norton, Esq. | Rnorton@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | Fonia@msn.com |
| Mark P. Dolan, Esq. | Ricedolank@aol.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fall, Jr., Esq. | Cfallon@cozen.com |
| Stephen Fogerty, Esq. | Fogerty@halloran-sage.com |
| Mark Hadden, Esq. | Mhadden@mhaddenlaw.com |
| Carl A. Henlen, Esq. | Chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | Jcrockett@fbtlaw.com |
| Susan Wettle, Esq. | Swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Patrick T. Jones, Esq. | Pjones@cmj-law.com |
| Peter Schneider, Esq. | Pschneider@cmj-law.com |
| Howard Julian, Esq. | Sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | Bkeller@debevoise.com |
| Fred A. Kelly, Esq. | StationFireLitigation@nixonpeabody.com |
| Steven M. Richard, Esq | StationFireLitigation@nixonpeabody.com |
| Ian Ridlon, Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | Josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | Rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | Lwilkins@smithbrink.com |
| James R. Lee, Esq. | Jlee@riag.ri.gov |

| | |
|---|---|
| Thomas W. Lyons, Esq. | Tlyons@straussfactor.com |
| Richard W. MacAdams, Esq. | Rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | Johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | Emancuso@hwac.com |
| Mark S. Mandell, Esq. | Msb@msb-atty.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | Jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | Emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | Mfm@lmkbw.com |
| Howard A. Merten, Esq. | Hmerten.station@psh.com |
| Benjamin V. White, III, Esq. | Bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esq. | Sminicucci@calvinolaw.com |
| William Filippo, Esq. | Wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | Stationfire@hansoncurran.com |
| Thomas Bender, Esq. | Stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | Stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | Attynazzaro@aol.com |
| Mark T. Nugent, Esq. | Mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | Pvsullivan@morrisonmahoney.com |
| j. Renn Olenn, Esq. | Jro@olenn-penza.com |
| Michael Potenza, Esq. | Mpotenza@debevois.com |
| Stephen M. Prignano, Esq. | Sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | Smacgillvray@edwardsangell.com |
| Robert Reardon, Esq. | Reardonlaw@aol.com |
| Robert Rimmer, Esq. | Reardonlaw@aol.com |
| Charles N. Redihan, Esq. | Credihan@kprlaw.com |
| James H. Reilly, III, Esq. | Jreilly@kkrs.com |
| Donald J. Maroney, Esq. | Dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | Resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | Resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | Jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | Sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esq. | Mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | Aminchilo@itwlaw.com |
| Timothy A. Williamson, Esq. | Aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esq. | Atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | Stucker@ths-law.com |
| Earl H. Walker, Esq. | Ewalker@jw.com |
| Charles Babcock, Esq. | Cbabcock@jw.com |
| Nancy Hamilton, Esq. | Nhamilton@jw.com |
| George Wolf, III, Esq. | Gwolf@shb.com |
| Ann Songer, Esq. | Asonger@shb.com |

Brian R. Cunha, Esq.