RECEIVED

MAR 03 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, ET AL :
:
VS. : C.A. NO. 04-26-L
:
AMERICAN FOAM CORPORATION, ET AL :

STIPULATION

By agreement of plaintiffs and defendant, JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional shall have up through and including March 17, 2006 in which to answer and/or otherwise respond to these plaintiffs' Notice of Adoption of Third Amended Master Complaint to the extent said Notice was filed in this action.

Roderiques Plaintiffs

BRIAN CUNHA #4074
KAREN A. ALEGRIA #6562
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500 Telephone
(508) 679-6360 Facsimile
e-mail: Brian@briancunha.com

Dated: 2/28/06

JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional

C. RUSSELL BENGTSON #1233
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
e-mail: rbengtson@ckmlaw.com

Dated: 3/3/06

CERTIFICATION

I hereby certify that a true copy of the within Stipulation was sent via electronic mail to the counsel of record listed below on the 3rd day of March, 2006.

[signature]

| | |
|---|---|
| Allen J. McCarthy | stationlitigation@melicklaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer/George Wolf | asonger@shb.com |
| Anthony F. DeMarco/Mark Reynolds | tdemarco@conversent.net |
| Brian R. Cunha/Karen Alegria | Brian@Briancunha.com |
| Bruce Keller/Michael Potenza | bpkeller@debevoise.com |
| Charles L. Babcock | cbabcock@jw.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | Cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@shet.com |
| Donald J. Maroney/James Reilly | dmaroney@kkrs.com |
| Edward M. Crane/Deborah Solmor | ecrane@skadden.com |
| Edward T. Hinchey/James Scanlon | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Fred Kelly, Jr./Steven M. Richard | StationFireLitigation@nixonpeabody.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Howard A. Merten/Benjamin White | Hmerten.station@psh.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos | jim@b-plaw.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr./W. Thomas McGough | jrestivo@reedsimth.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy/Kelly Michels | stationfire@hansoncurran.com |
| Jessica Deanseris/Max Wistow/John Barylick | wvenditti@wistbar.com |
| John J. Nazzaro | nazzjn@aol.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr./Kristen Rodgers | stationfire@blishcavlaw.com |
| Kate Breslin-Harden/J. Renn Olenn | KBH@olenn-penza.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill/Eric B. Hermanson | mcahill@choate.com |
| Mark P. Dolan/Anthony Leone | Ricedolank@aol.com |

| | |
|---|---|
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent/Paul Sullivan | mnugent@morrisonmahoney.com |
| Mark Tourgee/Timothy Williamson | aminchillo@itwlaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Michael DeLuca | mrd@gsm-law.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones/Peter Schneider | pjones@cmj-law.com |
| Ralph T. Monaco/Patrick Day | rmonaco.c-1@snet.net |
| Richard W. MacAdams | rmacadams@mandwlaw.com |
| Robert Reardon | Reardonlaw@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Ronald J. Resmini/Ronald Creamer | Resminilaw@yahoo.com |
| Ronald Langlois/Lauren Wilkins | stationfire@smithbrink.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia/Kevin Bowen | sbreggia@BBGlaw.us |
| Stephen M. Prignano/Stephen MacGillivray | sprignano@eadplaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci/William Filippo | SMinicucci@calvinolaw.com |
| Susan S. Wettle/Carl Henlein/John Crockett | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T.Dos Urbanski/Michael J. Mazurczak | stationlitigation@melicklaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |

KNM:em 03-206 2/24/06

Property of U.S. District Court
District of Rhode Island

UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, AS ADMINISTRATOR
OF THE ESTATE OF DONALD RODERIQUES;
LINDA RODERIQUES, Individually;
LINDA RODERIQUES, as Mother and Next
Friend to MANDI RODERIQUES, Minor
Plaintiffs,

VS. C.A. No. 2004-26L

AMERICAN FOAM CORPORATION, et al
Defendants

**STIPULATION**

By agreement of the Plaintiffs, Defendants, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova, by and through the undersigned counsel of said Plaintiffs and Defendants, as previously named in the First Amended Master Complaint filed in the action captioned *Gray vs. Derderian, CA. No. 312-L* and adopted by Plaintiffs in this action, shall have up through and including March 17, 2006 in which to answer or otherwise respond to the Notice of Adoption of Third Amended Master Complaint filed in this action.

The Plaintiffs,
Linda Roderiques, as Administrator of the Estate of Donald Roderiques,
Linda Roderiques, Individually;
Linda Roderiques, as Mother and Next Friend to Mandi Roderiques, a Minor

By their Attorneys,

Brian R. Cunha, Esquire
Karen A. Alegria, Esquire
BRIAN CUNHA & ASSOCIATES, P.C.
311 Pine Street
Fall River, MA 02720
(508) 675-9500 - telephone
(508) 679-6360 - fax
E-mail: Brian@briancunha.com
E-mail: Karen@briancunha.com

Dated : 2/28/06

The Defendants,
Triton Realty Limited Partnership,
Triton Realty, Inc. and Raymond J. Villanova

By their Attorneys,

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax
E-Mail: jtm@hansoncurran.com
E-Mail: knm@hansoncurran.com
E-Mail : stationfire@hansoncurran.com

Dated : 2 March 2006

**PROOF OF SERVICE**

I hereby certify that on this 2nd day of March, 2006, a true copy of the within document was e-mailed to the following attorneys of record:

| | |
|---|---|
| Andrew Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony DeMarco, Esq. | tdemarco@conversent.net |
| Brian Cunha, Esq. | brian@briancunha.com |
| Bruce Keller, Esq. | bkeller@debevoise.com |
| Carl A. Henlein, Esq. | chenlein@fbetlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles Redihan, Esq. | credihan@kprlaw.com |
| Christopher Fallon, Esq. | cfallon@cozen.com |
| Deborah G. Solmor, Esq. | dsolmor@skadden.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward Crane, Esq. | ecrane@skadden.com |
| Edward Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin McPherson, Esq. | emcpherson@m-klaw.com |
| Esquire Litigation Solutions | stationfire@esquire.com |
| Eva Mancuso, Esq. | emancuso@hwac.com |
| Fred Kelly, Jr. | stationfirelitigation@nixonpeabody.com |
| George Wolf, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Howard Julien | sohohomes@yahoo.com |
| Howard Merten, Esq. | hmerten.station@psh.com |
| J. Renn Olenn, Esq. | kbh@olenn-penza.com |
| James Bigos, Esq. | jim@b-plaw.com |
| James H. Reilly, Esq. | jreilly@kkrs.com |
| James Lee, Esq. | jlee@riag.ri.gov |
| James Restivo, Esq. | jrestivo@reedsmith.com |
| James Ruggieri, Esq. | jruggieri@hcc-law.com |
| John Mahoney, Esq. | johnmahoney@amlawllp.com |
| John R. Crockett, Esq. | jcrockett@fbtlaw.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph Cavanagh, Esq. | stationfire@blishcavlaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark Cahill, Esq. | mcahill@choate.com |
| Mark Dolan, Esq. | ricedolank@aol.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark Mandell, Esq. | msmandell@msn.com |
| Mark Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Tourgee, Esq. | aminchillo@itwlaw.com |

| | |
|---|---|
| Matthew Medeiros, Esq. | mfm@lmkbw.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| Michael DeLuca, Esq. | mrd@gsm-law.com |
| Michael Ryan, Esq. | mtryan@rrjd-law.com |
| Michael St. Pierre, Esq. | mikesp@rrsplaw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick Jones, Esq. | pjones@cmj-law.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Richard MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert J. Reardon, Esq. | reardonlaw@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Ronald Langlois, Esq. | stationfire@smithbrink.com |
| Ronald Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stephanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Stephen Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen Izzi, Esq. | stephen.izzi@hklaw.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen Prignano, Esq. | sprignano@eapdlaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Steven Minicucci, Esq. | sminicucci@calvinolaw.com |
| Susan Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue | so'donoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas Angelone, Esq. | angelonelaw@aol.com |
| Thomas Lyons, Esq. | tlyons@straussfactor.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Esq. | tmcgough@reedsmith.com |



of Hanson Curran LLP