UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, et al | : | |
| v. | : | C.A. No. 04-26 L |
| AMERICAN FOAM CORPORATION, et al | : | |

**ANSWER AND JURY CLAIM OF AMERICAN FOAM CORPORATION**

Plaintiffs have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312L, this Defendant hereby incorporates the answer filed on its behalf in *Gray* as its answer here.

Plaintiffs have also adopted the additional allegations and claims as set forth in *Henault, et al v. American Foam Corp., et al,* C.A. No. 03-483L "Notice of Adoption of the Third Amended Master Complaint." Those additional allegations and claims are made against several defendants other than American Foam Corporation and therefore require no response. To the extent these additional allegations and claims may be read as asserting actionable conduct on the part of this Defendant, they are denied.

**AMERICAN FOAM CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: March 13, 2006

Defendant, ***American Foam Corporation***, hereby claims a trial by jury.

Thomas C. Angelone, Esq.

***CERTIFICATION***

I hereby certify that on this 15th day of March, 2006, I caused to be served via email in PDF format only, a copy of the within ***Answer to Complaint*** upon the following:

| | |
|---|---|
| Allen J. McCarthy | stationlitigation@melicklaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer/George Wolf | asonger@shb.com |
| Anthony F. DeMarco/Mark Reynolds | tdemarco@conversent.net |
| Brian R. Cunha/Karen Alegria | Brian@Briancunha.com |
| Bruce Keller/Michael Potenza | bpkeller@debevoise.com |
| C. Russell Bengtson | RBengtson@ckmlaw.com |
| Charles L. Babcock | cbabcock@jw.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@shet.com |
| Donald J. Maroney/James Reilly | dmaroney@kkrs.com |
| Edward M. Crane/Deborah Solmor | ecrane@skadden.com |
| Edward T. Hinchey/James Scanlon | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Fred Kelly, Jr./Steven M. Richard | StationFireLitigation@nixonpeabody.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Howard A. Merten/Benjamin White | Hmerten.station@psh.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos | jim@b-plaw.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr./W. Thomas McGough | jrestivo@reedsmith.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy/Kelly Michels | stationfire@hansoncurran.com |
| Jessica Deanseris/Max Wistow/John Barylick | jdean@wistbar.com |
| John J. Nazzaro | nazzjn@aol.com |
| John R. Mahoney | john.mahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr./Kristen Rodgers | stationfire@blishcavlaw.com |
| Kate Breslin-Harden/J. Renn Olenn | KBH@olenn-penza.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill/Eric B. Hermanson | mcahill@choate.com |
| Mark P. Dolan/Anthony Leone | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |

| | |
|---|---|
| Mark T. Nugent/Paul Sullivan | mnugent@morrisonmahoney.com |
| Mark Tourgee/Timothy Williamson | aminchillo@itwlaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Michael DeLuca | mrd@gsm-law.com |
| Michael A. St. Pierre | mikesp@rraplaw.com |
| Patrick T. Jones/Peter Schneider | pjones@cmj-law.com |
| Ralph J. Monaco/Patrick Day | rmonaco.c-l@snet.net |
| Richard W. MacAdams | Rmacadams@mandwlaw.com |
| Robert Reardon | ReardonLaw@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Ronald J. Resmini/Ronald Creamer | Resminilaw@yahoo.com |
| Ronald Langlois/Lauren Wilkens | stationfire@smithbrink.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia/Kevin Bowen | sbreggia@BBGlaw.us |
| Stephen M. Prignano/Stephen MacGillivray | sprignano@espdlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci/William Filippo | SMinicucci@calvinolaw.com |
| Susan S. Wettle/Carl Henlein/John Crockett | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T. Dos Urbanski/Michael J. Mazurczak | stationlitigation@melicklaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |

Mary V. Conlon