**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LINDA RODERIQUES, ET AL**
**Plaintiffs,**

**v.** **C.A.NO: 04-26L**

**AMERICAN FOAM CORPORATION,**
**ET AL.**
**Defendants**

**STIPULATION FOR ENLARGEMENT OF TIME**

The parties hereby stipulate that the Defendant, Barry Warner, shall have up to and including March 17, 2006 to respond to Plaintiffs' Adoption of Third Amended Master Complaint.

Plaintiffs
By their attorneys,

Brian Cunha, Esq.
Karen Alegra, Esq.
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Tel: (401) 434-5300
Fax: (401) 434-1958

Defendant,
By his attorneys,

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Dated: 3/7/06

J:\Dana\4office\Warner\Pleadings\Stip RodRigues Ans 3rd Amd Comp.Doc