**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LINDA RODERIGUES, ET AL | : | |
| VS. | : | C.A. NO. 2004-026 L |
| AMERICAN FOAM CORPORATION, ET AL | : | |

***ANSWER OF DEFENDANT DANIEL BIECHELE TO PLAINTIFFS' THIRD AMENDED MASTER COMPLAINT***

The Plaintiffs have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, Et Al v. Jeffrey Derderian, Et Al, C.A. No. 04-312 L. This Defendant hereby incorporates his Answer to the Gray Plaintiffs' Third Amended Master Complaint in its entirety as his Answer hereto including the invocation of his Fifth Amendment privilege.

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331 –9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

***CERTIFICATION***

I hereby certify that a true copy of the within was sent by electronic mail to all counsel of record on the 17th day of March, 2006.

[signature]

***CERTIFICATION***

Thomas C. Angelone, Esq.
angelonelaw@aol.com

C. Russell Bengtson, Esq.
rbengtson@cmklaw.com

Gregory L. Boyer, Esq.
Bboyerlaw1@aol.com

Stephen E. Breggia, Esq.
Kevin F. Bowen, Esq.
sbreggia@bbglaw.us

Joseph B. Burns, Esq.
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
Kathleen C. Henry
mcahill@choate.com

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
stationfire@blishcavlaw.com

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
ecrane@skadden.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
brian@briancunha.com

Michael R. De Luca, Esq.
mrd@gsm-law.com

Marc DeSisto, Esq.
Michael A. DeSisto, Esq.
Kathleen M. Daniels, Esq.
stationfire@desistolaw.com

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Robert T. Norton, Esq.
cdiedrich@sloanewalsh.com

Stefanie DiMaio-Larivee, Esq.
fonia@msn.com

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
cfallon@cozen.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

Mark C. Hadden, Esq.
mhadden@mhaddenlaw.com

Carl A. Henlein, Esq.
John R. Crocket III, Esq.
Susan A. Wettle, Esq.
chenlein@fbtlaw.com

Daniel J. Horgan, Esq.
horganlaw@snet.net

Stephen A. Izzi, Esq.
stephen.izzi@hklaw.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
pjones@cmj-law.com

Howard J. Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Michael R. Potenza, Esq.
bpkeller@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian C. Ridlon, Esq.
stationfirelitigation@nixonpeabody.com

Joseph Krowski, Esq.
josephkrowski.law@verizon.net

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
stationfire@smithbrink.com

James R. Lee, Esq.
jlee@riag.ri.gov

Thomas W. Lyons, Esq.
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
Denean M. Russo, Esq.
rmacadams@mandwlaw.com

John W. Mahoney, Esq.
johnmahoney@amlawllp.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
tmcgough@reedsmith.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

Howard A. Merten, Esq.
Benjamin V. White III, Esq.
hmerten.station@psh.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
sminicucci@calvinolaw.com

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Thomas R. Bender, Esq.
Kelly N. Michels, Esq.
stationfire@hansoncurran.com

John J. Nazzaro, Esq.
attynazzaro@aol.com

Suzanne O'Donoghue, Esq.
sodonoghue@hcc-law.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
mnugent@morrisonmahoney.com

J. Renn Olenn, Esq.
kbh@olenn-penza.com

Mark K. Ostrowski, Esq.
mostrowski@goodwin.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@edwardsangell.com

Robert I. Reardon, Jr., Esq.
Tracy L. Poppe, Esq.
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
credihan@kprlaw.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
resminilaw@yahoo.com

Esquire Litigation Solutions LLC
stationfire@esquirecom.com

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
tdemarco@conversent.net

James A. Ruggieri, Esq.
Gerald C. DeMaria, Esq.
jruggieri@hcc-law.com

Michael A. St. Pierre, Esq.
mikesp@rrplaw.com

Georgia A. Sullivan, Esq.
georgia.sullivan@thehartford.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
aminchillo@itwlaw.com

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
stucker@ths-law.com

T. Dos Urbanski, Esq.
Allen J. McCarthy, Esq.
Michael J. Mazurczak, Esq.
stationlitigation@melicklaw.com

Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Charles L. Babcock, Esq.
ewalker@jw.com

Max H. Wistow, Esq.
mail@wistbar.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
gwolf@shb.com

Lawrence J. Cappuccio, Esq.
l.cappuccio@worldnet.att.net