UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | | |
|---|---|---|
| LINDA RODERIQUES, | § | |
| ET AL. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 04-026-L |
| | § | |
| AMERICAN FOAM CORP., | § | |
| ET AL. | § | |
| Defendants. | § | Judge: Ronald R. Lagueux |
| | § | |

**ANSWER OF DEFENDANTS[1] TO PLAINTIFFS'[2] NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT, SUBJECT TO DEFENDANTS'[3] NOTICE OF ELECTION AS TO MOTION TO DISMISS, AND ADOPTING AND SUBJECT TO DEFENDANTS'[4] PARTIAL MOTION TO DISMISS THIRD AMENDED MASTER COMPLAINT**

TO THE HONORABLE COURT:

BRIAN BUTLER (the 24th listed Defendant in the above-referenced action, hereinafter "BUTLER" or "Defendant"); TVL BROADCASTING, INC. (the 25th listed Defendant in the above-referenced action, hereinafter "TVL" or "Defendant"); STC BROADCASTING, INC. (the 26th listed Defendant in the above-referenced action, hereinafter "STC" or "Defendant"); TVL BROADCASTING OF RHODE ISLAND, LLC (the 79th listed Defendant in the above-referenced action, hereinafter "TVL RHODE ISLAND" or "Defendant"); LIN TELEVISION CORPORATION (the 80th listed Defendant in the above-referenced action, hereinafter "LIN" or "Defendant"); and LIN TV Corp. (the 81st listed Defendant in the above-referenced action, hereinafter "LIN TV" or "Defendant") (collectively, "Defendants") respectfully file this Answer

[1] Brian Butler; TVL Broadcasting, Inc.; STC Broadcasting, Inc.; LIN Television Corporation; LIN TV Corp.; and TVL Broadcasting of Rhode Island, LLC.

[2] All Plaintiffs in *Roderiques, et al. v. American Foam Corp., et al.*; C.A. No. 04-026-L.

[3] TVL Broadcasting, Inc.; STC Broadcasting, Inc.; LIN Television Corporation; LIN TV Corp.; and TVL Broadcasting of Rhode Island, LLC.

[4] LIN Television Corporation; LIN TV Corp.; and TVL Broadcasting of Rhode Island, LLC.

to Plaintiffs'[5] Notice of Adoption of Third Amended Master Complaint, Subject to Defendants'[6] Notice of Election as to Motion to Dismiss, and Adopting and Subject to Defendants'[7] Partial Motion to Dismiss Third Amended Master Complaint, as follows:

All Defendants here incorporate by reference herein the "Answer of Defendants to Plaintiffs' Third Amended Master Complaint, Subject to Defendants' Notice of Election as to Motion to Dismiss, and Adopting and Subject to Defendants' Partial Motion to Dismiss Plaintiffs' Third Amended Master Complaint" filed on or about March 17, 2006 in *Gray, et al. v. Derderian, et al.*; C.A. No. 04-312L as their answer here.

In addition, all Defendants here incorporate by reference herein the "Answer of Brian Butler, TVL Broadcasting, Inc., and STC Broadcasting, Inc. to Plaintiffs' Notice of Adoption of First Amended Master Complaint Subject to TVL's and STC's Partial Motion to Dismiss" filed on February 4, 2005 in *Roderiques, et al. v. American Foam Corp., et al.*, C.A. No. 04-026-L.

In addition, Defendants[8] incorporate by reference herein "Defendants' Notice of Election as to Motion to Dismiss." (see PACER Doc. No. 700).

In addition, Defendants TVL Rhode Island, LIN, and LIN TV incorporate by reference herein their previously filed motion and memorandum of law titled "LIN Television Corporation, TVL Broadcasting of Rhode Island, LLC and LIN TV Corp.'s Partial Motion to Dismiss Third Amended Master Complaint," and "LIN Television Corporation, TVL Broadcasting of Rhode Island, LLC and LIN TV Corp.'s Memorandum of Law in Support of Their Partial Motion to Dismiss," respectively. (see PACER Doc. No. 704).

---

[5] *See* n. 2.
[6] *See* n. 3.
[7] *See* n. 4.
[8] *See* n. 3.

Respectfully submitted,

Defendants BRIAN BUTLER;
TVL BROADCASTING, INC.;
STC BROADCASTING, INC.;
TVL BROADCASTING OF RHODE ISLAND, LLC; LIN TELEVISION CORPORATION;
and LIN TV Corp., by their Attorneys,

Charles L. Babcock/DMR

Charles L. Babcock
Nancy W. Hamilton
Earl H. Walker
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax

DATED: 3/17/06

Denean M. Russo

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of March, 2006, a true and correct copy of Answer of Defendants to Plaintiffs' Notice of Adoption of Third Amended Master Complaint, Subject to Defendants' Notice of Election as to Motion to Dismiss, and Adopting and Subject to Defendants' Partial Motion to Dismiss Third Amended Master Complaint was served via email in PDF format only, upon:

| | |
|---|---|
| Allen J. McCarthy | stationlitigation@melicklaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer/George Wolf | asonger@shb.com |
| Anthony F. DeMarco/Mark Reynolds | tdemarco@conversent.net |
| Brian R. Cunha/Karen Alegria | Brian@Briancunha.com |
| Bruce Keller/Michael Potenza | bpkeller@debevoise.com |
| C. Russell Bengtson | RBengtson@ckmlaw.com |
| Charles L. Babcock | cbabcock@jw.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| Donald J. Maroney/James Reilly | dmaroney@kkrs.com |
| Edward M. Crane/Deborah Solmor | ecrane@skadden.com |
| Edward T. Hinchey/James Scanlon | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Fred Kelly, Jr./Steven M. Richard | StationFireLitigation@nixonpeabody.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Howard A. Merten/Benjamin White | Hmerten.station@psh.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos | jim@b-plaw.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr./W. Thomas McGough | jrestivo@reedsmith.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy/Kelly Michels | stationfire@hansoncurran.com |
| Jessica Deanseris/Max Wistow/John Barylick | jdean@wistbar.com |
| John J. Nazzaro | nazzjn@aol.com |
| John R. Mahoney | john.mahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr./Kristen Rodgers | stationfire@blishcavlaw.com |
| Kate Breslin-Harden/J. Renn Olenn | KBH@olenn-penza.com |



4217689v.1

| | |
|---|---|
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill/Eric B. Hermanson | mcahill@choate.com |
| Mark P. Dolan/Anthony Leone | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent/Paul Sullivan | mnugent@morrisonmahoney.com |
| Mark Tourgee/Timothy Williamson | aminchillo@itwlaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Michael DeLuca | mrd@gsm-law.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones/Peter Schneider | pjones@cmj-law.com |
| Ralph J. Monaco/Patrick Day | rmonaco.c-l@snet.net |
| Richard W. MacAdams | Rmacadams@mandwlaw.com |
| Robert Reardon | Reardonlaw@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Ronald J. Resmini/Ronald Creamer | Resminilaw@yahoo.com |
| Ronald Langlois/Lauren Wilkens | stationfire@smithbrink.com |
| Russell Bramley | bramley@hbhlaw.net |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia/Kevin Bowen | sbreggia@BBGlaw.us |
| Stephen M. Prignano/Stephen MacGillivray | sprignano@eapdlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci/William Filippo | SMinicucci@calvinolaw.com |
| Susan S. Wettle/Carl Henlein/John Crockett | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T. Dos Urbanski/Michael J. Mazurczak | stationlitigation@melicklaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |

Denean M. Russo

~~Richard W. MacAdams~~
Denean M. Russo



4217689v.1