IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, as Administratrix of the ESTATE OF DONALD RODERIQUES, individually, and as Mother and Next Friend to MANDI RODERIQUES, minor, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-026L |
| JEFFREY DERDERIAN, et al., | ) | |
| Defendants. | ) | |

**NOTICE OF ELECTION AS TO MOTION TO DISMISS OF DEFENDANTS CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY**

NOW COME Defendants Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company (as successor in interest to WHJY, Inc., former operator of radio station "WHJY-FM") (collectively the "Clear Channel Defendants" for purposes herein) and hereby give notice pursuant to Paragraph 5 of the Consent Order entered on February 2, 2006, that they invoke the application of the Court's previous ruling dated September 22, 2005 (*See* U.S. District Court Docket Entry #552, Pacer) granting in part and denying in part the Clear Channel Defendants' Motion to Dismiss filed on September 30, 2004, as to all claims by all plaintiffs named in the Third Amended Master Complaint and all adoptions thereof.

CLEAR CHANNEL BROADCASTING, INC.
AND CAPSTAR RADIO OPERATING
COMPANY

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200 (phone)
(401) 276-6611 (fax)

James J. Restivo, Jr., Esq.
W. Thomas McGough, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3131 (phone)
(412) 288-3063 (fax)

Dated: March 17, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 17th day of March, 2006, I served a copy of the within NOTICE OF ELECTION AS TO MOTION TO DISMISS OF DEFENDANTS CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY, by electronic mail, to the following counsel of record:

| | |
|---|---|
| Brian R. Cunha, Esq. | brian@briancunha.com |
| Karen A. Alegria, Esq. | karen@briancunha.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Ronald Langlois, Esq. | stationfire@smithbrink.com |
| Lauren D. Wilkins, Esq. | stationfire@smithbrink.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah G. Solmor, Esq. | dsolmor@skadden.com |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Kim M. Clarke, Esq. | stationfirelitigation@nixonpeabody.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Robert I. Reardon, Jr., Esq. | reardonlaw@aol.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| Daniel J. Horgan, Esq. | horganlaw@snet.net |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |

| | |
|---|---|
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Bruce P. Keller, Esq. | bpkeller@debevoise.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Max Wistow, Esq. | mw@wistbar.com |
| Jessica Deanseris, Esq. | jdean@wistbar.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Peter Schneider, Esq. | pschneider@cmj-law.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul V. Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Charles L. Babcock, Esq. | cbabcock@jw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Georgia A. Sullivan, Esq. | georgia.sullivan@thehartford.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Ann M. Songer, Esq. | asonger@shb.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| Stephen A. Izzi, Esq. | sizzi@cox.net |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| J. Renn Olenn, Esq. | kbh@olenn-penza.com |

| | |
|---|---|
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |