UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 21 2006
Property of U.S. District Court
District of Rhode Island

LINDA RODERIQUES, As Administratrix of the Estate of Donald Roderiques; Individually; and as Mother and Next Friend of Madi Roderiques, minor,
Plaintiff

vs. C.A. No. 04-26-L

AMERICAN FOAM CORPORATION, ET AL.,
Defendants

## STIPULATION EXTENDING TIME TO RESPOND TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT

By agreement of plaintiff and defendants Busch Entertainment Corporation and Busch Media Group, Inc., by and through the undersigned, defendants Busch Entertainment Corporation and Busch Media Group, Inc. shall have up through and including August 18, 2006, in which to answer or otherwise respond to the Third Amended Master Complaint.

On Behalf of Plaintiff,

Brian Cunha (#4074)
Karen A. Alegria (#6562)
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
Telecopier: (508) 679-6360
Email: Brian@Briancunha.com

Dated: 6/29/06

On Behalf of Busch Entertainment Corporation and Busch Media Group, Inc.

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542
Email: stationfire@blishcavlaw.com

Dated: 6/21/06

Granted: Ronald R. Lagueux
Sr. USDJ 7/12/06