UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEORGE GUINDON, et al | : | |
| VS. | : | C.A. NO. 03-335L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| AMERICAN FOAM CORPORATION | : | |

* * *

| | | |
|---|---|---|
| CHARLES AND CAROL SWEET, et al | : | |
| VS. | : | C.A. NO. 04-56L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| AMERICAN FOAM CORPORATION | : | |

* * *

| | | |
|---|---|---|
| LINDA RODERIGUES, et al | : | |
| VS. | : | C.A. NO. 04-26L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| AMERICAN FOAM CORPORATION | : | |

**ENTRY OF APPEARANCE**

Now comes, BENNETT R. GALLO, ESQ., and hereby enters his appearance in the above captioned matters for the Defendant, SURPLEX UNDERWRITERS, INC.

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH & BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile
brg@ndgrb.com

**CERTIFICATION**

I, the undersigned, do hereby certify on this 10TH day of July, 2006, that an exact copy of the within Entry of Appearance was electronically mailed to the individuals list in the attached Exhibit "A":

Lisa G. Christofaro

**EXHIBIT A**

| | |
|---|---|
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Stephen T. Armato | stationlitigation@cetcap.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| John P. Barylick, Esq. | jpb@wistbar.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| C. Russell Bengston, Esq. | rbengtson@ckmlaw.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D.Cahill, Esq. | mcahill@choate.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Brian Cunha, Esq. | Brian@Briancunha.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| John F. Flanagan, Esq. | jflanagan@torti.com |
| Willliam A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Fred A. Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. McAdams, Esq. | rmacadams@mandwlaw.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |

| | |
|---|---|
| Marks S. Mandell, Esq. | msb@msb-atty.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| Michael A. St. Pierre, Esq. | pschneider@cmj-law.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Ann Songer, Esq. | asonger@shb.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Rajarma Suryanarayan | rsury@gunninglafazia.com |
| Mark R. Ter Molen | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Scott T. Tucker, Esq. | stucker@ths-law.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Earl H. Walker, esq. | ewalker@jw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Max Wistow, Esq. | mw@wistbar.com |
| George Wolf, III, Esq. | gwolf@shb.com |
| David Wollin, Esq. | dwollin@apslaw.com |