UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIGUES, et al | : | |
| VS. | : | C.A. NO. 04-26L (Adopting 3rd Amended Master Complaint |
| AMERICAN FOAM CORPORATION | : | in C.A. No. 04-312L) |

**ANSWER OF DEFENDANT, SURPLEX UNDERWRITERS, INC., TO PLAINTIFFS' NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Plaintiffs have adopted the Third Amended Master Complaint filed in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A. No. 04-312-L (the "Gray Case"). On March 27th, 2006, Defendant, Surplex Underwriters, Inc. Filed its Answer to the Third Amended Master Amended Complaint in the Gray Case. This Defendant adopts and incorporates herein said Answer, including its affirmative defenses and jury trial demand.

WHEREFORE, the Defendant, Surplex Underwriters, Inc., demands judgment dismissing the Plaintiffs claims with prejudice and that it be awarded costs and such other and further relief as the Court deems just.

Defendant,
Surplex Underwriters, Inc.,
By and Through Its Attorney,

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH & BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile
brg@ndgrb.com

**CERTIFICATION**

I, the undersigned, do hereby certify on this 10th day of July, 2006, that an exact copy of the within Answer was electronically mailed to the indiyiduals list in the attached Exhibit "A":

**EXHIBIT A**

| | |
|---|---|
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Stephen T. Armato | stationlitigation@cetcap.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| John P. Barylick, Esq. | jpb@wistbar.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| C. Russell Bengston, Esq. | rbengtson@ckmlaw.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D.Cahill, Esq. | mcahill@choate.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Brian Cunha, Esq. | Brian@Briancunha.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| John F. Flanagan, Esq. | jflanagan@torti.com |
| Willliam A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Fred A. Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. McAdams, Esq. | rmacadams@mandwlaw.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |

| | |
|---|---|
| Marks S. Mandell, Esq. | msb@msb-atty.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| Michael A. St. Pierre, Esq. | pschneider@cmj-law.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Ann Songer, Esq. | asonger@shb.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Rajarma Suryanarayan | rsury@gunninglafazia.com |
| Mark R. Ter Molen | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Scott T. Tucker, Esq. | stucker@ths-law.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Earl H. Walker, esq. | ewalker@jw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Max Wistow, Esq. | mw@wistbar.com |
| George Wolf, III, Esq. | gwolf@shb.com |
| David Wollin, Esq. | dwollin@apslaw.com |