UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES; LINDA RODERIQUES, Individually; LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor, | |
| Plaintiffs, | |
| v. | C.A. No. 04-26-L |
| AMERICAN FOAM CORPORATION, et al. | |
| Defendants, | |

**PREGIS INNOVATIVE PACKAGING INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT OF LINDA RODERIQUES, et al.**

Pregis Innovative Packaging Inc. ("Pregis Innovative") hereby adopts and incorporates by reference in its entirety its Answer and Affirmative Defenses to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.,* C.A. No. 04-312L as adopted by Linda Roderiques, et al. in *Linda Roderiques et al. vs. American Foam Corporation, et al.*, C.A. No. 04-026-L.

## AFFIRMATIVE DEFENSES

As its affirmative defenses to all causes of action purportedly brought against it in the Complaint, Pregis Innovative adopts and incorporates by reference the Affirmative Defenses alleged in its Answer and Affirmative Defenses to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.,* C.A. No. 04-312L.

Respectfully Submitted,

PREGIS INNOVATIVE PACKAGING INC.

By its Attorneys,

/s/ S. Michael Levin
S. Michael Levin (#3796)
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, Rhode Island 02903-3980
Tel: (401) 273-8300
Fax: (401) 272-5728 (fax)
mlevin@wszlaw.com

Of Counsel:

Peter L. Resnik (Pro hac vice)
Steven W. Kasten (Pro hac vice)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109-1775
Tel: (617) 535-4000
Fax: (617) 535-3800
presnik@mwe.com
skasten@mwe.com

Dated: August 9, 2006

## CERTIFICATION

I hereby certify that on the 9th day of August, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record attached hereto.

/s/ S. Michael Levin .

| | |
|---|---|
| 1. Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| 2. Amy Minchillo, Esq. | aminchillo@itwlaw.com |
| 3. Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| 4. Ann Songer, Esq. and | stationfire@shb.com |
| 5. Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 6. Anthony R. Leone, Esq. | leonelaw@cox.net |
| 7. B. Jon Enciso | jenciso@legalmgt.com |
| 8. Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 9. Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| 10. Brian Cunha, Esq. | brian@Briancunha.com |
| 11. Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 12. Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 13. C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 14. Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 15. Charles Babcock, Esq. | cbabcock@jw.com |
| 16. Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 17. Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| 18. Christopher A.D. Hunt, Esq. | chunt@cetcap.com |
| 19. Craig A. Johns, Esq. | johnsc@nationwide.com |
| 20. Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. Earl H. Walker, Esq. | ewalker@jw.com |
| 30. Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 33. Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. Esquire Deposition Solutions | stationfire@esquirecom.com |

35. Esquire Litigation Solutions LLC stationfire@esquirecom.com
36. Eva Marie Mancuso, Esq. emancuso@hwac.com
37. Fred A. Kelly, Jr., Esq. stationfirelitigation@nixonpeabody.com
38. George Sullivan georgia.sullivan@thehartford.com
39. Henry M. Swan, Esq. hms@dksblaw.com
40. Howard A. Merten, Esq. hmerten.station@psh.com
41. Howard Julian sohohomes@yahoo.com
42. Ian Ridlon, Esq. Stationfire;litigation@nixonpeabody.com
43. J. Renn Olenn, Esq. (Kate Harden) kbh@olenn-penza.com
44. James A. Bigos, Esq. jim@b-plaw.com
45. James A. Ruggieri, Esq. jruggieri@hcc-law.com
46. James H. Reilly, III, Esq. jreilly@kkrs.com
47. James J. Restivo, Jr., Esq. jrestivo@reedsmith.com
48. James R. Lee, Esq. jlee@riag.ri.gov
49. James T. Murphy, Esq. stationfire@hansoncurran.com
50. Jessica Deanseris, Esq. jad@wistbar.com
51. Jessica Deanseris, Esq. Jdean@wistbar.com
52.John H. Brooke, Esq. jbrooke@brookemawhorr.com
53. John J. Cloherty III, Esq. jcloherty@piercedavis.com
54. John J. Flanagan, Esq. jflanagan@torti.com
55. John J. Nazzaro, Esq. attynazzaro@aol.com
56. John P. Barylick, Esq. jpb@wistbar.com
57. John R. Crockett, III, Esq. jcrockett@fbtlaw.com
58. John R. Mahoney, Esq. johnmahoney@amlawllp.com
59. Joseph B. Burns, Esq. jburns@rms-law.com
60. Joseph H. Aronson, Esq. jaronson@mccormackfirm.com
63. Joseph J. Bellew, Esq. jbellew@cozen.com
64. Joseph Krowski, Esq. josephkrowski.law@verizon.net
65. Joseph V. Cavanagh, Jr., Esq. stationfire@blishcavlaw.com
66. Karen A. Alegria, Esq. Karen@Briancunha.com
67. Kate Harden, Esq. For J. Renn Olenn kbh@olenn-penza.com
68. Kathleen C. Henry, Esq. khenry@choate.com
69. Kelly N. Michels, Esq. stationfire@hansoncurran.com
70. Kevin F. Bowen, Esq. kbowen@bbglaw.us
71. Kim M. Clarke, Esq. kclarke@nixonpeabody.com
72. Kristin E. Rodgers, Esq. stationfire@blishcavlaw.com
73. Lauren D. Wilkins, Esq. lwilkins@smithbrink.com
74. Lawrence J. Cappuccio, Esq. l.cappuccio@worldnet.att.net
75. Lawrence G. Cetrulo, Esq. lcetrulo@cetcap.com
76. Linda Magro, Esq. jruggieri@hcc-law.com
77. Marc DeSisto, Esq. stationfire@desistolaw.com
78. Mark D. Cahill, Esq. mcahill@choate.com
79. Mark D. Tourgee, Esq. aminchillo@itwlaw.com
80. Mark Hadden, Esq. mhadden@mhaddenlaw.com
81. Mark P. Dolan, Esq. ricedolank@aol.com
82. Mark S. Mandell, Esq. msb@msb-atty.com

| | |
|---|---|
| 83. Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 84. Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 85. Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 86. Mark Ter Molen, Esq. | khenry@choate.com |
| 87. Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| 88. Meghan Sullivan, Esq. | meghan.sullivan@lw.com |
| 89. Max Wistow, Esq. | mw@wistbar.com |
| 90. Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 91. Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 92. Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| 93. Michael J. McCormack, Esq.. | mmccormack@mccormackfirm.com |
| 94. Michael Potenza, Esq. | mpotenza@debevoise.com |
| 95. Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| 96. Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 97. Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| 98. Peter L. Resnik, Esq. | presnick@mwe.com |
| 99. Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 100. Peter Schneider, Esq. | pschneider@cmjlaw.com |
| 101. Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 102. Randall L. Souza, Esq. | rsouza@shslawfirm.com |
| 103. Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| 104. Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 105. Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| 106. Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 107. Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| 108. Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 109. Russell Bramley, Esq. | bramley@hbhlaw.net |
| 110. Scott J. Tucker, Esq. | stucker@ths-law.com |
| 111. Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 112. Stephanie E. Breggia, Esq. | sbreggia@bbglaw.us |
| 113. Stephen Izzi, Esq. | sizzi@mosesafonso.com |
| 114. Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| 115. Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 116. Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 117. Stephen T. Armato, Esq. | sarmato@cetcap.com |
| 118. Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 119. Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| 120. Steven W. Kasten, Esq. | skasten@mwe.com |
| 121. Stewart F. Grossman, Esq. | sgrossman@lgllp.com |
| 122. Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| 123. Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 124. T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| 125. Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| 126. Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| 127. Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 128. Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |

| | |
|---|---|
| 129. Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 130. Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 131. W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 132. William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 133. William E. O'Gara, Esq. | wogara@pld-law.com |
| 134. William F. Burke, Esq. | wburke@apslaw.com |
| 135. George Wolfe, Esq. | stationfire@shb.com |
| 136. Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| 137. William M. Heffernan, Esq. | heffernanlaw@aol.com |
| 138. John J. Flanagan, Esq. | jflanagan@torti.com |