UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, As Administratrix of The Estate of DONALD RODERIQUES
LINDA RODERIQUES, Individually
LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor
Plaintiffs

vs.

AMERICAN FOAM CORPORATION, et al.
Defendants

C.A. No. 04-26-L
(Adopting 04-312-L)

## STIPULATION

IT IS HEREBY STIPULATED between the parties that the time within which defendants[1] have to answer or otherwise respond to the plaintiffs' complaint in the above-referenced matter is hereby extended to and through September 5, 2006.

LINDA RODERIQUES, et al.

By their Attorneys,

Brian R. Cunha, #4074
Brian R. Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720
Telephone: 508-675-9500
Fax: 508-679-6360
brian@briancunha.com

DEFENDANTS[2]

By their Attorneys,

David E. Maglio (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
Telephone: 401 831-5400
Fax: 401 831-7979
dmaglio@magliolaw.com
Local Counsel

[1] Defendants Knight-Celotex Lisbon Falls, LLC; Knight-Celotex, LLC; Knight Industries, LLC; and Knight Industries I, LLC.

[2] Defendants Knight-Celotex Lisbon Falls, LLC; Knight-Celotex, LLC; Knight Industries, LLC; and Knight Industries I, LLC.

- and –

Timothy B. Hardwicke, Esq.
Meghan H. Sullivan, Atty.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Telephone (312) 876-7700
Fax (312) 993-9767
Timothy.Hardwicke@lw.com
Meghan.Sullivan@lw.com
Counsel admitted *Pro Hac Vice*

August 11, 2006

CERTIFICATION

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 4th day of August, 2006

- Thomas C. Angelone
  angelonelaw@aol.com
- Steven T. Armato
  sarmato@cetcap.com
- Charles L. Babcock
  cbabcock@jw.com
- C. Russell Bengtson
  rbengtson@ckmlaw.com
- Joseph V. Cavanagh, Jr
  jvc@blishcavlaw.com
- Brian R. Cunha
  brian@briancunha.com
- Anthony F. DeMarco
  tdemarco@conversent.net rdblaw@conversent.net
- Gerald C. DeMaria
  gdemaria@hcc-law.com
- Marc DeSisto
  marc@desistolaw.com
  mary@desistolaw.com;kathleen@desistolaw.com;karen@desistolaw.com;michael@desistolaw.com
- Bennett R. Gallo
  brg@ndgrb.com
- William M. Heffernan
  HeffernanLaw@aol.com
- Fred A. Kelly, Jr
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com

- Ronald P. Langlois
  rlanglois@smithbrink.com
- James R. Lee
  jlee@riag.ri.gov
- Richard W. MacAdams
  rmacadams@mandwlaw.com vburrus@mandwlaw.com
- Donald J. Maroney
  dmaroney@kkrs.com
- Howard A. Merten
  hm@psh.com
- Kelly N. Michels
  knm@hansoncurran.com
- Robert T. Norton
  rnorton@sloanewalsh.com
- William E. O'Gara
  wogara@pld-law.com
- Stephen M. Prignano
  sprignano@eapdlaw.com
- James H. Reilly, III
  jreilly@kkrs.com
- Mark T. Reynolds
  mtreynolds@conversent.net
- Ian C. Ridlon
  iridlon@burnslev.com
- Kristin E. Rodgers
  ker@blishcavlaw.com
- Randall L. Souza
  rsouza@shslawfirm.com
- Benjamin V. White, III
  bwhite@vetterandwhite.com
- Lauren DiSimone Wilkins
  lwilkins@smithbrink.com
- David A. Wollin
  dwollin@apslaw.com

And sent via conventional electronic mail to the following:

| | |
|---|---|
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Howard Julian | sohohomes@yahoo.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |

| | |
|---|---|
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Eric M. Sommers, Esq. | esommers.station@psh.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Meghan Sullivan, Atty. | Meghan.Sullivan@lw.com |
| Timothy Hardwicke, Esq. | Timothy.Hardwicke@lw.com |

David E. Maglio, Esq., #3459

h:\clients\station fire\roderiquespleadings\stip extending time to answer