UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES, As Administratrix of The Estate of DONALD RODERIQUES LINDA RODERIQUES, Individually LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor<br>Plaintiffs | : | |
| vs. | : | C.A. No. 04-26-L (Adopting 04-312-L) |
| AMERICAN FOAM CORPORATION, et al.<br>Defendants | : | |

**ENTRY OF APPEARANCE**

We, David E. Maglio and Henry M. Swan, hereby enter our appearance as local counsel for defendant Knight Industries Inc. in the above-entitled matter. Attorneys Meghan Sullivan and Timothy Hardwicke hereby enter their appearance as counsel admitted *pro hac vice* on behalf of Knight Industries, Inc.

KNIGHT INDUSTRIES INC.

By its Attorneys,

/s/

David E. Maglio (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street, Second Floor
Providence, RI 02903
Telephone: 401 831-5400
Fax: 401 831-7979
dmaglio@magliolaw.com

/s/

Henry M. Swan (#1056)
Davis, Kilmarx, Swan & Bowling, LLP
101 Dyer Street. Second Floor
Providence, RI 02903
Telephone 401 273-9000
Fax 401 273-9724
hms@dksblaw.com
Local Counsel

- and –

Timothy B. Hardwicke, Esq.
Meghan H. Sullivan, Atty.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Telephone (312) 876-7700
Fax (312) 993-9767
Timothy.Hardwicke@lw.com
Meghan.Sullivan@lw.com
Counsel admitted *Pro Hac Vice*

August 18, 2006

CERTIFICATION

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 18th day of August, 2006

- **Thomas C. Angelone**
  angelonelaw@aol.com
- **Steven T. Armato**
  sarmato@cetcap.com
- **Charles L. Babcock**
  cbabcock@jw.com
- **C. Russell Bengtson**
  rbengtson@ckmlaw.com
- **Joseph V. Cavanagh, Jr**
  jvc@blishcavlaw.com
- **Edward M. Crane**
  ecrane@skadden.com
- **Brian R. Cunha**
  brian@briancunha.com
- **Anthony F. DeMarco**
  tdemarco@conversent.net rdblaw@conversent.net
- **Gerald C. DeMaria**
  gdemaria@hcc-law.com
- **Marc DeSisto**
  marc@desistolaw.com mary@desistolaw.com
- **Curtis R. Diedrich**
  cdiedrich@sloanewalsh.com
- **John J. Flanagan**
  jflanagan@torti.com

- **Bennett R. Gallo**
  brg@ndgrb.com
- **William M. Heffernan**
  HeffernanLaw@aol.com
- **Fred A. Kelly, Jr**
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com
- **Ronald P. Langlois**
  rlanglois@smithbrink.com
- **James R. Lee**
  jlee@riag.ri.gov
- **S. Michael Levin**
  mlevin@wszlaw.com slevesque@wszlaw.com;presnik@mwe.com;skasten@mwe.com
- **Richard W. MacAdams**
  rmacadams@mandwlaw.com vburrus@mandwlaw.com
- **Stephen J. MacGillivray**
  smacgillivray@eapdlaw.com
- **David E. Maglio**
  dmaglio@magliolaw.com
- **Donald J. Maroney**
  dmaroney@kkrs.com
- **W. Thomas McGough, Jr**
  wmcgough@reedsmith.com
- **Howard A. Merten**
  hm@psh.com slb@psh.com
- **Kelly N. Michels**
  knm@hansoncurran.com
- **James T. Murphy**
  jtm@hansoncurran.com
- **Robert T. Norton**
  rnorton@sloanewalsh.com
- **William E. O'Gara**
  wogara@pld-law.com
- **Mark Parsky**
  mep@mcveyparsky-law.com
- **Stephen M. Prignano**
  sprignano@eapdlaw.com
- **James H. Reilly, III**
  jreilly@kkrs.com
- **Mark T. Reynolds**
  mtreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@burnslev.com
- **Kristin E. Rodgers**
  ker@blishcavlaw.com
- **James A. Ruggieri**
  jruggieri@hcc-law.com sodonoghue@hcc-law.com;peason@hcc-law.com

- **Deborah G. Solmor**
  dsolmor@skadden.com
- **Rajaram Suryanarayan**
  rsury@gunninglafazia.com
- **Andrew J. Trevelise**
  atrevelise@reedsmith.com
- **Benjamin V. White, lll**
  bwhite@vetterandwhite.com
- **Lauren DiSimone Wilkins**
  lwilkins@smithbrink.com
- **David A. Wollin**
  dwollin@apslaw.com

And the following attorneys have been sent a true copy of the above document by conventional e-mail:

Karen Alegria, Atty.
Karen@Briancunha.com

Edward T. Hinchey, Esq.
ehinchey@sloanewalsh.com

Howard Julian, Esq.
sohohomes@yahoo.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

James J. Restivo, Esq.
jrestivo@reedsmith.com

Eric M. Sommers, Esq.
esommers.station@psh.com

Meghan Sullivan, Atty.
Meghan.Sullivan@lw.com

Timothy Hardwicke, Esq.
Timothy.Hardwicke@lw.com

_/s/__________________________
David E. Maglio, Esq., #3459

h:\clients\station fire\roderiques pleadings\entry of appearance knight industries inc.