IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA RODERIQUES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A No.: 04-26-L |
| vs. | ) | |
| | ) | |
| AMERICAN FOAM CORPORATION, et al. | ) | |
| | ) | |
| Defendants . | ) | |

**DEFENDANT BUSCH ENTERTAINMENT CORPORATION'S ANSWER TO PLAINTIFFS' PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION AND NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

NOW COMES Defendant Busch Entertainment Corporation ("BEC") and in response to Plaintiff's Pro Forma Complaint Regarding Station Nightclub Fire Litigation ("Pro Forma Complaint") and Notice of Adoption of Third Amended Master Complaint filed on February 28, 2006, BEC hereby adopts its Answer and Affirmative Defenses to Plaintiff's Third Amended Master Complaint, filed on April 28, 2006, in *Gray, et al. v. Derderian, et al.*, C.A. No. 04-312-L.

Further, in response to the additional allegations, claims and prayer for relief set forth by Plaintiff in her Pro Forma Complaint, BEC states as follows:

## PARTIES

### Plaintiffs

258.[1] BEC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 258 of Plaintiff's Pro Forma Complaint.

**WHEREFORE**, Defendant Busch Entertainment Corporation prays that:

(a) the Third Amended Complaint, Notice of Adoption and Pro Forma Complaint be dismissed with prejudice as to Busch Entertainment Corporation;

(b) Plaintiff's demand for relief against Busch Entertainment Corporation be denied in every respect;

(c) Busch Entertainment Corporation be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as may be just, proper, and equitable.

---

[1] These paragraph numbers appear to correspond to reserved paragraphs of the First Amended Master Complaint in *Gray v. Derderian* (04-312-L).

**BUSCH ENTERTAINMENT CORPORATION HEREBY DEMANDS TRIAL BY JURY**

BUSCH ENTERTAINMENT CORPORATION

By its Attorneys,

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. (Bar # 1139)
Kristin E. Rodgers (Bar #4842)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
stationfire@blishcavlaw.com

Dated: August 18, 2006

Of Counsel:

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
ecrane@skadden.com
dsolmor@skadden.com

CERTIFICATE OP SERVICE

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic email, unless otherwise indicated, on this 18th day of August 2006, to the following counsel of record and via regular mail where indicated:

Angelone, Esq.
angelonelaw@aol.com

Thomas R. Bender, Esq.
stationfire@hansoncurran.com

C. Russell Bengtson, Esq.
rbengtson@mklaw.com

Stephen E. Breggia, Esq.
sbreggia@bbglaw.us

James A. Bigos, Esq.
jim@b-plaw.com

Joseph B. Burns, Esq.
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
mcahill@choate.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
brian@briancunha.com
karen@briancunha.com

John R. Crockett, Esq.
jcrockett@fbtlaw.com

Michael R. DeLuca, Esq.
mrd@gsm-law.com

Gerald DeMaria, Esq.
gdemaria@hcc-law.com

Edward T. Hinchey, Esq.
Ehinchey@sloanewalsh.com

Stephanie DiMaio-Larivee, Esq.
mailto:fonia@msn.comSinginglaw
yer@msn.com

Mark P. Dolan, Esq.
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
cfallon@cozen.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

Mark C. Hadden, Esq.
mhadden@mhaddenlaw.com

Nancy W. Hamilton, Esq.
nhamilton@jw.com

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan A. Wettle, Esq.
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Daniel J. Horgan, Esq.
horganlaw@snet.com

Stephen A. Izzi, Esq.
stephen.izzi@hklaw.com
Patrick T. Jones, Esq.
pjones@cmj-law.com

Howard J. Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Michael R. Pontenza, Esq.
bpkeller@debevoise.com
jmargolis@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian C. Ridlon, Esq.
stationfirelitigation@nixonpeabody.com

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
rlanglois@smithbrink.com
lwilkins@smithbrink.com

James R. Lee
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
rmacadams@mandwlaw.com

Steven MacGillivray, Esq.
smacgillivray@eapdlaw.com

Linda Magro, Esq.
lmagro@hcc-law.com

John W. Mahoney, Esq.
johnmajoney@aamlawllp.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

Michael J. Mazurczek, Esq.
stationlitigaition@melicklaw.com

Allen J. McCarthy, Esq.
Joseph J. McGair, Esq.
jjm@petrarcamcgair.com
W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
jreilly@kkrs.com
dmaroney@kkrs.com

tmcgough@reedsmith.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
hm@psh.com

Steven A. Minicucci, Esq.
sminicucci@calvinolaw.com

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
jtm@hansoncurran.com
knm@hansoncurran.com

John J. Nazzaro, Esq.
nazzjn@aol.com
Robert T. Norton, Esq.
rnorton@sloanewalsh.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
mnugent@mail.mm-m.com
pvsullivan@morrisonmahoney.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@eaapdlaw.com
smacgillivray@eapdlaw.com

Robert I. Reardon, Jr., Esq.
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
credihan@kprlaw.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
resminilaw@yahoo.com

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
tdemarco@conversent.net

James J. Restivo, Esq.
jrestivo@reedsmith.com

James A. Ruggieri, Esq.
jruggieri@hcc-law.com

Peter Schnedier
pvsullivan@morrisonmahoney.com

Michael A. St. Pierre, Esq.
mikesp@rrplaw.com

Georgia A. Sullivan, Esq.
georgia.Sullivan@thehartford.com

Paul V. Sullivan, Esq.
pvsullivan@morrisonmahoney.com
Andrew J. Trevelise, Esq.

Mark D. Tourgee, Esq
Gregory S. Inman, Esq.
aminchilloitwlaw.com

Scott J. Tucker, Esq.
stucker@ths-law.com

T. Dos Urbanski, Esq.
durbanski@melichlaw.com

Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Charles L. Babcock, Esq.
ewalker@jw.com
cbabcock@jw.com
nhamilton@jw.com

Susan A. Wettle, Esq.
swettle@fbtlaw.com

Timothy A. Williamson, Esq.
aminchillo@itwlaw.com

Max H. Wistow, Esq.
mwistow@wistbar.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
gwold@shb.com
asonger@shb.com

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301
***VIA REGULAR MAIL***

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

**/s/ Joseph V. Cavanagh, Jr.**