UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES, LINDA RODERIQUES, Individually, LINDA RODERIQUES, as Mother and next Friend to MANDI RODERIQUES, minor

v. C.A. NO: 04-26-L

AMERICAN FOAM CORPORATION, et al.

**ANSWER OF DEFENDANT, FFNC, INC. TO PLAINTIFFS' RODERIQUES, ET AL. NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Plaintiffs' Roderiques, have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No: 04-312 L, in its entirety. Defendant FFNC, Inc., has been served with a Summons and Notice of Adoption of Third Amended Master Complaint. Defendant, FFNC, Inc., hereby repeats and incorporates by reference its answer and affirmative defenses to the Gray Plaintiffs' Third Amended Master Complaint.

Likewise, Defendant, FFNC, Inc., demands trial by jury.

Defendant,
FFNC, Inc.
By its Attorneys:

/S/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

- Karen A. Alegria
  karen@briancunha.com
- **Thomas C. Angelone**
  angelonelaw@aol.com

- **Steven T. Armato**
  sarmato@cetcap.com
- **Charles L. Babcock**
  cbabcock@jw.com
- **C. Russell Bengtson**
  rbengtson@ckmlaw.com
- **Joseph V. Cavanagh, Jr**
  jvc@blishcavlaw.com
- **John J. Cloherty, III**
  jcloherty@piercedavis.com
- **Edward M. Crane**
  ecrane@skadden.com
- **Brian R. Cunha**
  brian@briancunha.com
- **Anthony F. DeMarco**
  tdemarco@conversent.net rdblaw@conversent.net
- **Gerald C. DeMaria**
  gdemaria@hcc-law.com
- **Marc DeSisto**
  marc@desistolaw.com mary@desistolaw.com
- **Curtis R. Diedrich**
  cdiedrich@sloanewalsh.com
- **John J. Flanagan**
  jflanagan@torti.com
- **Bennett R. Gallo**
  brg@ndgrb.com
- **William M. Heffernan**
  HeffernanLaw@aol.com
- **Fred A. Kelly, Jr**
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com
- **Ronald P. Langlois**
  rlanglois@smithbrink.com
- **James R. Lee**
  jlee@riag.ri.gov
- **S. Michael Levin**
  mlevin@wszlaw.com slevesque@wszlaw.com;presnik@mwe.com;skasten@mwe.com
- **Richard W. MacAdams**
  rmacadams@mandwlaw.com vburrus@mandwlaw.com
- **Stephen J. MacGillivray**
  smacgillivray@eapdlaw.com
- **David E. Maglio**
  dmaglio@magliolaw.com
- **Donald J. Maroney**
  dmaroney@kkrs.com
- **W. Thomas McGough, Jr**
  wmcgough@reedsmith.com

- **Howard A. Merten**
  hm@psh.com slb@psh.com
- **Kelly N. Michels**
  knm@hansoncurran.com
- **James T. Murphy**
  jtm@hansoncurran.com
- **Robert T. Norton**
  rnorton@sloanewalsh.com
- **William E. O'Gara**
  wogara@pld-law.com
- **Mark Parsky**
  mep@mcveyparsky-law.com
- **Stephen M. Prignano**
  sprignano@eapdlaw.com
- **James H. Reilly, III**
  jreilly@kkrs.com
- **Mark T. Reynolds**
  mtreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@burnslev.com
- **Kristin E. Rodgers**
  ker@blishcavlaw.com
- **James A. Ruggieri**
  jruggieri@hcc-law.com sodonoghue@hcc-law.com;peason@hcc-law.com
- **Deborah G. Solmor**
  dsolmor@skadden.com
- **Rajaram Suryanarayan**
  rsury@gunninglafazia.com
- **Henry M. Swan**
  hms@dksblaw.com
- **Andrew J. Trevelise**
  atrevelise@reedsmith.com
- **Benjamin V. White, lll**
  bwhite@vetterandwhite.com
- **Lauren DiSimone Wilkins**
  lwilkins@smithbrink.com
- **David A. Wollin**
  dwollin@apslaw.com dciuffetelli@apslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to

select and copy this list into your word processing program in order to create notices or labels for these recipients.

Edward T. Hinchey
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Howard Julian.
570 Shermantown
Saunderstown, RI 02874

Edwin F. McPherson
McPherson & Kalmansohn
1801 Century Park East
24th Floor
Los Angeles, CA 90067

James J. Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburg, PA 15219

Eric M. Sommers
McLane Graf Raulerson & MIddleton, PA
2900 Elm St.
P.O. Box 326
Manchester, NH 03105-0326

The document has been filed electronically and it is available for viewing and downloading from the ECF system. I hereby certify that a true copy of the within was served via e-mail upon all parties on the 23rd day of August, 2006.

/S/ Michael R. De Luca

___________________________________