UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA RODERIQUES, As Administratrix of The Estate of DONALD RODERIQUES
LINDA RODERIQUES, Individually
LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor
Plaintiffs

vs.

AMERICAN FOAM CORPORATION, et al.
Defendants

C.A. No. 04-26-L
(Adopting 04-312-L)

## STIPULATION

IT IS HEREBY STIPULATED between the parties that the time within which defendant Knight Industries Inc. has to answer or otherwise respond to the plaintiffs' complaint in the above-referenced matter is hereby extended to and through September 5, 2006.

LINDA RODERIQUES, ET AL.

By their Attorneys,

Brian R. Cunha, #4074
Brian R. Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720
Telephone: 508-675-9500
Fax: 508-679-6360
brian@briancunha.com

KNIGHT INDUSTRIES INC.

By its Attorneys,

David E. Maglio (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
Telephone: 401 831-5400
Fax: 401 831-7979
dmaglio@magliolaw.com
Local Counsel

- and –

Timothy B. Hardwicke, Esq.
Meghan H. Sullivan, Atty.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Telephone (312) 876-7700
Fax (312) 993-9767
Timothy.Hardwicke@lw.com
Meghan.Sullivan@lw.com
Counsel admitted *Pro Hac Vice*

~~August~~ September 1, 2006

CERTIFICATION

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 1 day of ~~August~~ September, 2006

- **Thomas C. Angelone**
  angelonelaw@aol.com
- **Steven T. Armato**
  sarmato@cetcap.com
- **Charles L. Babcock**
  cbabcock@jw.com
- **C. Russell Bengtson**
  rbengtson@ckmlaw.com
- **Joseph V. Cavanagh, Jr**
  jvc@blishcavlaw.com
- **Edward M. Crane**
  ecrane@skadden.com
- **Brian R. Cunha**
  brian@briancunha.com
- **Anthony F. DeMarco**
  tdemarco@conversent.net rdblaw@conversent.net
- **Gerald C. DeMaria**
  gdemaria@hcc-law.com
- **Marc DeSisto**
  marc@desistolaw.com mary@desistolaw.com
- **Curtis R. Diedrich**
  cdiedrich@sloanewalsh.com
- **John J. Flanagan**
  jflanagan@torti.com
- **Bennett R. Gallo**
  brg@ndgrb.com

- **William M. Heffernan**
  HeffernanLaw@aol.com
- **Fred A. Kelly, Jr**
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com
- **Ronald P. Langlois**
  rlanglois@smithbrink.com
- **James R. Lee**
  jlee@riag.ri.gov
- **S. Michael Levin**
  mlevin@wszlaw.com slevesque@wszlaw.com;presnik@mwe.com;skasten@mwe.com
- **Richard W. MacAdams**
  rmacadams@mandwlaw.com vburrus@mandwlaw.com
- **Stephen J. MacGillivray**
  smacgillivray@eapdlaw.com
- **David E. Maglio**
  dmaglio@magliolaw.com
- **Donald J. Maroney**
  dmaroney@kkrs.com
- **W. Thomas McGough, Jr**
  wmcgough@reedsmith.com
- **Howard A. Merten**
  hm@psh.com slb@psh.com
- **Kelly N. Michels**
  knm@hansoncurran.com
- **James T. Murphy**
  jtm@hansoncurran.com
- **Robert T. Norton**
  rnorton@sloanewalsh.com
- **William E. O'Gara**
  wogara@pld-law.com
- **Mark Parsky**
  mep@mcveyparsky-law.com
- **Stephen M. Prignano**
  sprignano@eapdlaw.com
- **James H. Reilly, III**
  jreilly@kkrs.com
- **Mark T. Reynolds**
  mtreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@burnslev.com
- **Kristin E. Rodgers**
  ker@blishcavlaw.com
- **James A. Ruggieri**
  jruggieri@hcc-law.com sodonoghue@hcc-law.com;peason@hcc-law.com
- **Deborah G. Solmor**
  dsolmor@skadden.com

- **Rajaram Suryanarayan**
  rsury@gunninglafazia.com
- **Andrew J. Trevelise**
  atrevelise@reedsmith.com
- **Benjamin V. White, III**
  bwhite@vetterandwhite.com
- **Lauren DiSimone Wilkins**
  lwilkins@smithbrink.com
- **David A. Wollin**
  dwollin@apslaw.com

And the following attorneys have been sent a true copy of the above document by conventional e-mail:

Karen Alegria, Atty.
Karen@Briancunha.com

Edward T. Hinchey, Esq.
ehinchey@sloanewalsh.com

Howard Julian, Esq.
sohohomes@yahoo.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

James J. Restivo, Esq.
jrestivo@reedsmith.com

Eric M. Sommers, Esq.
esommers.station@psh.com

Meghan Sullivan, Atty.
Meghan.Sullivan@lw.com

Timothy Hardwicke, Esq.
Timothy.Hardwicke@lw.com

David E. Maglio, Esq., #3459

h:\clients\station fire\roderiques pleadings\late entry stip knight industries inc.