**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LINDA RODERIQUES, As Administratrix of the Estate of DONALD RODERIQUES LINDA RODERIQUES, Individually LINDA RODERIQUES, as Mother and Next Friend to MANDI RODERIQUES, minor Plaintiffs. | ) | C.A. No. 04-26-L (Adopting 04-312-L) |
| v. | ) | |
| AMERICAN FOAM CORPORATION, et al. Defendants. | ) | |

**DEFENDANTS'[1] ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' NOTICE OF ADOPTION OF THE THIRD AMENDED MASTER COMPLAINT**

NOW COME defendants Knight-Celotex Lisbon Falls LLC, Knight Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC (collectively, "Knight") and for their answer and affirmative defenses to the Plaintiffs' Notice of Adoption of the Third Amended Master Complaint filed in Linda Roderiques, et al. v. American Foam Corporation, et al., C.A. No. 04-026L (Roderiques Doc. # 141) state as follows:

Plaintiffs have adopted the Third Amended Master Complaint filed in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312-L (the "Gray Case"). In response to Plaintiffs' Notice of Adoption of the Third Amended Master Complaint, Knight adopts and incorporates herein Knight's Answer and Affirmative Defenses to the Third Amended Master Complaint filed in the Gray Case. See Gray Doc. # 865.

[1] Defendants are Knight-Celotex Lisbon Falls, LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC. Plaintiffs are those named in the Notice of Adoption of Third Amended Master Complaint filed in Linda Roderiques, et al. v. American Foam Corporation, et al., C.A. No. 04-026L (Roderiques Doc. # 141).

**WHEREFORE**, Defendants Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC pray that:

(a) the Third Amended Master Complaint and Plaintiffs' Notice of Adoption of the Third Amended Master Complaint be dismissed with prejudice as to Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC;

(b) Plaintiffs' demand for relief against Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC be denied in every respect;

(c) Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as maybe just, proper, and equitable.

Dated: September 5, 2006

Respectfully submitted,

DEFENDANTS[2]

By: /s/ David E. Maglio, Esq.

David E. Maglio, R.I. Reg. No. 3459
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
Tel: (401) 831-5400
Fax: (401) 831-7979

- and –

[2] See n.1, supra.

Timothy B. Hardwicke
Meghan H. Sullivan
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767

**CERTIFICATION**

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 5th day of September, 2006:

- Karen A. Alegria
  karen@briancunha.com
- Thomas C. Angelone
  angelonelaw@aol.com
- Steven T. Armato
  sarmato@cetcap.com
- Charles L. Babcock
  cbabcock@jw.com
- C. Russell Bengtson
  rbengtson@ckmlaw.com
- Joseph V. Cavanagh, Jr
  jvc@blishcavlaw.com
- John J. Cloherty, III
  jcloherty@piercedavis.com
- Edward M. Crane
  ecrane@skadden.com
- Brian R. Cunha
  brian@briancunha.com
- Michael R. DeLuca
  mrd@gsm-law.com
- Anthony F. DeMarco
  tdemarco@conversent.net rdblaw@conversent.net
- Gerald C. DeMaria
  gdemaria@hcc-law.com
- Marc DeSisto
  marc@desistolaw.com mary@desistolaw.com
- Curtis R. Diedrich
  cdiedrich@sloanewalsh.com
- John J. Flanagan
  jflanagan@torti.com

- Bennett R. Gallo
  brg@ndgrb.com
- William M. Heffernan
  HeffernanLaw@aol.com
- Edward T. Hinchey
  ehinchey@sloanewalsh.com
- Fred A. Kelly, Jr
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com
- Ronald P. Langlois
  rlanglois@smithbrink.com
- James R. Lee
  jlee@riag.ri.gov
- S. Michael Levin
  mlevin@wszlaw.com slevesque@wszlaw.com;presnik@mwe.com;skasten@mwe.com
- Richard W. MacAdams
  rmacadams@mandwlaw.com vburrus@mandwlaw.com
- Stephen J. MacGillivray
  smacgillivray@eapdlaw.com
- David E. Maglio
  dmaglio@magliolaw.com
- Donald J. Maroney
  dmaroney@kkrs.com
- W. Thomas McGough, Jr
  wmcgough@reedsmith.com
- Edwin F. McPherson
  emcpherson@m-klaw.com
- Howard A. Merten
  hm@psh.com slb@psh.com
- Kelly N. Michels
  knm@hansoncurran.com
- James T. Murphy
  jtm@hansoncurran.com
- Robert T. Norton
  rnorton@sloanewalsh.com
- William E. O'Gara
  wogara@pld-law.com
- Mark Parsky
  mep@mcveyparsky-law.com
- Stephen M. Prignano
  sprignano@eapdlaw.com
- James H. Reilly, III
  jreilly@kkrs.com
- James J. Restivo
  jrestivo@reedsmith.com
- Mark T. Reynolds
  mtreynolds@conversent.net

- Ian C. Ridlon
  iridlon@burnslev.com
- Kristin E. Rodgers
  ker@blishcavlaw.com
- James A. Ruggieri
  jruggieri@hcc-law.com sodonoghue@hcc-law.com;peason@hcc-law.com
- Deborah G. Solmor
  dsolmor@skadden.com
- Rajaram Suryanarayan
  rsury@gunninglafazia.com
- Henry M. Swan
  hms@dksblaw.com
- Andrew J. Trevelise
  atrevelise@reedsmith.com
- Benjamin V. White, lll
  bwhite@vetterandwhite.com
- Lauren DiSimone Wilkins
  lwilkins@smithbrink.com
- David A. Wollin
  dwollin@apslaw.com dciuffetelli@apslaw.com

And the following attorneys have been sent a true copy of the above document by conventional e-mail:

| | |
|---|---|
| Howard Julian, Esq. | sohohomes@yahoo.com |
| Eric M. Sommers, Esq. | esommers@station@psh.com |

/s/ David E. Maglio, Esq.

h:\clients\station fire\pleadings\roderiques\answer